MEL M.C. COLE (CA SBN. 293265)
**AKERMAN LLP**
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
E-mail: mel.cole@akerman.com

SCOTT M. KESSLER (admitted *Pro Hac Vice*)
**AKERMAN LLP**
1251 Avenue of the Americas
37th Floor
New York. NY 10020
Telephone: (212) 880-3800
E-mail: scott.kessler@akerman.com

CHRISTOPHER R. LEPORE (admitted *Pro Hac Vice*)
**AKERMAN LLP**
71 South Wacker Drive
47th Floor
Chicago, IL 60606
Telephone: (312) 634-5700
E-mail: christopher.lepore@akerman.com

*Counsel to Defendant BAM Trading Services, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| INGE VAN HEES,<br><br>Plaintiff,<br><br>vs.<br><br>BAM TRADING SERVICES, INC.,<br><br>Defendant. | CASE NO. 4:25-cv-05685-JST<br><br>**DECLARATION OF SCOTT M. KESSLER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>Date: November 20, 2025<br>Time: 2:00 p.m.<br>Courtroom: 6, 2nd Floor<br>Judge: Hon. Jon S. Tigar |

## DECLARATION OF SCOTT M. KESSLER

I, Scott M. Kessler, declare as follows:

1. I am admitted *pro hac vice* to practice before this court, and am a partner at Akerman LLP ("Akerman"), attorneys for defendant BAM Trading Services, Inc. ("BAM Trading"), in the above-captioned action. Except as otherwise stated herein, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in connection with Defendant's Motion to Dismiss Plaintiff's Complaint in a Civil Action, filed on July 7, 2025, pursuant to FRCP 12(b)(6) (the "Motion").

3. BAM is a Delaware Corporation with its principal place of business in Florida. BAM's prior principal place of business was in California but it moved to Florida on or about March 16, 2023. This is outlined in the publicly filed Declaration of Marissa Miller in Support of BAM Trading's Motion to Dismiss in a separate action (*Long Quan v. BAM Trading Services, Inc. d/b/a Binance.US, and DOES ONE through TEN,* Case No. 3:23-cv-05215-AGT, Dkt. No. 8-1). A true and correct copy of this declaration is attached hereto as **Exhibit A**.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 19, 2025, in New York, NY.

/s/ Scott M. Kessler
Scott M. Kessler

DECLARATION OF SCOTT M. KESSLER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS