# EXHIBIT A

1  **HAHN LOESER & PARKS LLP**
   Michael J. Gleason (SBN 279434)
2  One America Plaza
   600 W. Broadway, Suite 1500
3  San Diego, CA 92101
   Telephone: 619.810.4300
4  Facsimile: 619.810.4301
   mgleason@hahnlaw.com
5

6  Attorney for Defendant,
   BAM TRADING SERVICES, INC.
7

8                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
9                 SAN FRANCISCO DIVISION
10

11  LONG QUAN,                          Case No. 3:23-cv-05215-AGT

12            Plaintiffs
                                        **DECLARATION OF MARISSA MILLER**
13     vs.                              **IN SUPPORT OF DEFENDANT BAM**
                                        **TRADING SERVICES, INC'S MOTION**
14  BAM Trading Services, Inc., d/b/a Binance.US,   **TO DISMISS**
    and DOES ONE through TEN, inclusive,
15                                      Hearing Date and Time: December 15, 2023 at
                                        10:00 a.m.
16            Defendants.
                                        Magistrate Judge: Hon. Alex G. Tse
17
                                        Trial Date: None set
18

19        I, Marissa Miller, state and declare as follows:

20        1.    I am over 21 years of age and I am competent to make this declaration. I have personal

21  knowledge regarding the facts set forth in this declaration and, if called as a witness, I could and would

22  competently testify as follows.

23        2.    I am employed at BAM Trading Services, Inc., d/b/a Binance.US, as the Legal

24  Operations Coordinator.

25        3.    BAM is a Delaware Corporation with its principal place of business in Florida. BAM's

26  prior principal place of business was in California but it moved to Florida on or about March 16, 2023.

27

28
                                    1
                    DECLARATION OF MARISSA MILLER
    Clevelan\220101\00021\15159191.v1-11/15/23

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 · Fax: (619) 810-4301

1  4.   Attached as Exhibit A is a true and correct copy of the Amended Annual Report filed on

2  March 16, 2023 by BAM reflecting the Florida address for BAM's principal place of business in Florida.

3  5.   Attached as Exhibit B is a true and correct copy of the Florida Secretary of State website

4  for BAM, as of October 11, 2023, reflecting that it is a Delaware Corporation with its principal place of

5  business in Florida, as of March 16, 2023.

6  6.   BAM operates within the United States.

7  7.   After a diligent search, no BAM account associated with Plaintiff has been located.

8  8.   Binance.com provides cryptocurrency exchange services to customers outside of the

9  United States.

10  9.   Binance.com is a separate entity from BAM, which operates Binance.US and provides

11  cryptocurrency exchange services to customers within the United States.

12  10.   BAM has investigated Plaintiff's claim and confirmed that his account is with

13  Binance.com, not Binance.US.

14  11.   Plaintiff's relationship with Binance.com, assuming it exists, would be governed by an

15  arbitration agreement between Plaintiff and Binance.com.

16

17  I declare under penalty of perjury that the foregoing is true and correct.

18  Executed this 15th day of November 2023 at Oakland, California.

19  *Marissa Miller*
A480E3F722134A1

20  Marissa Miller

21
22
23
24
25
26
27
28

2

DECLARATION OF MARISSA MILLER

Clevelan\220101\00021\15159191.v1-11/15/23

# EXHIBIT A

# 2023 FOREIGN PROFIT CORPORATION AMENDED ANNUAL REPORT

DOCUMENT# F20000000264

**Entity Name:** BAM TRADING SERVICES INC.

**FILED**
**Mar 16, 2023**
**Secretary of State**
**5992361610CC**

**Current Principal  Place of Business:**

252 NW 29TH STREET
9TH FLOOR SUITE 905
MIAMI,  FL  33127

**Current Mailing Address:**

252 NW 29TH STREET
9TH FLOOR SUITE 905
MIAMI,  FL  33127  US

**FEI Number:** 84-2343173

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL  32301-2525  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                            Date

## Officer/Director Detail :

| | | | | |
|---|---|---|---|---|
| Title | DIRECTOR | | Title | DIRECTOR, PRESIDENT, CEO |
| Name | CHAO, GIN | | Name | SHRODER, BRIAN |
| Address | 252 NW 29TH STREET 9TH FLOOR SUITE 905 | | Address | 252 NW 29TH STREET 9TH FLOOR SUITE 905 |
| City-State-Zip: | MIAMI FL  33127 | | City-State-Zip: | MIAMI FL  33127 |
| | | | | |
| Title | SECRETARY | | Title | CFO, TREASURER |
| Name | REED, NORMAN | | Name | LEE, JASMINE |
| Address | 252 NW 29TH STREET 9TH FLOOR SUITE 905 | | Address | 252 NW 29TH STREET 9TH FLOOR SUITE 905 |
| City-State-Zip: | MIAMI FL  33127 | | City-State-Zip: | MIAMI FL  33127 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: BRIAN SHRODER                                    PRESIDENT                        03/16/2023
_____
Electronic Signature of Signing Officer/Director Detail                                                            Date

# EXHIBIT B

DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Foreign Profit Corporation
BAM TRADING SERVICES INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | F20000000264 |
| **FEI/EIN Number** | 84-2343173 |
| **Date Filed** | 01/15/2020 |
| **State** | DE |
| **Status** | ACTIVE |

**Principal Address**

252 NW 29th Street
9th Floor
Suite 905
Miami, FL 33127

Changed: 03/16/2023

**Mailing Address**

252 NW 29th Street
9th Floor
Suite 905
Miami, FL 33127

Changed: 03/16/2023

**Registered Agent Name & Address**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

Name Changed: 05/09/2022

Address Changed: 05/09/2022

**Officer/Director Detail**

**Name & Address**

Title Director

Chao, Gin
252 NW 29th Street
9th Floor
Suite 905
Miami, FL 33127

Title Director, President, CEO

Shroder, Brian
252 NW 29th Street
9th Floor
Suite 905
Miami, FL 33127

Title Secretary

Reed, Norman
252 NW 29th Street
9th Floor
Suite 905
Miami, FL 33127

Title CFO, Treasurer

Lee, Jasmine
252 NW 29th Street
9th Floor
Suite 905
Miami, FL 33127

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2022 | 03/28/2022 |
| 2023 | 02/15/2023 |
| 2023 | 03/16/2023 |

## Document Images

| | |
|---|---|
| 03/16/2023 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 02/15/2023 -- ANNUAL REPORT | View image in PDF format |
| 05/13/2022 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 05/09/2022 -- Reg. Agent Change | View image in PDF format |
| 03/28/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2021 -- ANNUAL REPORT | View image in PDF format |
| 01/15/2020 -- Foreign Profit | View image in PDF format |

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 · Fax: (619) 810-4301

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2023, a copy of the foregoing document was electronically filed using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Michael. J. Gleason*
Michael J. Gleason

15154940.v2