MEL M.C. COLE (CA SBN. 293265)
**AKERMAN LLP**
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
E-mail: mel.cole@akerman.com

SCOTT M. KESSLER (admitted *Pro Hac Vice*)
**AKERMAN LLP**
1251 Avenue of the Americas
37th Floor
New York. NY 10020
Telephone: (212) 880-3800
E-mail: scott.kessler@akerman.com

CHRISTOPHER R. LEPORE (admitted *Pro Hac Vice*)
**AKERMAN LLP**
71 South Wacker Drive
47th Floor
Chicago, IL 60606
Telephone: (312) 634-5700
E-mail: christopher.lepore@akerman.com

*Counsel to Defendant BAM Trading Services, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| INGE VAN HEES,<br><br>Plaintiff,<br><br>vs.<br><br>BAM TRADING SERVICES, INC.,<br><br>Defendant. | CASE NO. 4:25-cv-05685-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>Date: November 20, 2025<br>Time: 2:00 p.m.<br>Courtroom: 6, 2nd Floor<br>Judge: Hon. Jon S. Tigar |

Defendant BAM Trading Services, Inc.'s ("Defendant" or "BAM Trading") Motion to Dismiss Plaintiff's Complaint pursuant to FRCP 12(b)(6) (the "Motion to Dismiss") came on regularly for a hearing by the Court on November 20, 2025 in the above-entitled Court.

Defendant appeared through Akerman LLP. Any additional appearances were noted on the record.

After duly considering the papers and documents filed by the parties with this Court, and having heard oral argument by counsel, the Court finds that good cause exists to grant the Defendant's Motion to Dismiss.

WHEREFORE, IT IS HEREBY ORDERED THAT: Plaintiff's Complaint is hereby dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE JON S. TIGAR
U.S. DISTRICT COURT JUDGE