Exhibit N ADR Protocol Letter to Binance - N-B

## Sheet: Overview

| walletexplorer-1FtcioqXoCF6kujjniqAABeebjJbLYmNfq (2) 2 | Unnamed: 1 |
| --- | --- |
| walletexplorer-1FtcioqXoCF6kujjniqAABeebjJbLYmNfq (2) | |
| date,receiv | ed/sent,balance,transaction |
| 2024-02-21 | 18:25:53,-0.01915642,0,"4b589da04ea3ee853ab3cc707446d0120b6f2dfa1e1cf93ce866c5a77e9b9f0d" |
| 2024-02-21 | 13:35:51,0.01915642,0.01915642,"7606d6038476c9ba9b3fc9d9f7f73178fb01957dd6dab99def1c7baf8e07ad82" |
| 2023-12-01 | 06:12:40,-0.014,0,"5318c9a69ee593ad23a17e9115d184133c5df62f76aa5b2615605b059d2b50aa" |
| 2023-12-01 | 06:12:40,-0.09154459,0.014,"675cb7671f46b945bb2a80fdf6abd554d55f5f3d72ffeae025a1e29f16f1048d" |
| 2023-11-30 | 19:12:27,0.09154459,0.10554459,"bc4a65722e238c5c697eac82d363ebf6458d7efaae6f5fe3b09068350f90ee49" |
| 2023-11-30 | 11:06:50,0.014,0.014,"d1b3bf9b3a923c3f0d87feded0f9448e7ff0e6cda47ff58a720d8c494f49a2b6" |
| 2023-09-24 | 08:00:28,-0.00564871,0,"43d76d16e6034b79d69d976ffc2bdaf138a75b5d5a88ea9b63c227efe7250bb4" |
| 2023-09-18 | 10:11:12,0.00564871,0.00564871,"3ebab6c597a9ead17c31c3644d556934cd696fff68a5ebb2d3c119a0546273f5" |
| 2022-07-21 | 18:14:42,-0.00433018,0,"39a1566590dbc7f74746bac113c3bd2cdb2c6510efefdd2b4144fe4682904f53" |
| 2022-07-21 | 12:26:04,0.00433018,0.00433018,"b5972abee8e7a28a6197d9cdf8cd61768b3823529117416947c5214c1ade2872" |
| 2022-03-31 | 22:08:58,-0.43794418,0,"c2aaf6bc49a1a27dd02218a027f8dfa7c2029b5d33f9d7ec6eee84e423b88544" |
| 2022-03-31 | 22:06:32,-0.72490711,0.43794418,"9188c6e639893d2cab13450e7c0e179f72ba2d0e7af681781f1c825a016bd213" |
| 2022-03-31 | 20:27:25,0.72490711,1.16285129,"0255be4a10e25b9fa49421d943346feb7a0fadbada3e023c51abdaad9d7b374e" |
| 2022-03-31 | 20:27:25,0.43794418,0.43794418,"8199f5e31b3c0071cffa6e432441003f65856473da614da4c6b95cc2d6612dab" |
| 2022-03-26 | 10:42:21,-0.00116554,0,"314c51c0d0ec3a0060f5e6bc5d9d740ea36dd04c088b7974b229b886a3e8d1d4" |
| 2022-03-25 | 11:54:13,0.00116554,0.00116554,"6e2b55d708f73fb80a77e8886df2187a4e9b97f637c94dacab61b85fc41a743d" |
| 2022-03-01 | 10:19:52,-0.45954393,0,"3e761acf2f30737e35870020995435cea6979440b0088729e478af8aaf9e8439" |
| 2022-03-01 | 10:07:37,-0.44263821,0.45954393,"828a3ea74575b518843429fb7d3fae648a86b57f30a55503e804701186c5bdc5" |
| 2022-03-01 | 08:26:31,-0.46133738,0.90218214,"0e7d6fdef9759fa21f22f2bb4007a6e338a8a33705dca6e289b8030f32e2a20f" |

