**Exhibit N–C – Continuation of ADR Protocol Evidence (see Exhibit N-B)**

**Wallet Cluster Continuity (as of August 25, 2025)**

> Blockchain Explorer Confirmation: this exhibit provides independent confirmation of the activity of address: **1FtcioqXoCF6kujjniqAABeebjJbLYmNfq** via the public blockchain explorer
> 
> - mempool.space
> - walletexplorer.com

As of August 25, 2025, the wallet cluster previously identified in **Exhibit N–B remains active**. The cluster, of which wallet address **1FtcioqXoCF6kujjniqAABeebjJbLYmNfq** forms part, continues to process transactions on the Bitcoin blockchain.

The screenshot below, taken directly from WalletExplorer, shows that:
- The wallet cluster [0000011bd9] remains operational;
- Transactions are still being recorded on August 25, 2025;
- The cluster maintains a running balance (89.167 BTC) as of the last entry;
- This confirms that the infrastructure used by Defendant is not historical or dormant, but in continuous and ongoing use.

**\*Source: WalletExplorer.com, accessed 25 August 2025**
Exhibit Image:



**Conclusion:**
This update refutes any assertion that Plaintiff's claims are "stale" or based on outdated information. The cluster remains active today, thereby directly supporting Plaintiff's allegations of ongoing failures in KYC/AML and Defendant's continuing liability.