Exhibit N–D – Continuation of ADR Protocol Evidence (see Exhibit N-B / N-C)
Wallet Cluster Continuity (as of August 25, 2025)

> Blockchain Explorer Confirmation: this exhibit provides independent confirmation of the activity of address: **1FtcioqXoCF6kujjniqAABeebjJbLYmNfq** via the public blockchain explorer
> - mempool.space
> - walletexplorer.com

This Exhibit continues the documentation presented in Exhibits N-B and N-C, showing that the identified wallet cluster remains active, with substantial inflows and outflows confirming ongoing management and imminent risk of dissipation.

**Summary of Wallet Cluster Activity**
The wallet cluster documented in Exhibits N-D(1) through N-D(7) is active and growing. Between September 2 and September 18, 2025, the balance rose from about 89 BTC to more than 98 BTC, with swings as high as 103 BTC. These movements involved millions of dollars within days, including a single-day outflow of more than $1 million.
This pattern confirms two points:
1. The wallets are actively managed, not dormant.
2. The risk of dissipation is real and imminent — the assets can be transferred or hidden at any time.

Because of this, the case is no longer only about past fraud but also about preserving assets that still exist today. Under **FRCP 65**, provisional relief such as freezing the wallets is appropriate to prevent irreparable harm. Without such measures, any judgment could become unenforceable if the assets vanish.



| Exhibit | UTC Date | BTC Balance | BTC Close (USD) | Value (USD) |
|---|---|---|---|---|
| Exhibit N-D(1) | 2025-09-02 | BTC 90,028621 | $ 111,218.10 | $ 10,012.812.17 |
| Exhibit N-D(2) | 2025-09-07 | BTC 89,771436 | $ 111,150.10 | $ 9,978.104.06 |
| Exhibit N-D(3) | 2025-09-12 | BTC 95,039397 | $ 116,042,80 | $ 11,028.637.72 |
| Exhibit N-D(4) | 2025-09-15 | BTC 102,850735 | $ 115,362.10 | $ 11,865.076.75 |
| Exhibit N-D(5) | 2025-09-16 | BTC 93,504701 | $ 116,795.90 | $ 10,920.965.71 |
| Exhibit N-D(6) | 2025-09-17 | BTC 103,829150 | $ 116,425.90 | $ 12,088.402.21 |
| Exhibit N-D(7) | 2025-09-18 | BTC 98,238557 | $ 117,086.00 | $ 11,502.359.65 |

| Exhibit | UTC Date | BTC Balance | BTC Close (EUR) | Value (EUR) |
|---|---|---|---|---|
| Exhibit N-D(1) | 2025-09-02 | BTC 90,028621 | € 95,583.20 | € 8,605.223.69 |
| Exhibit N-D(2) | 2025-09-07 | BTC 89,771436 | € 94,900.60 | € 8,519.363.11 |
| Exhibit N-D(3) | 2025-09-12 | BTC 95,039397 | € 98,839.30 | € 9,393.627.46 |
| Exhibit N-D(4) | 2025-09-15 | BTC 102,850735 | € 98,101.90 | € 10,089.852.50 |
| Exhibit N-D(5) | 2025-09-16 | BTC 93,504701 | € 98,400.10 | € 9,200.871.93 |
| Exhibit N-D(6) | 2025-09-17 | BTC 103,829150 | € 98,459.90 | € 10,223.007.70 |
| Exhibit N-D(7) | 2025-09-18 | BTC 98,238557 | € 99,345.40 | € 9,759.548.71 |

| Exhibit | UTC Date | Δ BTC vs prior | Δ USD value vs prior | Δ EUR value vs prior |
|---|---|---|---|---|
| Exhibit N-D(1) | 2025-09-02 | | | |
| Exhibit N-D(2) | 2025-09-07 | -0,25718526 | -34708.11 | -85860.58 |
| Exhibit N-D(3) | 2025-09-12 | 5,26796115 | 1050533.66 | 874264.35 |
| Exhibit N-D(4) | 2025-09-15 | 7,81133791 | 836439.03 | 696225.04 |
| Exhibit N-D(5) | 2025-09-16 | -9,34603381 | -944111.04 | -888980.57 |
| Exhibit N-D(6) | 2025-09-17 | 10,3244488 | 1167436.50 | 1022135.77 |
| Exhibit N-D(7) | 2025-09-18 | -5,5905931 | -586042.56 | -463458.99 |

This Exhibit summarizes seven consecutive snapshots of the fraud-related wallet cluster between 2 and 18 September 2025. Each snapshot is extracted from WalletExplorer and represents the current balance on the given date (UTC). For clarity, the balances have been converted into U.S. dollars (USD) and euros (EUR) using the official daily closing price of Bitcoin on that date.

- **BTC Balance** shows the number of bitcoins in the cluster at that snapshot.
- **BTC Close (USD / EUR)** is the daily closing rate of one bitcoin on the open market.
- **Value (USD / EUR)** is the total worth of the cluster on that date (BTC × closing price).
- **Δ BTC vs prior** indicates whether the cluster grew or shrank compared to the previous snapshot. A negative figure means coins were moved out; a positive figure means coins were added.
- **Δ USD / EUR value vs prior** shows the corresponding change in total value, expressed in fiat currency.

The data demonstrates that the cluster is **active and volatile**:

- On 2 September 2025 the cluster contained ~90 BTC (≈ $10.0 million / €8.6 million).
- By 15 September the balance had risen to ~103 BTC (≈ $11.9 million / €10.1 million).
- On 16 September, within a single day, the balance dropped by over 9 BTC — a loss of nearly **$1 million in value**.
- On 17 September the balance surged again to ~104 BTC (≈ $12.1 million), only to decline the next day to ~98 BTC (≈ $11.5 million).

This consistent pattern of inflows and outflows, each moving millions of dollars' worth of assets within days or even hours, confirms that the cluster is being **actively managed**. It also confirms the imminent **risk of dissipation**: the assets can be concealed or transferred at any time, leaving nothing to recover.

Accordingly, this Exhibit supports Plaintiff's request under FRCP 65 for provisional relief, including preservation or freezing of the identified wallets. Without such measures, any eventual judgment risks being rendered meaningless because the assets may otherwise be dissipated or concealed beyond the Court's reach.