This WalletExplorer overview reflects transactions in cluster 0000011bd9c73aab up to block 912919, as of September 2, 2025, 19:49 UTC (check date September 3, 2025). Source: WalletExplorer.com.

Exhibit N-D(1)20250903        walletexplorer-0000011bd9c73aab-page-1 (1)

**#Wallet 0000011bd9c73aab. Page 1 from 551843. Transactions 1-100. Updated to block 912919 (2025-09-02 19:49:49 UTC). Source: WalletExplorer.com**

| date | received from | received amount | balance | transaction |
|---|---|---|---|---|
| 2025-09-02 19:49:49 | a5c190142957dd8f | 0.00198662 | 90.02862099 | 166889af35f17bd8b62258e7eca69ff7c750634882166280eab8f81d4075effe |
| 2025-09-02 19:45:16 | 906950d9476999f8 | 0.00098902 | 90.02663437 | 2992aedc7ee1a1dec4a5bf3d7fde7b6362a1d8e2a2994f81611cc878c1cc0d1e |
| 2025-09-02 19:45:16 | 39b750f548cc9d6e | 0.0000977 | 90.02564535 | 34bf840b6f0faa412bfffd59ecfffba820ecf31be312d73fdb7a7404f685a7bd |
| 2025-09-02 19:45:16 | 0554bd0129e31fc3 | 0.00095025 | 90.02554765 | 4e3dd0e713a18ee23eea11befda5edf073e852c2ec284ecba1c8f6f27b41c176 |
| 2025-09-02 19:45:16 | 2a180670417a3eaf | 0.02195049 | 90.0245974 | 6d35270663bdbfc5e86b14f0d95587acfe2178ce246fa84b63968ebef76d6086 |
| 2025-09-02 19:45:16 | 3cdc5be25b64d5fe | 0.00025667 | 90.00264691 | fa9b164850589b79b6c6f6659c0615f4db2a36decbf276e09bfb1993395c93e9 |
| 2025-09-02 19:18:42 | 31f01197f5d6f6f2 | 0.00084748 | 90.00239024 | 7d3a0f8c89e6c131a5071c17d5c5b0ae95d24476803005eef4993f73a2e29cab |
| 2025-09-02 19:18:42 | a5c190142957dd8f | 0.00062592 | 90.00154276 | b36c9d6c1c6c8d69e6e26a97b69990c2d7104ddbb46e5178102537532dc5de12 |
| 2025-09-02 19:18:42 | 4bd1b105a875ce8f | 0.0511359 | 90.00091684 | 2318e1d44072e44b2c19a76f4482ab0e70d591b7e8f81be5c6c425c54e403d4a |
| 2025-09-02 19:18:42 | 000000392b6db0d3 | 0.02972288 | 89.94978094 | b1eabb08b1380dc80ae4651f5cdef9b43c13bd783e91cf0dfd0858dd9eab90f8 |
| 2025-09-02 19:06:17 | 323edd2f89841aa2 | 0.1 | 89.92005806 | 06ef1d3b0b6690bd3c5895fb7c7fb7eadab1a7815b736e9528c37686ccfd3b0a |
| 2025-09-02 18:59:58 | 61b4c7cb1124d064 | 0.00916642 | 89.82005806 | d4a2c27f20d3c49e1b36a13c0c2f436f0d65ab60f6be22aebcfeb24453acf8d6 |
| 2025-09-02 18:59:58 | 0d4215247f62aa14 | 0.0012233 | 89.81089164 | 945f21b2c6a27bcf6cdb1c18e792b417adf45094ebe12867ba19d3f830879d56 |
| 2025-09-02 18:59:58 | 35a5805d58dcf9ce | 0.00010335 | 89.80966834 | 6e7d62ad690d3458d247c14a4d35eaebae3a4b8db51e264e45249f33d3288575 |
