This WalletExplorer overview reflects transactions in cluster 0000011bd9c73aab up to block 913628, as of September 7, 2025, 19:46 UTC (check date September 8, 2025). Source: WalletExplorer.com.

Exhibit N-D(2)20250908

walletexplorer-0000011bd9c73aab-page-1 (2)

| #Wallet 0000011bd9c73aab. Page 1 from 551875. Transactions 1-100. Updated to block 913628 (2025-09-07 19:46:54 UTC). Source: WalletExplorer.com. | | | | |
|---|---|---|---|---|
| date | received from | received amount | balance | transaction |
| **2025-09-07 19:46:44** | e6d5125e51dacd0e | 0.01 | 89.77143573 | c14e7c1c5878e9c4daa38994a73b6bf6efa59e4fd3b4f071127a7b81e7a7e4f1 |
| **2025-09-07 19:46:44** | eca21433e02661fe | 0.00014818 | 89.76143573 | 974ed050191968e49c1e7583906bb6b6f3925ffeed78739189f97402d11409e5 |
| **2025-09-07 19:37:12** | 72aacb560cc74505 | 0.00050715 | 89.76128755 | c89c08268a8b5c00ff547da994b8623eeb8679b70ba912ce2d525879292f2459 |
| **2025-09-07 19:37:12** | 316604b2a50dc3ca | 0.00179856 | 89.7607804 | 9e751e32a145402dac943dbb7ec057a371ca234dfac9c3d9264da715fa031a0e |
| **2025-09-07 19:37:12** | 001fbbce1d4c8883 | 0.0653947 | 89.75898184 | 846b9315872d775c53ec77d9f173006e8da13f38eebff116ed2b4830f46e1605 |
| **2025-09-07 19:37:12** | 0625f63d8ae3f0f1 | 0.00084 | 89.69358714 | 8a270de820a5e4263837bcf2827d0870d734ba2ad03ab751bf192bd3d7e23cad |
| **2025-09-07 19:33:41** | 82505853e65d30a8 | 0.00630141 | 89.69274714 | b2295d2b2e6d0c9b611eccd2edbd10e504b0e475e3fc9a5c842d3309d670dcb2 |
| **2025-09-07 19:33:41** | 2584d8142e542ff5 | 0.00123911 | 89.68644573 | b5a7c5e1478ab302fdc05ebe44738335d3a0d1dd72def65e2cbf9937fbea85ef |
| **2025-09-07 19:33:41** | 8fcf6d5515551924 | 0.01 | 89.68520662 | 3db618b8831be0c54e8b7b535c6539772ea45a9977d64404d9716e2e37e83a1b |
| **2025-09-07 19:33:41** | afeb81e12e413365 | 0.00007198 | 89.67520662 | ce8391c28e61b896aa6c5a59b600a878de31a3b3f3c6e35ff9996e0a748e0a0c |
| **2025-09-07 19:25:58** | CoinJoinMess (0000013caf4d87ec) | 4 | 89.67513464 | 8d8af057b5967d0d58e29280907d935616e3e2a958c58385892e9b57bfe101e0 |
| **2025-09-07 19:25:58** | 001fbbce1d4c8883 | 0.0654674 | 89.67113464 | 98fed138e5c27f5ad32e93f75fede5680b1c9a9b37967c2011963983fa9d047c |
| **2025-09-07 19:25:58** | 4a476ed63da3042f | 0.00045012 | 89.60566724 | 320ee1c9f97ad6b9fd0a0f9c7f6804574406fac9f3b8f45db25c568a9fac6245 |
| **2025-09-07 19:25:58** | 3d1b17855aa92700 | 0.00348929 | 89.60521712 | b2419c3b54e7ebbf7f8e016e336559a16188c691c93f41317a8be0a3377ff404 |
| **2025-09-07 19:16:45** | 2b89856531727c6b | 0.0012 | 89.60172783 | 80afc9c173ad78eedaedd9986b53d22dc472ddb2a6b8a1dbbb52d19c37059507 |
