This WalletExplorer overview reflects transactions in cluster 0000011bd9c73aab up to block 914408, as of September 12, 2025, 19:45 UTC (check date September 13, 2025). Source: WalletExplorer.com.

Exhibit N-D(3)20250913

walletexplorer-0000011bd9c73aab-page-1 (3)

| #Wallet 0000011bd9c73aab. Page 1 from 551910. Transactions 1-100. Updated to block 914408 (2025-09-12 19:45:34 UTC). Source: WalletExplorer.com | | | | |
|---|---|---|---|---|
| date | received from | received amount | balance | transaction |
| 2025-09-12 19:45:34 | aa4c9ca9cdf36b33 | 0.00042877 | 95.03939688 | 95e115a9d7720a333cae2dba578f48bf04ee66efefa17fc33b5ba283d5a02992 |
| 2025-09-12 19:45:34 | cb65823427609b15 | 0.025729 | 95.03896811 | 1a49e6340929b1877361c64438961ba8307bf34f5f403c633cb812f13a31ef2b |
| 2025-09-12 19:45:34 | 001fbbce1d4c8883 | 0.0729506 | 95.01323911 | 088bdaef9856c07633069ecdc9b5243a7be34a94b6bd177cf75b90c1698ebeb4 |
| 2025-09-12 19:45:34 | 96938668681cb74b | 0.0005 | 94.94028851 | 885ba911bb2c342de25c343445faa0b992a8a852a2617a73a39a2c45f396f506 |
| 2025-09-12 19:45:34 | ed9fe9e52c84f313 | 0.00005 | 94.93978851 | e164ab3dba50d83576c42cb36ce0aabfcbb4cb30c8139ff1c7623eb1aff7091a |
| 2025-09-12 19:45:34 | 83b8ce4fceb17779 | 0.114186 | 94.93973851 | 77f9424d16a0d1cb8f46b9ab8474fc057f73fab59b8f10dafe1b281a4729049f |
| 2025-09-12 19:45:34 | 52d9fa1f8efbf181 | 0.000375 | 94.82555251 | 3576f025a3869d91b50ab5604621254eb427d38af41b4de0b2548b885f7ef35d |
| 2025-09-12 19:45:34 | 3b93f60b3febceac | 0.0005 | 94.82517751 | 8c8cf8af306df916ab4a35d3830e7959adfda9712b64eac007b9ccd86e37898c |
| 2025-09-12 19:45:34 | 5306027eb9eb8820 | 0.02 | 94.82467751 | 3fc5e6f33e39b0c89cce8e943ede32766194b788565c267bf1c3814ed0ce3941 |
| 2025-09-12 19:45:34 | 29e70ce5768d88e1 | 0.000375 | 94.80467751 | c8ed8f2ee2dfd3fcfa8ceb7ca21808274a1c56a16fdf306a72077a13a2efedc4 |
| 2025-09-12 19:45:34 | 06f8703830a7ce5f | 0.0006 | 94.80430251 | 5f1fd5fb5479436ce245c4ee54b14611094f93b9d8b228a07d555b99c81028de |
| 2025-09-12 19:45:34 | b8d406e552fa75eb | 0.0005 | 94.80370251 | ce6a1b07bc88a02f4be0c2a751be448baad866e08080c737a335e4bd725bd5cf |
| 2025-09-12 19:36:07 | 3d1b17855aa92700 | 0.043155 | 94.80320251 | d30a6d7b9d21f8cb7564b0b155de2f5e9a49ea106926b580ec1cb0a7c0ed2cb1 |
| 2025-09-12 19:36:07 | b373bef60ce74919 | 0.00166529 | 94.76004751 | c1a9c90f09a2112e5c44f5abcfd94f7cdc9c6e8e802f8e5d076021540cc4289e |
