This WalletExplorer overview reflects transactions in cluster 0000011bd9c73aab up to block 914849, as of September 15, 2025, 19:57 UTC (check date September 16, 2025). Source: WalletExplorer.com.

Exhibit N-D(4)20250916

walletexplorer-0000011bd9c73aab-page-1 (4)

| #Wallet 0000011bd9c73aab. Page 1 from 551929. Transactions 1-100. Updated to block 914849 (2025-09-15 19:57:00 UTC). Source: WalletExplorer.com. | | | | |
|---|---|---|---|---|
| date | received from | received amount | balance | transaction |
| 2025-09-15 19:57:00 | 002a7140e0558bb8 | 0.00206776 | 102.85073479 | f8014e150f24c16c40eaca81b9968e9373c82faa3ab0c322d3abc84c7c7c52a2 |
| 2025-09-15 19:57:00 | 302afbab5f37e2c3 | 0.00296661 | 102.84866703 | 62ed314408001ef5ae44b9352a34263bc6e1723a40b6802e6169706a580e0291 |
| 2025-09-15 19:57:00 | 27c2fa3f33940d96 | 0.00449661 | 102.84570042 | 8fd4ebfdca092e150ef3d2e45fce0461a3454603cba53aefa12910a05da5c552 |
| 2025-09-15 19:57:00 | 26111632166880b8 | 0.00442661 | 102.84120381 | bd9d2d0f9a992d2639034dd1b38ba308682c08fb2c3087d89762a45fd44e6024 |
| 2025-09-15 19:57:00 | 601d3423c1b04639 | 0.00042899 | 102.8367772 | 868e81e332a717c038ed49f20bece0101b7d34258eff56ea0560164b358b6d10 |
| 2025-09-15 19:57:00 | 732848a9caa239a4 | 0.00446661 | 102.83634821 | e4f19158e05898b7a374a98e5c1af32f1fe53642a26ae3e29f142d4c6ad3a202 |
| 2025-09-15 19:57:00 | 10aee2dc9b5dba0e | 13 | 102.8318816 | 0b1da32adcf5e98a5ab89860b43cf3695ec5246fa0eaae2e8afe98bdd3e111ce |
| 2025-09-15 19:39:02 | 001efe0dced7c5fa | 0.04628397 | 102.8188816 | f4b7e1d32c6bf051d9c7fa4a43a32b1292eaaae0726539cce115534c606d0e28 |
| 2025-09-15 19:39:02 | b127e951a06a1091 | 0.00002466 | 102.77259763 | 7218955fb386048c62e455d6bf13160e3da5dfc2eb569670b74cddf6f5ef3fe7 |
| 2025-09-15 19:39:02 | b127e951a06a1091 | 0.0008043 | 102.77257297 | f0a8d9972407d7f26a07a16e8029c78308ab4d62ff3bb395d1f61c4fc054779a |
| 2025-09-15 19:39:02 | e746dcf884c5c5bc | 0.00120484 | 102.77176867 | 39e0fc52110309b6c98d5132cfd2a9fc7f873248945f1a603a34ef20df524f0a |
| 2025-09-15 19:38:49 | c85e9d55f44bd300 | 0.00326261 | 102.77056383 | 6b69c280b54b02af286bcb313883807fd89ef90d7ab524d7c5466206f2bc9647 |
| 2025-09-15 19:38:49 | 5694a8b5be77fef1 | 1.18 | 102.76730122 | 9cc600c5cd33f18f648c03256ce7b4562bf54eaaac723b12ebf084e45372152e |
| 2025-09-15 19:38:49 | 72291deebbd8b291 | 0.00032134 | 101.58730122 | f4e751a39d1951dc6acb953857518ffc96ffaa92bc3fb70a51d6fa3a2d4b766b |