| walletexplorer-1FtcioqXoCF6kujjniqAABeebjJbLYmNfq (2) 2 | Unnamed: 1 |
|---|---|
| 2022-03-01 | 08:20:48,0.44263821,1.36351952,"4ab95199450dc387e62339c048a2fc20db03eafefa63499fee80bf186e056090" |
| 2022-03-01 | 07:12:00,0.45954393,0.92088131,"304f272bd4b29bdd0e477531ad701ccec26560c941b2fec04f5926ab82af8383" |
| 2022-03-01 | 07:05:18,0.46133738,0.46133738,"563c099b23d43e10a901c17f23fe1ef3e5aa2fb16364f3e17f23038117208ead" |
| 2022-02-23 | 20:16:09,-0.07770885,0,"b4fd0c68b9835a1b27b442c6e0e3d784a2aa9aabd57e279fecc268d8acc61037" |
| 2022-02-23 | 16:50:19,0.07770885,0.07770885,"74d1c00ce7a5c0ace9a7a0f39af1b16ffc3a12beaaaa591d42e0bf1de6435e29" |
| 2022-02-09 | 10:46:29,-0.11306101,0,"21ab55c9ca1098f7d5b6d6770cdd563b9503241171224b45daf6dd9a6c39cc63" |
| 2022-02-09 | 01:13:32,0.11306101,0.11306101,"64785cb4f8260556f0c16536b7c675ca17f8ba622108a07c7f71fd53a1a753d3" |
| 2022-02-06 | 15:16:22,-0.09667434,0,"551ba16ba3e478577587d05e88c5e5c07a957e88f49aae6c5452007497c5af35" |
| 2022-02-06 | 11:56:40,0.09667434,0.09667434,"8b287cfa464fe8969194c14c97d8ee6ee5c3bd0768eef3dba8f48413b9d4cc5d" |
| 2022-02-03 | 20:50:47,-0.19019072,0,"eea814251bcd0cf1d4a075671a664dcfe98b95788e635b8926c3a8e233b4eb79" |
| 2022-02-03 | 18:16:49,0.19019072,0.19019072,"a81f1b8df24e1b2734df68a00c9f9764a38c0e3658fca66ea48e0a3241bb1e1b" |
| 2022-02-03 | 02:05:49,-0.27116445,0,"0760042bf9c841c392a0b1f345401b2982f1742ed15e14faa2eec20192e619ac" |
| 2022-02-02 | 23:57:32,0.27116445,0.27116445,"64a10c775090db80ecb6232ed9e6f5b94490ef751bded22d6cfa8f68dfd2fd8f" |
| 2022-01-30 | 05:03:49,-0.13177265,0,"c4ba5400e4e77f7bf523472b5bf57e0569587ca4d82a035349c9a109afae1db9" |
| 2022-01-29 | 19:44:21,0.13177265,0.13177265,"7605a9cf9a2dc88d6656b9b9cecfe43503131b1b918588b4aff540b9ee57cd54" |
| 2022-01-27 | 08:12:47,-0.04152631,0,"51f5d65aa4a7403589418a560a42ca9828e139e3a141e5daeeffbf076ac829bc" |
| 2022-01-27 | 07:01:22,0.04152631,0.04152631,"4864c0f150c95db2f86e252a5c4cdff69b039bd732243970e8bb0723240e93ca" |
| 2022-01-26 | 06:50:29,-0.02723412,0,"c95eefcf3960a8a17584c2212ae1c4e6b0543ace57f2a3182dd5c227cf1325ef" |
| 2022-01-25 | 22:54:48,0.02723412,0.02723412,"baf48eaec41f5711f245f06b5f0970ee67017d4adbbcff23260bb7c476c38e77" |
| 2022-01-23 | 14:42:04,-0.00279504,0,"9682807b348476c509a9b5c3c0cd577bd8391fe7fcb7daba7a9f0df47a2e3079" |
| 2022-01-23 | 10:28:12,0.00279504,0.00279504,"f7a032d9362fd501648edbf9bfdc908da31abc3b29d3ec1899462a82443b7490" |
| 2022-01-21 | 15:10:19,-0.01279372,0,"335945bba62420abaa4bdc318eca5ac142c70f1107de5888321926971dc9ff68" |
| 2022-01-21 | 10:11:55,0.01279372,0.01279372,"35c0768a8be35ec1c84b92aa46aacc2105c94f2f4bfa15cf59baa582d21a1502" |