| 2025-09-02 18:59:58 | b3e345faa2d25fb2 | 0.00035 | 89.80956499 | 591ac028eee5d73f9ff39e225962be3bd49daddd000472142f81f1b2d3bbe4fd |
| 2025-09-02 18:57:01 | 00002c5cd6310f0e | 0.00902662 | 89.80921499 | d7207f2f10270ebc14ba647904c5d6b9968843c946bf9ad636b96bbbfe87ddb1 |
| 2025-09-02 18:54:31 | 51497bbe7b856f1e | 0.00495954 | 89.80018837 | 8e62697a7dd29cbc99e2d8fe466f143c057baeb51e4e1fc2cb488af6c492d748 |
| 2025-09-02 18:54:31 | 28a4c6eecd8625c2 | 0.00020535 | 89.79522883 | 61799375f0375e7f50ad9aa48d4763cc4161057027e25226658864352cc95051 |
| 2025-09-02 18:54:31 | 28a4c6eecd8625c2 | 0.00020671 | 89.79502348 | cbbd2e4b505dbf6156f95623c0086f8693b057e7e4e6407a501c06082722d2ad |
| 2025-09-02 18:54:31 | e85901dc64686e41 | 0.00905246 | 89.79481677 | e449b5922831d0ac8c23e360596ebedf750676891eda86bd7eb1b4de7b39bb6f |
| 2025-09-02 18:54:31 | 700f91227b0e3ac0 | 0.0075 | 89.78576431 | e80e42bb13fac0330e5a10900000ea0d83549b6f6ed0cfcf77a0213f659708fa |
| 2025-09-02 18:54:31 | fcabf3bf4eb3edce | 0.00381775 | 89.77826431 | dda7a5a30dd6ff52c643c8e51f8888577588b9eadeba368b77380b1d1eb059ea |
| 2025-09-02 18:53:05 | 000716b904d74d3e | 0.00127042 | 89.77444656 | dadddf48809e45ae9464cf980935628f575fcc297e8821151aa2f4e0e15fc8f9 |
| 2025-09-02 18:53:05 | c325ed5b3e0d615d | 0.00009854 | 89.77317614 | 2943734be6e67dcf6eb6a8938a8db2547778ba012d16a573670d845500dd310b |
| 2025-09-02 18:53:05 | ad8e5bd7601d58ee | 0.00044 | 89.7730776 | 30c2928cc91bceb40585090eb0ec46af23338c2f249579b2971a8e88470322b4 |
| 2025-09-02 18:53:05 | 00871d4bb45df1ce | 0.00017 | 89.7726376 | 5cdc56bb55366bd01995835d32cd85d9220d01c1ec9c5e21a03d6565c836add1 |
| 2025-09-02 18:53:05 | d6904eafddafec3c | 0.01745768 | 89.7724676 | b54891e5064a0ab7a18ae337f6e67068cba32372918c2b99512c8e68f288a28b |
| 2025-09-02 18:37:16 | 5b3358457190fec1 | 0.0208 | 89.75500992 | 216a8dca1116c937dbdeead9bd0a4ed70e4f85412cb9662934e1235a32079171 |
| 2025-09-02 18:37:16 | ab8e230f2c4d7c92 | 0.0322143 | 89.73420992 | 63624261949f68d21b37127570ec8241f1711c150f5dddc15a6489a4fad22772 |
| 2025-09-02 18:37:16 | 001a80ca2dab326d | 0.0056187 | 89.70199562 | 4913eedfbc087c5f21707566e014a24beefb83c0210dccfd5c6d76e07467b0ac |
| 2025-09-02 18:37:16 | 00000276cb8fb5b0 | 0.00252745 | 89.69637692 | 704a407c2a601386c308541d1a419c705c07da080521a43840cade80386c921f |