| **2025-09-07 19:16:45** | 9c7a2b3c9630c667 | 0.00022519 | 89.60052783 | 28b04308facda6901d74141fa8a2501f725205f57daa6eb797985cc6a83ff5be |
| **2025-09-07 19:16:45** | 17b939e910883427 | 0.000825 | 89.60030264 | d9ed8a303cc53ac64cd8fab7389e64de0c4473b98b1c656a8885c7f04b8db3d1 |
| **2025-09-07 19:16:45** | a3d61463a9ee6cf0 | 2 | 89.59947764 | 511187e8367d781abc798dceb62d5e781058cd6c76605972ff156dfdf564d1c7 |
| **2025-09-07 19:16:45** | eb810be55ca38f9c | 0.00001749 | 89.59747764 | 23a37d22145a703b959dde102f0e2116ffbde4588dbb339c4b1f0149225ed091 |
| **2025-09-07 19:16:45** | 00005512c96208d2 | 0.00540497 | 89.59746015 | 5aab38e61554141aeaeb89e2ec760238898f9a0d37bf79096ccf314e4cfc39b8 |
| **2025-09-07 19:16:45** | ec5e3f5d776ad07a | 0.00110734 | 89.59205518 | 5921029e9f989b97ee25339ccb2862b030c08f19360e9ebaac5ba7fcbd5e5fa1 |
| **2025-09-07 18:58:17** | CoinJoinMess (0000013caf4d87ec) | 0.00001384 | 89.59094784 | 9d886185164583be85898ad17092d917823f85c9709e12cc8803f35ea3106656 |
| **2025-09-07 18:58:17** | ed9367985845b881 | 0.00019796 | 89.590934 | 091e6afc6ea975fe0431b23e23f106b78b2d00b354ccdc13e80a2ff46d927e98 |
| **2025-09-07 18:44:52** | 3d1b17855aa92700 | 0.00045738 | 89.59073604 | 671f1cec17757789613bc1c32165205401da725beaf0d6d146c416fe922ef53c |

| | | | | |
|---|---|---|---|---|
| **2025-09-07 18:44:52** | aed8d51d4d7a94ba | 0.00044163 | 89.59027866 | 4330636880879e1cf5f392ecd547f39ca7df02befffb211b4700d0c3bfb42193 |
| **2025-09-07 18:44:52** | ea4aed59a0b5fbf3 | 0.05 | 89.58983703 | 64f793604ef37371a92d2d134bd08d2da1c16a57e58d3a078a0b60db69cb4ac3 |
| **2025-09-07 18:44:52** | 4aa391251ee38f4c | 0.09921 | 89.53983703 | 52dff3047253c4f395aa105fd9bd7a842f0907352453248d085e1b2edda4eb87 |
| **2025-09-07 18:40:24** | 5d880cb7d683ef73 | 0.00025506 | 89.44062703 | 8e3657a3d75a047123721380ae518f7e6031b80b01509011bc95f88571f4e1ce |
| **2025-09-07 18:37:02** | ea4aed59a0b5fbf3 | 0.0001 | 89.44037197 | d00059ffc60190dda8924ac03f9e39a5fc8c5dbb092be846bd4384dfe604a892 |
| **2025-09-07 18:37:02** | fd668d40d3fc281e | 0.0000901 | 89.44027197 | 6c81e9c38db16aee6e6f7698eac4eee3d29e286106826f7d46321243c2782abc |
| **2025-09-07 18:13:43** | 323edd2f89841aa2 | 0.08 | 89.44018187 | df270c1de2e9f09be355f8dbd2450804666ea57d298e317b94c673ae735142e2 |
| **2025-09-07 18:13:43** | 174a2cc555be8ac7 | 0.0073 | 89.36018187 | 144d0fe51787997c07bde46d2583a2f690b194399e6b77c21f07053275e0065e |
| **2025-09-07 18:13:43** | 5db87044d1217b8f | 0.00225195 | 89.35288187 | 5c047918870b2fa7068ae896614c3472161b10ef9daccede7392e2ccb183da15 |