| 2025-09-12 19:36:07 | 0aa39b60009ceae0 | 0.00257223 | 94.75838222 | da196c65d7f5f4cf90d99b11e27d989ed7d7b16b9eeaca39c6d66021cf1f182f |
| 2025-09-12 19:36:07 | e23d8550fb8a6e3e | 0.00785854 | 94.75580999 | 8f9b2544d3617d022193c9617c82ef08b6c972c72d8940bc2ae7c3c5322a55fa |
| 2025-09-12 19:36:07 | 0163f49a2b92f1c6 | 0.00787071 | 94.74795145 | da686fce0a203955041ebb63a816c53dc62da1be626347631428b062efbf47a0 |
| 2025-09-12 19:36:07 | e6dedee18715f39b | 0.00069 | 94.74008074 | ee77910022f5a6404c007326b3e3688b8b5e67aee91c86e14fdeecefc6425184 |
| 2025-09-12 19:36:07 | a29f950e3b508f69 | 0.10019794 | 94.73939074 | 83b600a0f3fd874367bc48c06617d787196318f155d6f521b804f8b68918a260 |
| 2025-09-12 19:36:07 | 92c301ae3acef47b | 0.0078659 | 94.6391928 | 9dd9632ea26fdc6a33ad9aea347fb23629065b5fae99f0ff59ba917806c1ee52 |
| 2025-09-12 19:36:07 | 728fa85b3fa9fc0e | 0.00787376 | 94.6313269 | 13ffd57e9022481d0146cef1e50a8eeb54a041ecc08c1e1fabc4a20154ee7d33 |

| 2025-09-12 19:36:07 | 27f149334fbf06d7 | 0.01871257 | 94.62345314 | fc8bb3c45a3c4efa967d9f71664e92716b2b7169a5b9d0f57eb78e69453a534c |
|---|---|---|---|---|
| 2025-09-12 19:36:07 | 4a4130be71f9849f | 0.00415384 | 94.60474057 | 4500e926a945f3238385dfe617dcb4159a925e13a8945c329505e19204005f5d |
| 2025-09-12 19:34:58 | 327db2feb29b5b49 | 0.00008576 | 94.60058673 | 0e7ddb13e87143d8319230757085b5b2961642fe2f980dd61d7114196360d4f1 |
| 2025-09-12 19:34:58 | 3839e32387af79ed | 0.00360362 | 94.60050097 | 0308ef889ac41c6e26b06990c5cbe4cd60a7ae6c224c4978fd2e59cd9891ab7d |
| 2025-09-12 19:34:58 | b127e951a06a1091 | 0.00002012 | 94.59689735 | 4572b28c08db963e4c868d331b7a1f8d1f029cb0a76e70e0c495e0bab200735f |
| 2025-09-12 19:34:58 | b127e951a06a1091 | 0.00054367 | 94.59687723 | 730a0e358016510392c564bc74e245ee597e4b07952b6a4e18a6e5af27c2dd69 |
| 2025-09-12 19:34:58 | 4c5f0a2e206c87cd | 0.1 | 94.59633356 | 9a77eafd3e0b6eb17ae5cab61661af62637c0b79ebaa1dd837e59bc29bacaaf7 |
| 2025-09-12 19:34:58 | 83b8ce4fceb17779 | 0.2 | 94.49633356 | 00187b8a0e50489be39abdae6dd4f2107006e0325aa59806bf117637dddd1c07 |
| 2025-09-12 19:34:58 | 06034c40ea5eb8ac | 0.00000858 | 94.29633356 | a37f668c4cfd0aa9fa9912f45c3bef4a78c805efea183eb82a4cc6e08afc8831 |
| 2025-09-12 19:34:58 | 5b171caa052bd107 | 0.01 | 94.29632498 | 186cbff9bc314811d0724421f2603dc72b04dbdf89dabf9ca0c741c427c517ec |