| 2025-09-15 19:38:49 | 001efe0dced7c5fa | 0.00022395 | 101.58697988 | bcffbb5e40bbf44e4d7b34437fc7ddb700c6afdfc142060b959bdcff75e7baac |
| 2025-09-15 19:38:49 | f8fa46412a80cb4f | 0.0001 | 101.58675593 | 312144f6c1055e78d93c08cf1c6eb33b3b8e3ddeb3ab8f47cc9cb8e2aefcbe4f |
| 2025-09-15 19:38:49 | 2254a9fff7e39222 | 0.01302992 | 101.58665593 | 558dca943b95e1ead55b91fcac607cd5ea07d783c68f70ab7aaa8c81e5003eb8 |
| 2025-09-15 19:38:49 | 5e773da0a5e2ea57 | 0.00257365 | 101.57362601 | a4661d91ff569bb324e09b9c938c62c11d826902a512edf5cb3c76a4653e2e55 |
| 2025-09-15 19:23:54 | 0bd224e85cd358fe | 0.14392664 | 101.57105236 | 6e5e5c889d9675bc2f7c8d5c05a9b197da89fef3fbf627f566379cd30af22f8e |
| 2025-09-15 19:23:54 | 005a3638ef56806e | 0.04106698 | 101.42712572 | afa1cf1f5fdd757a4205008715c7615537f9f0df877b9c4f69a182a778bc0654 |
| 2025-09-15 19:23:54 | 7cc67b57fbea0088 | 0.00035 | 101.38605874 | 5d14bfe67f5f82275882d4ff9ab575590daac310cb347b9f5ec150e615af87ef |
| 2025-09-15 19:23:54 | 323edd2f89841aa2 | 0.2 | 101.38570874 | 28b7de0961834b3ed0f231970b138dbfcdc76a0f144def7027cf83647d5c3fef |
| 2025-09-15 19:23:54 | 77210c08f8735680 | 0.00006943 | 101.18570874 | 69175f55a38034f03f7d88e768d109927958a32778b42f275dfb01166a8e22cd |
| 2025-09-15 19:23:54 | 3383cbc2e5a4fb37 | 0.00013661 | 101.18563931 | a1173ca67f0569cc424bef4af33873920d60b28b97f4e4e63241a2198967e52d |
| 2025-09-15 19:23:54 | 992b3183f8ad644c | 0.00303946 | 101.1855027 | 0619f6c7ae4b859284c306b531b3dc78b7bade7d34f4ecbb270102753cfbb7ea |
| 2025-09-15 19:23:54 | e41c4d9f4d6e0425 | 0.00590124 | 101.18246324 | f07bdaa39330a92aec47b32ef1faeda8d17f92718d9ef541b8137841b54bdce |
| 2025-09-15 19:23:23 | 0c8e03cb7e7d658c | 0.02 | 101.176562 | 8dba0dfbeafeb4b9254e3aae5129968ca31d36b499a7f6c1771b314f2fdcc4d9 |
| 2025-09-15 19:23:23 | 567eb0abb5091451 | 0.00156196 | 101.156562 | 17aae3dff6c5e013560c7201b866954e0611017ca4a9a1dfaa07acc95b775b1c |
| 2025-09-15 19:23:23 | 000000030ae8727e | 0.00279062 | 101.15500004 | 43dade022138edac93e55171f082db5988c01fc2534031e7364ab5c05728b333 |
| 2025-09-15 19:23:23 | c1c4c0e829e6ad8d | 0.00123434 | 101.15220942 | 9d9f3d3e01a40d7ab0e407575e63c8838941a550aba12b162fabc23f73173ae4 |
| 2025-09-15 19:23:23 | 9f43f023dcaed514 | 0.0004698 | 101.15097508 | d115f725ae181bf75726cb46cd234ef8a108b7bd6b89c89d1ce0870c3dda0ff6 |

| Date | Hash | Amount | Value | TxID |