| walletexplorer-1FtcioqXoCF6kujjniqAABeebjJbLYmNfq (2) 2 | Unnamed: 1 |
| --- | --- |
| 2021-12-25 | 06:31:00,-0.16478517,0,"6b295306cae6345c81060d6c77ceb280f8658f2bf59add13bd36bb4531a4f99d" |
| 2021-12-20 | 20:37:36,0.16478517,0.16478517,"9329dc984d51a9537d94f9a06580a60cb102fedc6ba8a4f29e2cf9b63fdaa210" |
| 2021-09-25 | 12:09:48,-0.0023644,0,"871e879cbb7424e0ec8a9e296fc1b0ea89961919cd0306f8ee4194aa7cad9dc1" |
| 2021-09-24 | 17:43:43,0.0023644,0.0023644,"b04cc53b6e8bf1b81e3f2186b47b4cc4636aca38bdc00b03aee033fa290fd7bd" |
| #Address 1 | FtcioqXoCF6kujjniqAABeebjJbLYmNfq (part of wallet 0000011bd9c73aab). Updated to block 910501 (2025-08-17 19:58:25 UTC). Source: WalletExplorer.com" |

## Sheet: Transactions

| date | time | amount | balance | txid |
| --- | --- | --- | --- | --- |
| 2024-02-21 | 18:25:53 | -0.01915642 | 0 | 4b589da04ea3ee853ab3cc707446d0120b6f2dfa1e1cf93ce866c5a77e9b9f0d |
| 2024-02-21 | 13:35:51 | 0.01915642 | 0.01915642 | 7606d6038476c9ba9b3fc9d9f7f73178fb01957dd6dab99def1c7baf8e07ad82 |
| 2023-12-01 | 06:12:40 | -0.014 | 0 | 5318c9a69ee593ad23a17e9115d184133c5df62f76aa5b2615605b059d2b50aa |
| 2023-12-01 | 06:12:40 | -0.09154459 | 0.014 | 675cb7671f46b945bb2a80fdf6abd554d55f5f3d72ffeae025a1e29f16f1048d |
| 2023-11-30 | 19:12:27 | 0.09154459 | 0.10554459 | bc4a65722e238c5c697eac82d363ebf6458d7efaae6f5fe3b09068350f90ee49 |
| 2023-11-30 | 11:06:50 | 0.014 | 0.014 | d1b3bf9b3a923c3f0d87feded0f9448e7ff0e6cda47ff58a720d8c494f49a2b6 |
| 2023-09-24 | 08:00:28 | -0.00564871 | 0 | 43d76d16e6034b79d69d976ffc2bdaf138a75b5d5a88ea9b63c227efe7250bb4 |
| 2023-09-18 | 10:11:12 | 0.00564871 | 0.00564871 | 3ebab6c597a9ead17c31c3644d556934cd696fff68a5ebb2d3c119a0546273f5 |
| 2022-07-21 | 18:14:42 | -0.00433018 | 0 | 39a1566590dbc7f74746bac113c3bd2cdb2c6510efefdd2b4144fe4682904f53 |
| 2022-07-21 | 12:26:04 | 0.00433018 | 0.00433018 | b5972abee8e7a28a6197d9cdf8cd61768b3823529117416947c5214c1ade2872 |
| 2022-03-31 | 22:08:58 | -0.43794418 | 0 | c2aaf6bc49a1a27dd02218a027f8dfa7c2029b5d33f9d7ec6eee84e423b88544 |
| 2022-03-31 | 22:06:32 | -0.72490711 | 0.43794418 | 9188c6e639893d2cab13450e7c0e179f72ba2d0e7af681781f1c825a016bd213 |
| 2022-03-31 | 20:27:25 | 0.72490711 | 1.16285129 | 0255be4a10e25b9fa49421d943346feb7a0fadbada3e023c51abdaad9d7b374e |