| 2025-09-02 18:37:16 | 00871d4bb45df1ce | 0.00028 | 89.69384947 | 22cfe836d3f50838b26086363f71e4ff159f05636762e16e70e7efa9e52fe3f2 |
| 2025-09-02 18:23:15 | 8c3057057d6da2c6 | 0.00012456 | 89.69356947 | 75e4a9180199b3bb8560c3731f59f8b872d176abf4d4cacd08dd199d39b614d6 |
| 2025-09-02 18:14:45 | 4d20e1677677afb5 | 0.1 | 89.69344491 | d2d19d56c3ca4026dfebd739fdc65c27350e164c54c066ce2a6e0253fa2f8db8 |

| Date | Hash | Value | Value2 | Hash2 |
|---|---|---|---|---|
| 2025-09-02 18:14:45 | 062b9294b8b5e9a5 | 0.00023392 | 89.59344491 | 4f3809faaf304e67e00eca7a8f9bc02e8a3833cc82f279b97f29d5bb5eadf0fd |
| 2025-09-02 18:11:17 | ca197643674b15fc | 0.00045224 | 89.59321099 | e17c707fae3ea08a6621cc3187040997608737ffbf2f1d9ad0d8a725b208574c |
| 2025-09-02 18:11:17 | d430e864b530e1f9 | 0.01607003 | 89.59275875 | b1c8fcb0e0dd979dc3e0840ab43d9fbcbe39f08795d4a1dc3defde294f603ac3 |
| 2025-09-02 18:11:17 | 0001cfe71aa4b09b | 0.01302 | 89.57668872 | a785ae340545798433691bf5e49b7c99cf218b6fc7e7b994ff2870ef9f4ebc37 |
| 2025-09-02 18:11:17 | edd2e288181d96c1 | 0.00448848 | 89.56366872 | 3c5de99c399e7a848eaa630ee47aac17320b9aba8d3c2d6819c5999959756163 |
| 2025-09-02 18:11:17 | 54b39ce7937c9213 | 0.00023 | 89.55918024 | fb69623f698bc1164393bf8bd88e3362490897e6b3e8beb8dc819b47055fcd33 |
| 2025-09-02 17:18:22 | af5240d9f5fdb49d | 0.01654878 | 89.55895024 | fd7343793fe57de6783576da29bc9952479b382528f808ed60a2e54f4fdfbd1f |
| 2025-09-02 17:18:22 | 90b2a8a52da89a87 | 0.00004876 | 89.54240146 | 91003d02fd3c0667bf4d223005e19a7668284e28bb64621fde2318b7c1b6dc71 |
| 2025-09-02 17:18:22 | b127e951a06a1091 | 0.00062147 | 89.5423527 | 09b02e28b2c2314ddaa2ec3a7844e90287efd8aaa457c199e54344e220cface9 |
| 2025-09-02 17:18:22 | b3a7bf6d0cd0a16f | 0.18219577 | 89.54173123 | 0b091b288645b7fe292237f68a20dfa4fdc0a11dfb90cbe634d8b9afe2d12fe0 |
| 2025-09-02 17:18:22 | aba2a2c07242607d | 0.01200774 | 89.35953546 | ec8e43b911b466b0c2fc8ec8e07f6223b20c2500cc855b3da35e1189084cf334 |
| 2025-09-02 17:18:22 | cc710dfb4103b062 | 0.00029 | 89.34752772 | 0c0814421ac8868fde514e0bf2dedaefabbdc50bcc92072f3250be5ac6eb6680 |
| 2025-09-02 17:07:40 | 00aec7447f0a3e14 | 0.00498182 | 89.34723772 | 052471ace9a2db3a68a1803492ebbcd92393373884cb6583db877f460d1a2fc8 |
| 2025-09-02 17:02:31 | 801bc21cee583112 | 0.00388084 | 89.3422559 | d2194dc973901c72552c05f0a7e4e0a959942d38869ae32f89391d155a58843c |