| **2025-09-07 18:13:43** | 000008409f8336c4 | 0.0058027 | 89.35062992 | 082a580b4f5a671e81a0d1c98105a2b0e4aebfc20406617693a7b584655cf64e |
| **2025-09-07 18:13:43** | 0007ea31e4a76c89 | 0.00096647 | 89.34482722 | 214eb1ccb2ce2656d79348f5b1c69ad57fbb9161c1d0f972c07f928ef38cc52c |
| **2025-09-07 18:13:43** | 000000392b6db0d3 | 0.48022222 | 89.34386075 | e35f9c0a3acaeb27ba7ef9d65638f5fda43b3dea31b4a3dbe26a39eb5de80cf1 |
| **2025-09-07 18:13:43** | 000025545e49defa | 0.00020597 | 88.86363853 | f3d6997619b1592392d3e927efe8a42e5bbb741abb8612d18301b96d975d0710 |
| **2025-09-07 17:56:35** | 037b5b08ea667054 | 0.0018063 | 88.86343256 | 30a8441d9f11192ef2c4b614dc02debc97f2cfe7479ce0a29c4334267c686d77 |
| **2025-09-07 17:56:35** | 4a99fd66671e52ee | 0.0009 | 88.86162626 | 9d0a19f6555d1f62168586720ea370368bb2f93996196ee87bcce11cec985f0d |
| **2025-09-07 17:47:18** | 1aa7b83b8389159c | 0.00094782 | 88.86072626 | 1e529c1f27ee1e5c1cfd6b746ebf0418ca2200fec39ed009c7ea9e6a31485bfd |
| **2025-09-07 17:47:18** | 9323a13481440ab1 | 0.00036 | 88.85977844 | 4e108582c38f83a091f379fff8f2f9a947bfabb318946ffc709fe1d12a9c0c0a |
| **2025-09-07 17:47:18** | 92e4c3e552d2f141 | 0.00117071 | 88.85941844 | 8373e035690a5a18958e8f08bb05c0f331770c423df43876e3f17fc635e530ff |
| **2025-09-07 17:47:18** | fc6ad3ec28a10da3 | 0.00010549 | 88.85824773 | 2b6985fef183ead301c9706834f7987fad819f3f7cb090788c7e71b3d2f7668c |
| **2025-09-07 17:47:18** | de3bdd3f9a942951 | 0.01108421 | 88.85814224 | 79b8a6cf3636cea0bdd45ba57ee1dc4a045e894ffb60041ff76c39304fedc7d6 |
| **2025-09-07 17:40:46** | c8d60c657e3219dc | 0.00021 | 88.84705803 | a5d81419dd5cb95bfd6f489b0b661662346d9a77590d0c1ffa7a9119e03ed16e |
| **2025-09-07 17:40:46** | 971d2d931c511ff3 | 1 | 88.84684803 | 769b085a054ebe2cc369877e66c9fb360d2376ff3cc31c1094e7422e05ca0578 |
| **2025-09-07 17:40:46** | fc6ad3ec28a10da3 | 0.00026401 | 88.84584803 | 13b0e775e58b0290f624d78c669e0efff79a5a1ba14798e179babe882fc2ce75 |
| **2025-09-07 17:40:46** | b618712474b1bcee | 0.00358224 | 88.84558402 | d065ea343acbe3b82a7fe15f11637f6410a016371631afbaf641397266057589 |
| **2025-09-07 17:40:46** | b127e951a06a1091 | 0.00003975 | 88.84200178 | 4492e92e3d0a5c4b22464c14b7b3301a1bf1828c12dcd30f416c9bec45402862 |
| **2025-09-07 17:26:25** | 292e479362b1e96c | 0.00179864 | 88.84196203 | 417896750a9a75dec701741c47a186a2cf97f538295b5744f896100ae03d10ce |
| **2025-09-07 17:26:25** | b127e951a06a1091 | 0.00050247 | 88.84016339 | 87a65273c894bd28b8d3702eeb2ea16c56fcc81fc84cd8eb3119fa917dbe0071 |

| | | | | |