| 2025-09-12 19:34:58 | 425927c629508ae0 | 0.00172961 | 94.28632498 | 29d322316b370ec0077c0187c10ab5496f2144729ff97359b081f309c6a3c090 |
| 2025-09-12 19:34:58 | 140cdaee83c8f469 | 0.00214451 | 94.28459537 | 6fdf7e964de15c953841bd9bf9cb27832302839e4c9638d7338d616b482e53e6 |
| 2025-09-12 19:34:58 | 8b74e5fab86e4811 | 0.01510281 | 94.28245086 | b731e143831fda3c81b01d2ad0601e0cacbbcc12eeb7e48b17982c4ee626649b |
| 2025-09-12 19:34:58 | a7fefbd6513e65d5 | 0.00038609 | 94.26734805 | 600316a8a507b74a28f66b98abdae140ee5e0ef3651627aa29185bd0360a46ec |
| 2025-09-12 19:20:18 | 0989fbc0966527a9 | 0.00284116 | 94.26696196 | 4bef759de785dfa17c9c0e1dfb5cb20e98ac57c81fc3b0771441e925cac1aa59 |
| 2025-09-12 19:20:18 | 04e6088614138262 | 0.00036042 | 94.2641208 | 716238ce66af0f5e78eafa4e0ab8cdd6a50e5662c5ebf53ce96c5449c0f2bebc |
| 2025-09-12 19:20:18 | 000000030ae8727e | 0.00156778 | 94.26376038 | 05310ddbd7bb3cd38c9bbe075da617e2743611f831022910e9a81c30619cbe9a |
| 2025-09-12 19:20:18 | 83b8ce4fceb17779 | 0.113904 | 94.2621926 | e1a043d8269ed6f9482e1c7120ab37a7891cceeec2818822d8e624fba52931c7 |
| 2025-09-12 19:20:18 | 55d406ad2efdbf6d | 0.01710987 | 94.1482886 | eafd50393064a3cbbce4d489fc534be2042cbb14cc72a29d96a0ccb7ae3e38a1 |
| 2025-09-12 19:20:18 | 00016d91d989ce77 | 0.000099 | 94.13117873 | 7a2a53300abb81d08913d8b6ee54418c95e5e8248c78ce4c6024dcd6b58028da |
| 2025-09-12 19:20:18 | 39ce1440db8dc36f | 0.01 | 94.13107973 | a1cf9f9b02de3e240e561d24beed58227c2291399024bee38b1d48c7bbd4becc |
| 2025-09-12 19:20:18 | 83b8ce4fceb17779 | 0.198712 | 94.12107973 | e9b4eb6bab6eec107e4695253603e5047f8c4fcee09941c1d7e995bf2034ade8 |
| 2025-09-12 19:20:18 | be32cbdfca10f890 | 0.0002534 | 93.92236773 | 946848814dab5ae26d12c40276efa3dbe828dd03ddc36ce7b4d1e7c357b01466 |
| 2025-09-12 19:20:18 | 000000392b6db0d3 | 0.34999 | 93.92211433 | e62a1aa8c58f1ea42d16ccdf9abac4689e09cb430abcd62336b90a738fc01628 |
| 2025-09-12 19:20:18 | e0b0221e2468a30c | 0.00962508 | 93.57212433 | d12b76a06e21aa51287e35bb6e7aba52d0092b93cefd32b146eb4f065965e465 |

| | | | | |
|---|---|---|---|---|
| **2025-09-12 18:54:38** | c121bf5a98e86071 | 0.0007471 | 93.56249925 | a4d9d1aa2adbae2726cb345072d0fe9f476d36726cf63ee4020897c1f0d53260 |
| **2025-09-12 18:54:38** | 33eccc47780a14af | 0.0019 | 93.56175215 | 31d17d0ca7f019136ea9dca1919dde525a17621796ed5aac2abe591daf20195f |
| **2025-09-12 18:54:38** | 000000030ae8727e | 0.00025629 | 93.55985215 | 29865479db0cd454d1c8b2cc9eeecef89949e94dc48774bab675f07bb0172584 |