|---|---|---|---|---|
| 2025-09-15 19:23:23 | 68d3649d095d179e | 0.0006413 | 101.15050528 | 9eb7ea41d5b4e5b9900dc8a3885d9affd4cd0a4752dd7a6f732f35f7c52c9041 |
| 2025-09-15 19:23:23 | 000025545e49defa | 0.00021897 | 101.14986398 | 3f901f6977f71b4b743c865919deabffe88ce2b443c20187612e6413b88cb825 |
| 2025-09-15 18:52:54 | 4f07a61999ff6ec6 | 0.00055779 | 101.14964501 | 36be6bfb81a0c3eb54f5349fc72ee5bfa7d43dda0a1bc5ef6a9b89e0f63a717f |
| 2025-09-15 18:52:54 | 3ce08a9f3e69d582 | 0.00021735 | 101.14908722 | 2fea502be1a4673ceeb1d13fc8c7a0c23e0d3a21d65858dea07f2bddfd08c2cd |
| 2025-09-15 18:34:20 | 0001827a54f6b37c | 0.00360985 | 101.14886987 | bd5a91bbf347b4a8c14f8f97edebcd2cd2e8c5190b2db72f320cc473c0e8e173 |
| 2025-09-15 18:34:20 | 48f2f09d4dcb478b | 0.25651041 | 101.14526002 | d4842cc6471a34554903777857a334e412c4fe6861045f083ff10b25f720cf46 |
| 2025-09-15 18:28:01 | 46e9f64ab6db2d79 | 0.00130457 | 100.88874961 | 3130429002ae9d60ab3b099aee2439a0ab61b7c8ac8f7db17416ea492722e8b9 |
| 2025-09-15 18:28:01 | 18fa0f70e3db6907 | 0.00820124 | 100.88744504 | 69782b3b5a6ed172ad9c16968f39a7cdd41876f383da0ebb7d8c3c367788b42c |
| 2025-09-15 18:28:01 | 478003a22044da0d | 0.00060851 | 100.8792438 | 45c78e89e909b8ec7a5a72d851bb187a7d3241579b49fc57cc71d666d8e8214c |
| 2025-09-15 18:28:01 | 0470bdfa1eeaed37 | 0.00067836 | 100.87863529 | 91e991a8b145f8cf23e4c29cc562e01109245acc6213af0a1f759852939e1fe7 |
| 2025-09-15 18:28:01 | b3c01e40a203af70 | 0.00086987 | 100.87795693 | 013e6a712065b7058d433d7ed6cf217a6d5c56de3e20998ae3bfea213f403aac |
| 2025-09-15 18:28:01 | dbf7b078fac3db93 | 0.0001 | 100.87708706 | e79d214c96dcadb05b284f4b7f84b5133c87a6ff069afcf9527aa21b5d17d73e |
| 2025-09-15 18:28:01 | 46b7042e091b15cf | 0.00026381 | 100.87698706 | 023482bc1f545546db978e4f796dac9d57a2abdf2b2146c012862da5b190e154 |
| 2025-09-15 18:09:28 | ba434e3b964aa381 | 3 | 100.87672325 | 1cf45d0b88f6708915243197c4966613f878d70bf382295585945ce6d7969611 |
| 2025-09-15 18:09:28 | 00016d91d989ce77 | 0.00006 | 100.87372325 | c77efad18c03f6a11d2246bbf4a2f9b5f329749c01144642370e2e48b069ccb7 |
| 2025-09-15 18:09:28 | 6aabef346de5b867 | 0.00177201 | 100.87366325 | b69f1f4e84f28775d354071edbb9c4f58b12a73a2a2e20dbea20baad519ea3f1 |
| 2025-09-15 18:09:28 | daa3f91d49222ed8 | 0.00472952 | 100.87189124 | c9e3705103916a5bd49d48f7bc87df481c1324f209aaa09a120e2613d2a719d3 |