| date | time | amount | balance | txid |
|---|---|---|---|---|
| 2022-03-31 | 20:27:25 | 0.43794418 | 0.43794418 | 8199f5e31b3c0071cffa6e432441003f65856473da614da4c6b95cc2d6612dab |
| 2022-03-26 | 10:42:21 | -0.00116554 | 0 | 314c51c0d0ec3a0060f5e6bc5d9d740ea36dd04c088b7974b229b886a3e8d1d4 |
| 2022-03-25 | 11:54:13 | 0.00116554 | 0.00116554 | 6e2b55d708f73fb80a77e8886df2187a4e9b97f637c94dacab61b85fc41a743d |
| 2022-03-01 | 10:19:52 | -0.45954393 | 0 | 3e761acf2f30737e35870020995435cea6979440b0088729e478af8aaf9e8439 |
| 2022-03-01 | 10:07:37 | -0.44263821 | 0.45954393 | 828a3ea74575b518843429fb7d3fae648a86b57f30a55503e804701186c5bdc5 |
| 2022-03-01 | 08:26:31 | -0.46133738 | 0.90218214 | 0e7d6fdef9759fa21f22f2bb4007a6e338a8a33705dca6e289b8030f32e2a20f |
| 2022-03-01 | 08:20:48 | 0.44263821 | 1.36351952 | 4ab95199450dc387e62339c048a2fc20db03eafefa63499fee80bf186e056090 |
| 2022-03-01 | 07:12:00 | 0.45954393 | 0.92088131 | 304f272bd4b29bdd0e477531ad701ccec26560c941b2fec04f5926ab82af8383 |
| 2022-03-01 | 07:05:18 | 0.46133738 | 0.46133738 | 563c099b23d43e10a901c17f23fe1ef3e5aa2fb16364f3e17f23038117208ead |
| 2022-02-23 | 20:16:09 | -0.07770885 | 0 | b4fd0c68b9835a1b27b442c6e0e3d784a2aa9aabd57e279fecc268d8acc61037 |
| 2022-02-23 | 16:50:19 | 0.07770885 | 0.07770885 | 74d1c00ce7a5c0ace9a7a0f39af1b16ffc3a12beaaaa591d42e0bf1de6435e29 |
| 2022-02-09 | 10:46:29 | -0.11306101 | 0 | 21ab55c9ca1098f7d5b6d6770cdd563b9503241171224b45daf6dd9a6c39cc63 |
| 2022-02-09 | 01:13:32 | 0.11306101 | 0.11306101 | 64785cb4f8260556f0c16536b7c675ca17f8ba622108a07c7f71fd53a1a753d3 |
| 2022-02-06 | 15:16:22 | -0.09667434 | 0 | 551ba16ba3e478577587d05e88c5e5c07a957e88f49aae6c5452007497c5af35 |
| 2022-02-06 | 11:56:40 | 0.09667434 | 0.09667434 | 8b287cfa464fe8969194c14c97d8ee6ee5c3bd0768eef3dba8f48413b9d4cc5d |
| 2022-02-03 | 20:50:47 | -0.19019072 | 0 | eea814251bcd0cf1d4a075671a664dcfe98b95788e635b8926c3a8e233b4eb79 |
| 2022-02-03 | 18:16:49 | 0.19019072 | 0.19019072 | a81f1b8df24e1b2734df68a00c9f9764a38c0e3658fca66ea48e0a3241bb1e1b |
| 2022-02-03 | 02:05:49 | -0.27116445 | 0 | 0760042bf9c841c392a0b1f345401b2982f1742ed15e14faa2eec20192e619ac |
| 2022-02-02 | 23:57:32 | 0.27116445 | 0.27116445 | 64a10c775090db80ecb6232ed9e6f5b94490ef751bded22d6cfa8f68dfd2fd8f |
| 2022-01-30 | 05:03:49 | -0.13177265 | 0 | c4ba5400e4e77f7bf523472b5bf57e0569587ca4d82a035349c9a109afae1db9 |
| 2022-01-29 | 19:44:21 | 0.13177265 | 0.13177265 | 7605a9cf9a2dc88d6656b9b9cecfe43503131b1b918588b4aff540b9ee57cd54 |
| 2022-01-27 | 08:12:47 | -0.04152631 | 0 | 51f5d65aa4a7403589418a560a42ca9828e139e3a141e5daeeffbf076ac829bc |
| 2022-01-27 | 07:01:22 | 0.04152631 | 0.04152631 | 4864c0f150c95db2f86e252a5c4cdff69b039bd732243970e8bb0723240e93ca |