| 2025-09-02 17:02:31 | 9fc5a6b0ccb828ee | 0.00013561 | 89.33837506 | 3eb08de967054165971498cce87e9698b9a11990b8016c18a87865d3f7d11f96 |
| 2025-09-02 17:02:31 | 1cfb9e666c820ec3 | 0.01380354 | 89.33823945 | e96232defb4990da263617d62ae181bbff43093f0828c35c3aac9073843fddd6 |
| 2025-09-02 16:55:06 | 52d9fa1f8efbf181 | 0.000375 | 89.32443591 | f37e6c2fa3e74b56a9ca1c01841932986a327f901439b82468759d064324ae4b |
| 2025-09-02 16:55:06 | 96938668681cb74b | 0.0005 | 89.32406091 | 66d579981e18cfd8ec14b0c6b75cf63934d1994d2fca9cf991769aa6d7648ab1 |
| 2025-09-02 16:55:06 | 6e59d9a4bf0ef58b | 0.00169559 | 89.32356091 | b0b068c6c3d9a35f2f13587d136939cca8225462a18e2084670ba6420adf27e5 |
| 2025-09-02 16:55:06 | 29e70ce5768d88e1 | 0.000325 | 89.32186532 | 24826c143b9ccf71aa28fd355aec57b19cd5a93a43e9475f476a8f4e120c1902 |
| 2025-09-02 16:55:06 | a93866a8fa7449fa | 0.00027035 | 89.32154032 | 27e826cb5f2a38c5498a8cd078b64a5c183dedb933349273308a7e450ad56ec38 |
| 2025-09-02 16:55:06 | b8d406e552fa75eb | 0.0005 | 89.32126997 | 78ffc6b90517144145223fa00408d853264e7cb9818fc5c9dfdd0c995b347b83 |
| 2025-09-02 16:55:06 | 06f8703830a7ce5f | 0.0006 | 89.32076997 | b253e0af8fbe9b4d026ab37803821b24c6fd6b57692373d56ad715cb0dd8cc98 |
| 2025-09-02 16:52:27 | 499d764d888b557d | 0.00689859 | 89.32016997 | b2f46531b28ee745e752cef52a7cbaa59a5120a475f4db51f466f90013a2ce21 |
| 2025-09-02 16:52:27 | b9bc5d7ef79b8346 | 0.02536653 | 89.31327138 | 823ad4db1cac62d93d86b766f5c971978442fc02517e8c41eec192bd77c6bafa |
| 2025-09-02 16:52:27 | 00000ce9ca742500 | 0.00123626 | 89.28790485 | 73fd71873e43306b61023808c5a5e95b5dc0e4257c583a77f36c532ce96cf27d |
| 2025-09-02 16:52:27 | 3cb39ec3b8886004 | 0.02358555 | 89.28666859 | 764c41764a239d0e9119ce94f23fe6dc797bf2f02e51ac4091c5a52c67d4e8d8 |
| 2025-09-02 16:45:27 | 78a3e2aae3b8c849 | 0.003766 | 89.26308304 | 50963d3ac9337c9a46aa70ed5cb289992a42f8a27d34818c50b76db112e45123 |
| 2025-09-02 16:45:27 | 0003df6046986f44 | 0.00030705 | 89.25931704 | c18bf4379bbddd706ac567b9a67a1fb79e3e55e9cff4838fa5ca61e899e4522f |
| 2025-09-02 16:45:27 | 0003df6046986f44 | 0.04240135 | 89.25900999 | 52bb71b8ceae6826f6eef1411fb27f3574fdb2b9a8dca7762baf17936e87d491 |
| 2025-09-02 16:45:27 | 2584d8142e542ff5 | 0.00018501 | 89.21660864 | fac45136cadef21d4a27069e7cf3f767e4c4958763d330fc82699c820c998982 |
| 2025-09-02 16:45:27 | 83b8ce4fceb17779 | 0.08703 | 89.21642363 | 098226b0cd883a9641b4a5ce357060f95ac5fad3607a99e245bf77f61d074cfd |