|---|---|---|---|---|
| 2025-09-07 17:26:25 | 80e3fd9519532a20 | 0.0064 | 88.83966092 | 7b1fcdc5f8cbd9f2c7ebd99a3ec11a1a0ff4cd8e71aaa46662359b33a37fe2ee |
| 2025-09-07 17:26:25 | dcea0ffa86e4a80c | 0.39111203 | 88.83326092 | fe6e6d8c62f5d334b2bcc5401484953e4545bf5d4f2ef6165ed1585b50ea28e6 |
| 2025-09-07 17:04:53 | 2460f4a8ec342a4e | 0.00052672 | 88.44214889 | 5036ad67e8c1512f4aeafe14e87ad4415a34c6e2cbf60c3de1a829aaa7e095ab |
| 2025-09-07 17:04:53 | e2d557334c963256 | 0.00089926 | 88.44162217 | cbc49f40f7fe246882ce678247d636a153f737bf8cc49c79d01c3fd142e56e8d |
| 2025-09-07 17:04:53 | 000b19d9ad44d58f | 0.00115079 | 88.44072291 | f7320ae6ece05898c02274167d9572888f25c1c0b8462effed12e3bdfc3a8524 |
| 2025-09-07 16:41:47 | 96938668681cb74b | 0.0005 | 88.43957212 | ab2207cc73921c9de90c4ab25cbeed01ba9492cbc8aa5a9bc653e3e9294d0918 |
| 2025-09-07 16:41:47 | 3b93f60b3febceac | 0.0005 | 88.43907212 | dcc8062bfa70f8595b2a918f7fde20a215f092b38aaa2481aff8fd7450de0dfa |
| 2025-09-07 16:41:47 | a7247636dc70a2e1 | 0.000125 | 88.43857212 | d9e0d61f6db46a32e68e57740a7d940e64a04809c53844688fedc4ccf9590bc9 |
| 2025-09-07 16:41:47 | 29e70ce5768d88e1 | 0.000325 | 88.43844712 | 6c08f2a68eb14ecbb64e6580d7117b895ed3ecbdcdeaa7adc363b73a71887c7a |
| 2025-09-07 16:41:47 | 45b1a481b659d727 | 0.0004498 | 88.43812212 | 1284d5a6ea274dd07890a6375a3d309e1613127e30fa83fbeb5737c54d6f189a |
| 2025-09-07 16:41:47 | b8d406e552fa75eb | 0.0005 | 88.43767232 | 9bdcdbaf9ed9cb6b9026e3928b1039b18c8bbf31e163d6025875b076d273f85e |
| 2025-09-07 16:41:47 | 06f8703830a7ce5f | 0.0006 | 88.43717232 | 78a73cce7f14e80cba9ca3031b141c794bae4db9befb8deefa51964ad9c3985f |
| 2025-09-07 16:40:40 | 0f3b8e7df8e1d6e9 | 0.00095898 | 88.43657232 | f545f06ee3dab2c3f126c508324863aa615d3e0b18dcdbecdf9ffad5e7bc2177 |
| 2025-09-07 16:40:40 | 51a3ea6099f62012 | 0.0045 | 88.43561334 | 9de80480d44a36f73d04687f24d01f626cffa359f3a189185ab5a55cbd38201b |
| 2025-09-07 16:36:59 | 0f3b8e7df8e1d6e9 | 0.0051272 | 88.43111334 | 7336c117d4dfb1d7770d9a3879fba81da69cee4914ed1b67a79f4d4feb2aa3d3 |
| 2025-09-07 16:31:03 | 9e8f07c1f5e194d6 | 0.00076014 | 88.42598614 | dd0d270e4e389e8287703e5c7eafe0142037f818b2b4102a0576fda08efdf4a1 |
| 2025-09-07 16:31:03 | 50ddf2e2c2f1f27d | 0.00066603 | 88.425226 | 07f2f5910eaa60bdea16702eb03880dd9c04d559211d9a81e52320be992a1631 |
| 2025-09-07 16:20:04 | 00043a92a6e75fea | 0.02181309 | 88.42455997 | 837c17c3b874813d79bcf5e64bee2b8b21212f2ff2f1151854a4e7ffcb40cb10 |
| 2025-09-07 16:20:04 | d1a06f46ad691aa5 | 0.00076515 | 88.40274688 | dbe7fe19855c0c0944575949fa766370bab721d1076323ad9addabdf4e283572 |