| **2025-09-12 18:48:49** | 5b53871861cfdeba | 0.00057554 | 93.55959586 | ec0a00e33d7063d8a7edf591561cb526c56ae1045a5717c8876cf28725e81536 |
| **2025-09-12 18:48:49** | 52d9fa1f8efbf181 | 0.000375 | 93.55902032 | 717d121fb6065a7d6d02c115cbcd174bff08bc29289b0a7b312ba0ea468214e6 |
| **2025-09-12 18:48:49** | 83b8ce4fceb17779 | 0.199999 | 93.55864532 | 581a99ad98513eed0178baab483d706d6a283e3f6de0781208292a6ba2eebf78 |
| **2025-09-12 18:48:49** | ed9fe9e52c84f313 | 0.00005 | 93.35864632 | a0986ef7c13a835838021e01bd81d4f4a43b775195e05bad0fef577489bf0934 |
| **2025-09-12 18:48:49** | 83b8ce4fceb17779 | 0.200037 | 93.35859632 | ccb0132c956a373105b66a5ce8de54e8716372b01f02aee085895834eaf35b7e |
| **2025-09-12 18:48:49** | 83b8ce4fceb17779 | 0.113756 | 93.15855932 | 633bc8935e401f3bec65ad0ae4cf1ab54db54422567a2060590e8601b00c1400 |
| **2025-09-12 18:48:49** | 29e70ce5768d88e1 | 0.000375 | 93.04480332 | 949795ce492142c15d5f6a3a6b764e2240e6a5032f1b673eaa91ffb13ce06977 |
| **2025-09-12 18:48:49** | 06f8703830a7ce5f | 0.0006 | 93.04442832 | 32e56a5a65f8f9c64a09bb0bcf605fe8dc584b5f008b8bcfde944b946a9e8ea6 |
| **2025-09-12 18:48:49** | 96938668681cb74b | 0.0005 | 93.04382832 | 654f3f7a3c08229df3cdbaf46f3e8991dc5543cd3bf837ec8b4df2a06e887885 |
| **2025-09-12 18:48:49** | b8d406e552fa75eb | 0.0005 | 93.04332832 | e6dff2ba9fe16a98501cfb754aa48a0bfc6e475674fc4d0d4e348e244a2f565b |
| **2025-09-12 18:48:49** | a934cb35ff27becb | 0.03509587 | 93.04282832 | 8313478b629c6fb4cc5c5d1db40002c9fabc999d1b83153d603b29b4b1474d34 |
| **2025-09-12 18:48:49** | dcea0ffa86e4a80c | 0.00029666 | 93.00773245 | 6e6b8144a08a85b953fa2c30e441d24471d82f45d03c0978aafcb7558a7d9a57 |
| **2025-09-12 18:27:15** | ab8e230f2c4d7c92 | 0.0078399 | 93.00743579 | 52f75801f0893e2f4ebc0fe61b716f4101f248e95dd16953d403bc831e27a7cc |
| **2025-09-12 18:27:15** | d1a5e89f49283494 | 0.00092547 | 92.99959589 | 43757a203acc92a7fea801e5666dfdcb717d36944f1f0bf727c0e558775fac88 |
| **2025-09-12 18:27:15** | f8aef11ddee7dda8 | 0.00353062 | 92.99867042 | 1cb1087bf3236e3d4643fb72e659c24fcbea69e5542a0cd215879403d5f7c5f3 |
| **2025-09-12 18:27:15** | d75c30217d198c3a | 0.00051396 | 92.9951398 | 1f0f728401af033471533a2535ece3740ee7cbbea613792852873a26e1d0662c |
| **2025-09-12 18:27:15** | 8f5bb9076c983aeb | 0.00786471 | 92.99462584 | 5b4966391f327f9210c5cd87abd9bc43a3a7341a5d1d18c6107463108591177f |