| 2025-09-15 18:09:28 | 7f5ffb68002f0a54 | 0.0037712 | 100.86716172 | ac48b89fc734f2a61b5a4605874730a29e195f1229f3fbd6babef5218f18a6a1 |
| 2025-09-15 18:09:28 | ab8e230f2c4d7c92 | 0.0005946 | 100.86339052 | ecdd9a5e30f3e613934b148cce4c913c62c21389e076cbab823ab5d099d9bfdf |
| 2025-09-15 18:09:28 | 8d33ca303dd5cbe6 | 0.00021697 | 100.86279592 | c341f218959c37785745471588b8a5cfaefa6fb2c4dc87cf7c7d74b56a5025df |
| 2025-09-15 18:09:28 | 9c3e599097b788fa | 0.05 | 100.86257895 | 249d0caa8c2550dbb1988d9ff46b871898a4f8e8ae3e7d6cda9da35c8dfd2375 |
| 2025-09-15 18:09:28 | 000008409f8336c4 | 0.00006629 | 100.81257895 | 267c2b660dbdbf584586c9bd4ffd7dbef856fa75b3310b2388ba981d42852bca |
| 2025-09-15 18:01:30 | 744b5a37f4a7d2d6 | 0.00009622 | 100.81251266 | 97b6a3c6ff8c01eb66f5df62268f47a10e24cde8ad63617f6216073756782066 |
| 2025-09-15 18:01:30 | 03c1d4f712480911 | 0.0106033 | 100.81241644 | 62a898c078fbc34e04bbc6e7d8e38a780b4ea412996700ad78b65080423123c9 |
| 2025-09-15 18:01:30 | 00000276cb8fb5b0 | 0.0003473 | 100.80181314 | 07c274df1d6f157ef0467c67c703e3f6cd616c79411d2225063b37fbfb9c492da |
| 2025-09-15 17:58:32 | 1e8c4515b50aadaa | 0.00085549 | 100.80146584 | f257a1d6a06d8ed028a74e207d29df570cb17ef8ecb49f18102b1ab959e2ffb2 |
| 2025-09-15 17:39:02 | 79b3130a6d0a2caf | 0.0039228 | 100.80061035 | 70d7fc3cc57b66dff7a04ddcbe2fb5b76b22327d7ca8ab98409569865e428fca |
| 2025-09-15 17:39:02 | 000000030ae8727e | 0.00019174 | 100.79668755 | 05229eaef9d0ca76e56db34b93aa5abd99d1c9c01c506505524c3d78c7cc8742 |
| 2025-09-15 17:39:02 | 7223d9ca811454d3 | 0.00104592 | 100.79649581 | 637c5f1f7b5ac128218a8709473e7ed6bc91c8450c9b48dafc085bc588f2e618 |
| 2025-09-15 17:39:02 | 027fb4acb81ec571 | 0.00775644 | 100.79544989 | 4ccefc5c2b0d2bcb537a3546b14fde1db39aec3536013ca521e09d8149940b68 |
| 2025-09-15 17:23:30 | 51df4227547818f9 | 0.21813333 | 100.78769345 | 646bc0773fb22b0a37f1c1dd9d7056e7b9524d55cdb63893869e22a2970672e5 |
| 2025-09-15 17:19:42 | CoinJoinMess (0000013c | 0.00371032 | 100.56956012 | f1a3c9bfae97bb53269a5de93334fb3f6bc943562b115199da6a2f9ec7521e63 |
| 2025-09-15 17:19:42 | 1e5c506f16fabf26 | 63 | 100.5658498 | 3ca86edc04f5e9c7a742ac4a4c1f8306b91b0c768fbd6303d65e31022657fd08 |
| 2025-09-15 17:13:43 | 8291b028c4ce28d5 | 0.00173761 | 100.5028498 | 13574ffeabdec9e390f71c4800bf629266d648cc5490c45611ba0d50a2d67f3d |

| | | | | |
|---|---|---|---|---|