| date | time | amount | balance | txid |
|---|---|---|---|---|
| 2022-01-26 | 06:50:29 | -0.02723412 | 0 | c95eefcf3960a8a17584c2212ae1c4e6b0543ace57f2a3182dd5c227cf1325ef |
| 2022-01-25 | 22:54:48 | 0.02723412 | 0.02723412 | baf48eaec41f5711f245f06b5f0970ee67017d4adbbcff23260bb7c476c38e77 |
| 2022-01-23 | 14:42:04 | -0.00279504 | 0 | 9682807b348476c509a9b5c3c0cd577bd8391fe7fcb7daba7a9f0df47a2e3079 |
| 2022-01-23 | 10:28:12 | 0.00279504 | 0.00279504 | f7a032d9362fd501648edbf9bfdc908da31abc3b29d3ec1899462a82443b7490 |
| 2022-01-21 | 15:10:19 | -0.01279372 | 0 | 335945bba62420abaa4bdc318eca5ac142c70f1107de5888321926971dc9ff68 |
| 2022-01-21 | 10:11:55 | 0.01279372 | 0.01279372 | 35c0768a8be35ec1c84b92aa46aacc2105c94f2f4bfa15cf59baa582d21a1502 |
| 2021-12-25 | 06:31:00 | -0.16478517 | 0 | 6b295306cae6345c81060d6c77ceb280f8658f2bf59add13bd36bb4531a4f99d |
| 2021-12-20 | 20:37:36 | 0.16478517 | 0.16478517 | 9329dc984d51a9537d94f9a06580a60cb102fedc6ba8a4f29e2cf9b63fdaa210 |
| 2021-09-25 | 12:09:48 | -0.0023644 | 0 | 871e879cbb7424e0ec8a9e296fc1b0ea89961919cd0306f8ee4194aa7cad9dc1 |
| 2021-09-24 | 17:43:43 | 0.0023644 | 0.0023644 | b04cc53b6e8bf1b81e3f2186b47b4cc4636aca38bdc00b03aee033fa290fd7bd |

## Sheet: Matches

| date | time | amount | balance | txid | direction |
|---|---|---|---|---|---|
| 2022-02-09 | 01:13:32 | 0.11306101 | 0.11306101 | 64785cb4f8260556f0c16536b7c675ca17f8ba622108a07c7f71fd53a1a753d3 | Received |
| 2022-02-03 | 18:16:49 | 0.19019072 | 0.19019072 | a81f1b8df24e1b2734df68a00c9f9764a38c0e3658fca66ea48e0a3241bb1e1b | Received |
| 2022-02-02 | 23:57:32 | 0.27116445 | 0.27116445 | 64a10c775090db80ecb6232ed9e6f5b94490ef751bded22d6cfa8f68dfd2fd8f | Received |