| 2025-09-02 16:45:27 | 222d9840b2803e2c | 0.00449681 | 89.12939363 | fd5eb6f2d320ee7f38e403c3cdd96f564eec8600303851a13cf97faeaca86725 |
| 2025-09-02 16:43:49 | 2584d8142e542ff5 | 0.00044927 | 89.12489682 | 6d022f1be2167bfbcc9c313c3072c122decc100c34d1f1f789bf09599b80b6df |
| 2025-09-02 16:43:49 | 00033b344831327d | 0.00102321 | 89.12444755 | b4dde4a859df1bcdf5461faa5203ec8826e2fa256d036cde4658ea00ed2094df |
| 2025-09-02 16:43:49 | 0010828b339da0f6 | 0.00200897 | 89.12342434 | 96bf6cca697dd6f2124a4177d5fd09d6a3c6d1ef7276fe5d3309c1c93df28ea3 |
| 2025-09-02 16:43:49 | 87373608dd436b78 | 0.00948424 | 89.12141537 | 5a3413af3867d6e7778831654df53a90001ac9629465aaa6b6da1cc961e3e682 |
| 2025-09-02 16:37:14 | 5c8a2ca38a252c9c | | 91 89.11193113 | b3c480b1599c1ca1ae1302265f9295dae79cf7b6faa9d514181ddebefa757e48 |

| Date | Hash | Amount | Balance | TxID |
|---|---|---|---|---|
| 2025-09-02 16:37:14 | 09a4fe92c2c64d3c | 0.00090071 | 89.02093113 | 94569eb12006e9a3eb8dfdc7c6a1cfa4805f52f90c4074d2354a6a7f8d5a50fb |
| 2025-09-02 16:37:14 | 92118524d223e3c3 | 0.00285159 | 89.02003042 | e26defcd9c10a4942c71e03ca0e4ff408c86b9919ec1a022b33b3d03b7d6ce1f |
| 2025-09-02 16:35:00 | 0753314919825698 | 0.002234 | 89.01717883 | eed09b93f51b903c3c71828e5b7ec034220a7fa7a7fa9568266ee7d9001231f1 |
| 2025-09-02 16:35:00 | 13d7a76421482ad7 | 0.00046585 | 89.01494483 | 452041d31486df325039e9fff121ecfd19c3d5a5704b7d1eb904cd04e7fa75b8 |
| 2025-09-02 16:35:00 | 0c90d4130f8215b4 | 0.00136867 | 89.01447898 | 620190929d9a9c0cfed6b92b910201b40e5fb9a42d9ec5977bf6a839b18c6763 |
| 2025-09-02 16:35:00 | 323edd2f89841aa2 | 0.04 | 89.01311031 | c9fc345b50f4637d35b5eb6a1d8de8a67a8bb273a38f821552b13c22fe807c62 |
| 2025-09-02 16:35:00 | cbf734ff45751b6f | 0.00009906 | 88.97311031 | c1bd6fef7604e777a40c6829a7561180cb3307ace0be195b8a048e504c5ab12e |
| 2025-09-02 16:35:00 | 67d05fd16bc03e2d | 0.01 | 88.97301125 | 2473929c26598a2672ba18e45148262d754974add7027fb01cf06e54a2edf5d4 |
| 2025-09-02 16:35:00 | 5e773da0a5e2ea57 | 0.00284386 | 88.96301125 | b9b7dfa769ed5b37aafafe8cb72c80273ae9a5a4fa4069efbae94d1c8eb32d0d |
| 2025-09-02 16:09:37 | 442d37928b2ddf43 | 0.2 | 88.96016739 | 7f3fb8c6742a7220d1286c2722b50a0c78c94aa24cce099c700d78e76981af32 |
| 2025-09-02 16:09:37 | 0bb9b799fb4ae256 | | 1 88.76016739 | 65ba984444a29d739d14b0e881f5b7f8ee8f468235a03ae3524aff2b08d8dd93 |