| 2025-09-07 16:20:04 | dcea0ffa86e4a80c | 0.00989666 | 88.40198173 | 3718efcfcb3fbe2413e491b06b043bffb251d05d2fdf15a8c10aeaf7b66255c5 |
| 2025-09-07 16:07:27 | 7491fcbfd65c0ac4 | 0.0027 | 88.39208507 | ce4d01476f283c9a0d7404d45e3d667e59703e9648304fe24adf0729d0701506 |
| 2025-09-07 16:07:27 | 007e0ffade3ddec5 | 0.00698364 | 88.38938507 | b15d19e8b68cc44afe7e7ebf6c1fa9079c30aef958f70c326df0e2cb9e905a8d |
| 2025-09-07 16:07:27 | 00002c5cd6310f0e | 0.0009506 | 88.38240143 | 0f697d9dd2126b3701c53a7ff0564670e3cdbe599d4e51f0ea2c4f2ceb5a802d |
| 2025-09-07 15:46:46 | 94d5c7e116dad482 | 0.00035931 | 88.38145083 | 4efc7ca0d8928b63394be3fd5cbc48b97d96bf85ee842fdc2acf06526ceb45cb |
| 2025-09-07 15:38:44 | 46f87dd7bcc486eb | 0.0006991 | 88.38109152 | d48c32c3eb9d1df840af6ca9ef364aa3187f7e349cd2c7b8c40a03c54c2654d4 |
| 2025-09-07 15:38:44 | a44a7a6592334128 | 0.0021175 | 88.38039242 | b2ea3e596712b1615f3b3b58d68b3aa5071d8555df89e32f1964f27423f04123 |
| 2025-09-07 15:38:44 | 35cce450cb64c848 | 0.00211384 | 88.37827492 | c016d4bdb819ec38309afc4cf15e9fe50800525f861abc7edff923dffd0631c0 |

| | | | | |
|---|---|---|---|---|
| **2025-09-07 15:38:44** | 04f47bd45884ee16 | 0.00117206 | 88.37616108 | 1aaa624588d107b924d6975b47b7c0cb0b6945e7f995b200973e622d20b7a8cb |
| **2025-09-07 15:33:18** | 437b528134d8082b | 0.05114606 | 88.37498902 | b417071a58e05d0d1fd865dd81cebc3c200789fabbc9692c5ae5ea8850671591 |
| **2025-09-07 15:17:57** | d1108e39f6893778 | 0.04497822 | 88.32384296 | 8cde54c86cd22c211440835bb6bca00280b50ed6fc1865ec29cdb276da2650bc |
| **2025-09-07 15:17:57** | b5750a513f2d195f | 0.0001198 | 88.27886474 | 4664c9fcaea682bf3547bf084f04521d0d3e858b8b145e1b3825a6811ab9471e |
| **2025-09-07 15:11:46** | 0002ccc50a2b6fd0 | 0.00266939 | 88.27874494 | c90c7066e5bd69b1429cb90c1f7c6a9a17acfa4728a4a974308ebed1027a99f3 |
| **2025-09-07 15:11:46** | 323edd2f89841aa2 | 0.06 | 88.27607555 | c9bf5a74bdb4bcfc9db8d89a6049551cefa5e9ca75d9c1b9232a4b5b26ca3e79 |
| **2025-09-07 15:11:46** | c3a684ae7ae71106 | 0.00001149 | 88.21607555 | 6a35cfce87dd0de0b09e04339a15c62caf0e49b42b2ce1c3845f97453c08c521 |
| **2025-09-07 15:11:46** | a8c82c301c190558 | 0.00269986 | 88.21606406 | 0f0e518524ac80402a578897d0b1c171e134cd6621aa706f15ee8b69ca1ff2eb |
| **2025-09-07 14:35:18** | 4ac6db6370f54863 | 23 | 88.2133642 | 125d6a593bddafea4a962afa9085c9f6ea37e2e6f308ef0f4a83381e1d20af0b |
| **2025-09-07 14:29:53** | 0023b71ae3c9f03b | 0.00109073 | 88.1903642 | 1257af2aaf18b1771440fe8200c812358e753f39ffc7d753343078603508699e |