| **2025-09-12 18:27:15** | 81e2783f2d07b95a | 0.02445208 | 92.98676113 | 6bd5a6399c8a8545ef8117e98a41e433b2aff5301bdf357be58dd3547b204622 |
| **2025-09-12 18:27:15** | 000000392b6db0d3 | 0.29999 | 92.96230905 | 32e5a51ab508eef9bca1add0a4b9f0070b665965b46c87a4b17beb2fd05272fb |
| **2025-09-12 18:27:15** | 000000392b6db0d3 | 0.00429 | 92.66231905 | ebf9a2a132b844c4a4179d6a9d62b0fb7b08c9297ecfe16c3be6996aa7e1ad35 |
| **2025-09-12 18:03:25** | 83b8ce4fceb17779 | 0.113946 | 92.65802905 | 68ea1b2a98bab230c6c3c6813457e3074566f87f46fd7aae8f0990fb915514a4 |
| **2025-09-12 18:03:25** | 88b83089392136b1 | 0.00951799 | 92.54408305 | 496b4683e347ebedf70c38e60d8f435ca916d7e33473a6eb569951c0307cd7f6 |

| | | | | |
|---|---|---|---|---|
| **2025-09-12 18:02:37** | 00871d4bb45df1ce | 0.00013 | 92.53456506 | 463b4857ae4be6ce0cbb05d48d6fc2107cea4db917facd5df901bdea3a0da80c |
| **2025-09-12 18:02:37** | d1d80d733b106c12 | 0.00483821 | 92.53443506 | 294ad990510f9d1afd2ff7a7a2acef3e0fd853c03fb628703668779863d5b8a4 |
| **2025-09-12 18:02:37** | 6eab0345c4bd4b77 | 0.01043488 | 92.52959685 | 2a8927994f32ded4538905e2bc16d6d6ab7383e6fe85a546f8230ee6e8ac503f |
| **2025-09-12 17:50:35** | 29aa176110ae0fab | 0.00122775 | 92.51916197 | c10b2b665c70c04ccd9bef9cedb284df7a86f1e4f85cebf4f707b14dfdece4db |
| **2025-09-12 17:50:35** | 3b0cfed0305ff2b8 | 4 | 92.51793422 | 3a67f34ba03e36232ac5046f290810e7e10cba849698df56583b66162b86561d |
| **2025-09-12 17:43:41** | d041e637bba4d58b | 0.00017012 | 92.51393422 | c56666805fa4cb8e3ee80b2a23c36c09bd6df3fa80ddc7c138438a8aa88dba68 |
| **2025-09-12 17:43:41** | 83b8ce4fceb17779 | 0.199999 | 92.5137641 | 3974d535ee7818c8d5ea50ed3c8a2745f64df1f2eb015fd0a5e4d6fd3594deed |
| **2025-09-12 17:43:41** | 83b8ce4fceb17779 | 0.11367 | 92.3137651 | f0d84cd61ba5fe6e74889a3c6e70e7096558b6496600b7378a9607c7e7c69ce5 |
| **2025-09-12 17:43:41** | 83b8ce4fceb17779 | 0.20072 | 92.2000951 | 422f70a9415e0b4082995f4c0a02b9b337e0dc56c2fe0d0a144eb58f6c6bf59f |
| **2025-09-12 17:43:41** | 4819555c0b1db2f6 | 0.00099029 | 91.9993751 | 38dab9e51ab2e45ed745d4cc65837588fa2abfad0de68b6a2962a38bc23d89c6 |
| **2025-09-12 17:42:44** | a424a997ba6021c2 | 0.00258752 | 91.99838481 | 1ad40c5e152dcc85e6342869f7709714ac7fede317b603758d9c2f22ac0c7ca8 |
| **2025-09-12 17:42:44** | 217c3bb12a7f6b60 | 0.00021563 | 91.99579729 | b58e11b7b23bab366938b05ac1cbd5c17cff52e5564460ad06664b4479440501 |