| 2025-09-15 17:13:43 | 0018015598f7ec6e | 0.01334236 | 100.50111219 | d9571a3b13139ee284bc7d9f2b247faf7bdd60d6fe6cb1174525a75e8fc30108 |
| 2025-09-15 17:13:43 | c347444bc79d604c | 0.00011095 | 100.48776983 | 25bb5f558af295a17d422df2bbd2d0ef7341795473640982eb209528d19066c1 |
| 2025-09-15 17:13:43 | 00249c1a6f3dd087 | 0.00028914 | 100.48765888 | f35310d813de915e7f588a0997347655eb034ab5a9b6ebf1356653907d06f5a1 |
| 2025-09-15 17:13:43 | 043f8c62e5af13cb | 0.00065385 | 100.48736974 | ded00cfe8da16d0f1a102b5acd01d8e6b9925661ef9a5a9c80e488d080b8a798 |
| 2025-09-15 17:13:43 | 005a3638ef56806e | 0.00073195 | 100.48671589 | 3849c59b4d69b2e378cce5820fbcc9df1db2be25219cd708efa85042a2766fcb |
| 2025-09-15 17:13:43 | c4550f0b20faded0 | 0.00078369 | 100.48598394 | c5f3164e530c1dcde65e5e4c0c3534caca479a23b9e5b60d772fff06ade7fdcd |
| 2025-09-15 17:13:43 | c9af2d920da35ce3 | 0.00174149 | 100.48520025 | 60f61eac31a5b1242da735613606cc932011fecf689691316e95a4ccbb8779ca |
| 2025-09-15 17:13:43 | a7eb569e57f399b5 | 0.00216851 | 100.48345876 | fe6614cf5cffdc2061f9d277a403ca360e77b61a74606285c111bd5b6149f612 |
| 2025-09-15 17:10:35 | b792ba2b984de662 | 0.00434227 | 100.48129025 | 68dbe3bb6257d300d2a98f57980ce1bcd8d623ee5dc71353f167fc0fc294b7e5 |
| 2025-09-15 17:10:35 | 91d2cbdfcfc6274e | 0.00026074 | 100.47694798 | 3e7dc3dc1c6a9f5b7683b6c756af2ee77edb749b5547c537996aab6100ab0967 |
| 2025-09-15 17:10:35 | f0cbeb221157ec05 | 0.00001 | 100.47668724 | bfc95c66c05dae6ab6eaf97ed3ed571c9f55b15049ddd84763eadf2da205cec9 |
| 2025-09-15 17:10:35 | 2089293bc46ed51b | 0.00280255 | 100.47667724 | b13a3c934ebfa0730d4db71d70654caeec989ab2f8676134dd3930ccf5fb30ac |
| 2025-09-15 17:07:08 | 00e40dfd357b24ff | 0.00579838 | 100.47387469 | 41253dc6743af79a0edad19a8544c33954fa4d08b0bc7968128b5d57f12efec9 |
| 2025-09-15 17:07:08 | 8907ed341b8dd081 | 0.00171834 | 100.46807631 | 323a5e4029412d35e61c91c82e42bdc1b1f7c4478e4acae8cdf01d80fb70d2f8 |
| 2025-09-15 17:07:08 | bb48a0799d7a0d85 | 0.00018287 | 100.46635797 | 1fee6fbc4551ad2ad4ecb2485a095587ec0cddd6c14aca628a8d601a15be6bde |
| 2025-09-15 17:02:17 | 908ccd00a60f10d8 | 0.00019715 | 100.4661751 | 2052139d1467704d768f0ec14ed60405d6d8649d220e711a96f97affab227263 |
| 2025-09-15 17:02:17 | 2584d8142e542ff5 | 0.00110812 | 100.46597795 | a4cccd81893880a68439026399c628e6877dbffbb5b8d37332827dff422cf6ee |
| 2025-09-15 17:02:17 | 4c4ba103747a7252 | 0.00997619 | 100.46486983 | bb9c248ca826d27bb1c3df0ed06f0cb2b9b631b7816222f1348c467ab20da7e1 |