## ADR Protocol Letter & Blockchain Evidence

**Findings:**

- WalletExplorer export confirms activity of the address from September 2021 through February 2024.
- Key disputed transactions are explicitly included in the transaction log: TXID 64a10c775090db80ecb6232ed9e6f5b94490ef751bded22d6cfa8f68dfd2fd8f (Feb 2, 2022); TXID a81f1b8df24e1b2734df68a00c9f9764a38c0e3658fca66ea48e0a3241bb1e1b (Feb 3, 2022); TXID 64785cb4f82605556f0c16536b7c675ca17f8ba622108a07c7f1fd53a1a753d3 (Feb 9, 2022).
- Transaction tables confirm inflows and outflows consistent with exchange-level wallet behavior.
- The matches sheet explicitly records the three disputed inflows as 'Received,' linking them to Plaintiff's funds.

**Interpretation:**

- The ADR letter placed Binance on formal notice regarding these disputed transactions.
- The supporting blockchain data confirms that the transactions were not isolated events but part of a broader transaction history of address 1FtcioqXoCF6kUjjniqAABeebjJbLYmNfq.
- These records align with later exhibits (N-C through N-F), establishing continuity, cluster activity, and linkage to Binance's wallet infrastructure.

**Conclusion:**

Exhibit N-B demonstrates that Plaintiff provided Binance with timely notice of the disputed transactions and documented proof through WalletExplorer and blockchain exports.

The ADR protocol letter, combined with independent transaction records, confirms the nexus between the disputed funds and Binance's exchange-level infrastructure.

## Blockchain Explorer Confirmation

**Findings:**

- Total received: 3.79428703 BTC
- Confirmed balance: 0 BTC (all funds subsequently spent)
- Period of activity: September 2021 – February 2024
- Peak activity: January – March 2022
- Disputed transactions identified within this address flow: TXID 64a10c775090db80ecb6232ed9e6f5b94490ef751bded22d6cfa8f68dfd2fd8f (Feb 2, 2022); TXID a81f1b8df24e1b2734df68a00c9f9764a38c0e3658fca66ea48e0a3241bb1e1b (Feb 3, 2022); TXID 64785cb4f82605556f0c16536b7c675ca17f8ba622108a07c7f1fd53a1a753d3 (Feb 9, 2022).

**Conclusion:**

This independent blockchain explorer confirmation corroborates the WalletExplorer cluster analysis presented in Exhibit N-B.

The address activity demonstrates that Plaintiff's funds formed part of a broader transaction flow totaling 3.79428703 BTC, supporting the nexus between the disputed transactions and Binance's cluster infrastructure.

**Cluster Continuity (2017–2025)**

**Findings:**

- Cluster lifespan: June 2017 – August 22, 2025
- Total transactions: 55,176,895+ (per WalletExplorer data).
- Nature of activity: Continuous, high-volume inflows and outflows consistent with exchange-level wallet infrastructure.
- Plaintiff's disputed transactions (Feb 2, 3, and 9, 2022) fall directly within the active cycle of this cluster.

**Interpretation:**

- The individual address ceased activity after February 2024, but the broader cluster remains fully active through August 2025.
- This demonstrates that Plaintiff's funds were not directed to an isolated or abandoned wallet, but processed within a long-standing, still-active cluster attributed to Binance's infrastructure.

**Conclusion:**

The continuous activity from 2017 through August 22, 2025, establishes the systemic and ongoing nature of this cluster.

Plaintiff's disputed transactions form part of this long-running infrastructure, further reinforcing the nexus between the fraud-related transactions and Defendant's platform.