| 2025-09-02 16:09:37 | 57d3d9234c71c5dd | 0.0000101 | 88.75916739 | b4eb56106b0561955a014460f5871fe905a87f5578d46674eae948caf63d6932 |
| 2025-09-02 16:09:37 | 747340176fdce618 | 0.00207788 | 88.75915729 | f3f825d942331a860c416182f6ea24a5f4a5ec256e0cbda9c92292342b9ffecd |
| 2025-09-02 16:09:37 | 04547fb0cc82e7fe | 0.00008991 | 88.75707941 | f9dfb7dacda20170e1b49e1729ca7a328ee0ed6b8bcd8645a2507e29f5f42c8a |
| 2025-09-02 16:09:37 | ab0dba639ce6c01a | 0.00269512 | 88.7569895 | b0743234ebe13cb7e9b74c35ba8578da4b82a5f892297d9eb3d3e86c380b8516 |
| 2025-09-02 16:09:37 | 3d1b17855aa92700 | 0.01098408 | 88.75429438 | 328ac00b48e6de209a359601e6d7198ac1281229932c54889f098b34cd79b022 |
| 2025-09-02 16:09:37 | CoinJoinMess (0000013caf4d87ec) | 0.09 | 88.7433103 | 60a8da6741e9d086bb12eabc2b2e67621dc9a60c456af13d8fbf0c76425f20cf |
| 2025-09-02 16:09:37 | ab8d51616512b763 | 0.00084567 | 88.6533103 | a7941d82865002f68d510d1d62c70c83cb51087e241b603532e0b2a9ddac2893 |
| 2025-09-02 16:09:37 | b7f4f58e3ea5bc4a | 0.00098821 | 88.65246463 | 1b4ea8d55eeff2d4d24d01bbed444310b1d85567b7abcd845ebd69c1afcc6c6f |
| 2025-09-02 16:05:56 | c9b085347997ad23 | 0.01789012 | 88.65147642 | c9cff8834a57e7edcec3008ae2f8b9f5ee5b9adad9c71b7bc74a257080712b00 |
| 2025-09-02 16:05:56 | 2262fc76546ef7fc | 0.00535528 | 88.6335863 | 704e1189cd4ed2eb26c8ed7461236379663ea2b05c95f7d5d9ccbe4c0ac75cf5 |
| 2025-09-02 16:05:56 | f7134bf84b07aa0b | 0.15 | 88.62823102 | 74724d967c3b8227a8aac6324270fc1874fed13bf1376ec228195c9d3458a42a |
| 2025-09-02 16:05:56 | 0000260c0303dbbf | 0.00379 | 88.47823102 | e157e83888ff08aea19b880e0c128d6f6d347397a58e71d05ed9b79c25f1e50a |
| 2025-09-02 15:47:49 | d49a12d578cc5660 | 0.00180278 | 88.47444102 | ec6894a8de4694bc4679bcfe2d93d2bcf55bcf93fe9d57e9873c163d467d67d7 |
| 2025-09-02 15:47:49 | 047277edf1247c27 | 0.00170589 | 88.47263824 | 88d87e29d06d90088756b70f4c83166e5ba90eb730dae8c44181c022bf5b73e0 |
| 2025-09-02 15:47:49 | 79de520485dcc509 | 0.00199095 | 88.47093235 | b496a235d0907c301534fbfca8907ef4250bd37b9d2191c3ebc4d3af70932ac3 |
| 2025-09-02 15:47:49 | 0167dc54676ac89f | 0.00063928 | 88.4689414 | 6004046e3ca8cebf55fd9509082317d101ff1bff4cec416fb0c74a01bb6bd9c5 |
| 2025-09-02 15:47:49 | 00043a92a6e75fea | 0.00221809 | 88.46830212 | 70f9e3a3c58af447f11e90dd8f4f0fd23b4b5941b8362641e2fe9d6330c71955 |