| **2025-09-07 14:27:41** | | | 88.18927347 | 0ea20cc4b4282094d2acbeee76fe223fef94d6a58959b642635fac489f4c1ea1 |
| **2025-09-07 14:27:41** | | | 88.18927347 | 0ea20cc4b4282094d2acbeee76fe223fef94d6a58959b642635fac489f4c1ea1 |
| **2025-09-07 14:27:41** | | | 88.19428508 | 84df15dd2deafd23a6603e92e5a83db787d95178c04d4ef30bf0a521fd84e395 |
| **2025-09-07 14:27:41** | | | 88.19428508 | 84df15dd2deafd23a6603e92e5a83db787d95178c04d4ef30bf0a521fd84e395 |
| **2025-09-07 14:27:41** | | | 88.19608005 | e948b4a7bcd1414c9b5c932abffd2d961554c8dd3e525fd47a273e2b84fa78fd |
| **2025-09-07 14:27:41** | | | 88.19608005 | e948b4a7bcd1414c9b5c932abffd2d961554c8dd3e525fd47a273e2b84fa78fd |
| **2025-09-07 14:27:41** | | | 88.19899261 | 619f63d73b5831dcb9c9498f51b286276e7f1415244897c794cfed8f9a16b2d8 |
| **2025-09-07 14:27:41** | | | 88.19899261 | 619f63d73b5831dcb9c9498f51b286276e7f1415244897c794cfed8f9a16b2d8 |
| **2025-09-07 14:27:41** | | | 88.20143002 | 833db0bdbd84060aa7ae6e2a65cc85ff604051f5086b6bbc8cb8e925e1cace68 |
| **2025-09-07 14:27:41** | | | 88.20143002 | 833db0bdbd84060aa7ae6e2a65cc85ff604051f5086b6bbc8cb8e925e1cace68 |
| **2025-09-07 14:27:41** | | | 88.20261258 | 5a4bc4184edc7927d530d1df0bf7aedb4d569538a8d98246230e2d374efc7ee8 |
| **2025-09-07 14:27:41** | | | 88.20261258 | 5a4bc4184edc7927d530d1df0bf7aedb4d569538a8d98246230e2d374efc7ee8 |
| **2025-09-07 14:27:41** | 3d1b17855aa92700 | 0.0005103 | 88.20345768 | 5b0c9dfb9d9fe137d1f1f97fd529324176c7750b8bc14c3ebfa12f5f472244b0 |
| **2025-09-07 14:27:41** | 234621608d388a12 | 0.00076574 | 88.20294738 | e19bb415eff3b63917126a86a8b5289dc62a6a8f2450f108b0feeb5f636d37ee |
| **2025-09-07 14:27:41** | | | 88.20218164 | f3639188a39236a72bedd01ee57751b8b49afe9a0d66aad166a2a44cf0bcdfcf |
| **2025-09-07 14:27:41** | | | 88.20218164 | f3639188a39236a72bedd01ee57751b8b49afe9a0d66aad166a2a44cf0bcdfcf |
| **2025-09-07 14:27:41** | | | 89.11871768 | b80ba7c07d665e4d58225f934bd1e33dbc12a55ff13760dde9ee3fb6622759ed |

| | | | | |
|---|---|---|---|---|
| **2025-09-07 14:27:41** | | | 89.11871768 | b80ba7c07d665e4d58225f934bd1e33dbc12a55ff13760dde9ee3fb6622759ed |
| **2025-09-07 14:27:41** | | | 89.26640253 | 1753469d17f85f6f326aaf2b358bde1b391152825449d70bf86ebf8e104d03ac |
| **2025-09-07 14:27:41** | | | 89.26640253 | 1753469d17f85f6f326aaf2b358bde1b391152825449d70bf86ebf8e104d03ac |
| **2025-09-07 14:27:41** | | | 89.28188953 | f17d589d00bf4d2ef69ba8cb2dffc40f2453dad6ce48b6ff9276761af0052e4e |
| **2025-09-07 14:27:41** | | | 89.28188953 | f17d589d00bf4d2ef69ba8cb2dffc40f2453dad6ce48b6ff9276761af0052e4e |