| **2025-09-12 17:42:44** | 27ea78083b43686f | 0.00153375 | 91.99558166 | cf453fd6370d8826407ab0107a8e63188d2eb09b42cc590ac37e0621c68979f0 |
| **2025-09-12 17:42:44** | dd74c36ae9bd48f7 | 0.0002955 | 91.99404791 | bc3531f5e1228c72688c1b6dac08a31a5509d7c7cb20a7539b0245fd847156c4 |
| **2025-09-12 17:42:44** | 0167dc54676ac89f | 0.00060972 | 91.99375241 | 415eaadd5d47476c8eae7ed4b991c2c875576cc281eab5866593c4baff5827dc |
| **2025-09-12 17:42:44** | e559e7061e2efd14 | 0.01639712 | 91.99314269 | 5fae88993329c0037446a9addfc5b02fa53d6b9d266abccf19f51eeed29ec50e |
| **2025-09-12 17:42:44** | 0007ea31e4a76c89 | 0.00611427 | 91.97674557 | 109fcf5d7138448bf37ec080fe014282dbb49fbbaab595c0db947e498b12b0b2 |
| **2025-09-12 17:19:00** | bf713350734e4df3 | 0.01168755 | 91.9706313 | ab5aea0d89c7fca32935591164d832dbe2ff89403a1b8fb27f1c965826ac7983 |
| **2025-09-12 17:19:00** | 8a703eebd3144403 | 0.01419441 | 91.95894375 | df81afc6ce39b8a4068184ef00d651bfbbfb817422602060000689fc4f4b4c4c |
| **2025-09-12 17:19:00** | efee9472a02f516b | 0.0069636 | 91.94474934 | c73f9e415f6736a253970a6c6d1c28c2ab156a9bff460d941a6692ce8b46f801 |
| **2025-09-12 17:12:11** | 26ff639ee5d76b41 | 0.00014 | 91.93778574 | 2091ca765c78c62b36c3e7d0ef922f8611c71302ed3fd6c49acf308e5fe2dabf |
| **2025-09-12 17:12:11** | 13d7a76421482ad7 | 0.02081676 | 91.93764574 | 7124dbed2a78f6dea4b108febfcad9a1ec1c32edb72490fd72d8b2d16e890421 |
| **2025-09-12 17:12:11** | 1a09bc27b6c66d81 | 0.00700847 | 91.91682898 | e6dafc87423feea9dffe97f26f43e7ef2cbb544998f44152d695f7e2ebb94d53 |
| **2025-09-12 17:12:11** | b448440e946d0ded | 0.01863761 | 91.90982051 | e0b3d21803c97d4275b3b8a5c9e7a9c99c7a7d696c1872ab7c65f701cab5fac1 |
| **2025-09-12 17:12:11** | 6ba64b70cbfbc33e | 0.00561988 | 91.8911829 | 2e257cc6916c5fdf15b28fa22c6358c5e0b8bf7e17fccac2f4c6aea8cc670aa3 |

| 2025-09-12 17:12:11 | 7b025762ca145b9e | 0.00099413 | 91.88556302 | 71ec12de7e06ef54f91fc958b2984e5cc0e802f6978747680b32a00919e55878 |
| 2025-09-12 17:12:11 | ed5944abfd9d2efe | 0.00077511 | 91.88456889 | 83fcc2afcc9223f35833ef6ba9fb79789a00041f8eced810b3dd983705bad61c |
| 2025-09-12 16:55:18 | bf713350734e4df3 | 0.0001 | 91.88379378 | 66faff11d9d456f38616d46f5f2173b3da896ece9a1bc5a3a76b5ab60cb4e7bd |
| 2025-09-12 16:55:18 | 000000030ae8727e | 0.00080533 | 91.88369378 | 5679eea884ee6ee38400dac673f30b15d2da268a3e48c7154976bd3bab10fcde |