| 2025-09-15 17:02:17 | 7ea8c880ed21d74e | 0.0157 | 100.45489364 | 9faaac9e0716b3808ddf433811dd3b006c2ad08d01f69480aa66d9773b9f2e5b |
| 2025-09-15 17:02:17 | 13386ec673ea5c67 | 0.01774752 | 100.43919364 | a74ec5250ec4ee478a841e7b1869eba8e7cb4ce8d6e88f9874e899044f25f390 |
| 2025-09-15 16:58:08 | 15637a8be3db0eff | 0.01145972 | 100.42144612 | def402d1d689a10d0a07d1f13f097350356cd79d5e4268fcb0c41050056e5076 |
| 2025-09-15 16:58:08 | c7a90c72797970db | 0.00136548 | 100.4099864 | cd7b5d7a17a04723c424ec77c75f7de8f4c5e2f99cf2ee5d7061526c8a18cb41 |
| 2025-09-15 16:58:08 | 25ad49fc4c4732db | 0.20830773 | 100.40862092 | 9d0c05ae51dc9c649a7cca2125b27414ec4bbbd32ee213de1f61c0b068acd585 |
| 2025-09-15 16:58:08 | 2c652f3af43d3f4e | 0.0000486 | 100.20031319 | 7eb554c94983d52b6342a594f4e3277f3c1a45567fc86e9eb48ea040b66fd6c4 |
| 2025-09-15 16:58:08 | cf5dd06da78e80bc | 0.00450032 | 100.20026459 | 9997ec4289169456190cada76eb26b0b63ec2449d9a52bd5a5b677d7b4ce71cc |
| 2025-09-15 16:49:51 | 9fe889b4331ad422 | 0.01145331 | 100.19576427 | e1397cba77f7285093593de421f9c36f95cefecc5ade82fa89b321bf268bae3d |
| 2025-09-15 16:49:51 | 46ed3f547ab08d16 | 0.00130668 | 100.18431096 | 28612047dcacadd31f7a86165ff9d202cb46e7aa340982f883cf5b488ab0c32e |
| 2025-09-15 16:49:51 | 50724f6945a3d52f | 0.0043499 | 100.18300428 | dcc950f1f955be79573dbdebcdbeca62426fe395cfd7556c011c72feace5557c |
| 2025-09-15 16:18:50 | 129a570781b5af97 | 0.0048 | 100.17865438 | 5d92e305753e79422a75d8e7d80029cee6179a0b60d5df085f723e3b2e9885a3 |
| 2025-09-15 16:18:50 | 83b7da3d48f8ee01 | 4 | 100.17385438 | ee182578bd71e74a52b9cbae075994e9cafccee36fc16effdb4b4cac1d51949d |
| 2025-09-15 16:18:50 | e8eecf5ab6a6c106 | 22 | 100.16985438 | 141034b8f224adec33b25aceae66b845e4658230b52858b2c5155b7ae077ba95 |
| 2025-09-15 16:18:50 | fdab88b42231b18e | 0.92814514 | 100.14785438 | 16adf4c825a48d22da751029e3f392d441ec2474df969d4c5e2d81b25f19391f |
| 2025-09-15 16:18:50 | 0b33322ebcc8bb61 | 0.00197751 | 99.21970924 | b626823ca90dd1b5f12be22ae07368bca5a7e1b641b2d9c318d7a0c44c811db5 |
| 2025-09-15 16:18:50 | 96cae9f177f57787 | 0.00086789 | 99.21773173 | a51e50ff49ca4c1bb12fec5a2e211f6eebec28f28b01bf005b5d73d0a6ca0b27 |

| 2025-09-15 16:18:50 | 93a5ff8a028394b9 | 0.01641111 | 99.21686384 | 1d018ef51e6ca8965810164fca5bee06398eec2f588920b3bc7af6533736d1ce |