**Cluster Linkage Evidence**

**Findings:**

- Address export: File walletexplorer-1FtcioqXoCF6kujjniqAABeebjbLYmNfq (3).xlsx shows the transaction history of Plaintiff's address, including the three disputed transactions of February 2022.
- Sub-wallet export: File walletexplorer-1b5615da3f6ed6c0.xlsx represents WalletExplorer wallet ID 1b5615da3f6ed6c0. Transactions from this wallet show outputs directly connected to Cluster [0000011bd9c73aab].

- Cluster linkage: Cluster [0000011bd9c73aab] is a mega-cluster with more than 55 million transactions (2017–2025), functioning as an exchange-level hot-wallet system. Plaintiff's address is embedded within this structure.

**Interpretation:**

- Plaintiff's address is not isolated; it is part of a recognized sub-wallet (ID: 1b5615da3f6ed6c0).
- This sub-wallet connects directly to Cluster [0000011bd9], a large-scale exchange wallet system attributed to Binance.
- The disputed funds were therefore processed inside a Binance-controlled infrastructure, rather than through stand-alone or unrelated wallets.

**Conclusion:**
This cluster linkage evidence establishes the hierarchical path:

1. Plaintiff's address →
2. Sub-wallet ID 1b5615da3f6ed6c0 →
3. Binance mega-cluster [0000011bd9].

This clear linkage strengthens the evidence connecting Plaintiff's disputed transactions to Defendant's platform.

**Legal Duty and Liability**

**I. Regulatory Duties of Binance.US**

Under U.S. federal law and regulatory guidance, Binance.US (BAM Trading Services Inc.) bears strict obligations regarding monitoring and controlling the use of its platform and wallet infrastructure:

1. **Bank Secrecy Act (31 U.S.C. § 5318; 31 C.F.R. Part 1022)**
   – Requires Money Services Businesses (MSBs) and crypto-exchanges to implement **Know Your Customer (KYC)** and **Anti-Money Laundering (AML)** programs.
   – Obligates exchanges to identify customers, monitor transactions, and **detect/report suspicious activity** to FinCEN (SARs).

2. **FinCEN Guidance (2013; 2019; FIN-2020-G001)**
   – Explicitly requires virtual asset exchanges to monitor incoming/outgoing blockchain transactions and **block illicit transfers** when linked to fraud.
   – Exchanges cannot disclaim responsibility for "third-party addresses" when those addresses are part of their own **wallet clusters**.

3. **Federal Trade Commission Act (15 U.S.C. § 45)** – Prohibits "unfair or deceptive acts or practices." Allowing fraudulent actors prolonged access to Binance.US infrastructure without intervention constitutes an **unfair practice** against consumers.

4. **Restatement (Second) of Torts § 323** – A party that undertakes services (e.g., safeguarding customer transactions) and performs negligently, **causing economic loss**, is liable for resulting damages.

## II. Nexus Between Blockchain Evidence and Legal Duties

- The blockchain exports in Exhibit N demonstrate that Plaintiff's funds were **received and processed** within the Binance cluster [0000011bd9], a long-running infrastructure controlled by Defendant.

- By failing to prevent or intercept fraudulent inflows (TXIDs Feb. 2, 3, and 9, 2022), Binance breached its duty under the BSA and FinCEN guidance to monitor and report suspicious transfers.

- Defendant's **failure to act**, despite being placed on **formal notice via ADR correspondence**, aggravated Plaintiff's losses and constitutes negligence and regulatory non-compliance.

## III. Conclusion

Exhibit N, together with this legal addendum, demonstrates that:

1. Plaintiff's funds were routed into Binance's wallet infrastructure.

2. Defendant was under a **statutory and regulatory duty** to detect and prevent such misuse.

3. Defendant's failure to comply with its obligations under the **Bank Secrecy Act, FinCEN guidance, and federal consumer protection law** directly contributed to Plaintiff's losses.

Accordingly, Exhibit N substantiates both **factual nexus** (transaction trail) and **legal liability** (regulatory breach), and should weigh heavily against any attempt by Defendant to dismiss Plaintiff's claims.