This WalletExplorer overview reflects transactions in cluster 0000011bd9c73aab up to block 915006, as of September 16, 2025, 19:48 UTC (check date September 17, 2025). Source: WalletExplorer.com.

Exhibit N-D(5)20250917

walletexplorer-0000011bd9c73aab-page-1 (5)

| #Wallet 0000011bd9c73aab. Page 1 from 551937. Transactions 1-100. Updated to block 915006 (2025-09-16 19:48:38 UTC). Source: WalletExplorer.com | | | | |
|---|---|---|---|---|
| date | received from | received amount | balance | transaction |
| 2025-09-16 19:48:38 | 747340176fdce618 | 0.00812594 | 93.50470098 | 0adc778c699901de5a28171794c8a7ed02980a3cf799127d45fd61941b44e2d5 |
| 2025-09-16 19:46:40 | 240e4ab0e7c189f8 | 32 | 93.49657504 | 69c01aa93069cd95aeaef3dce2069271ad625a7155486f34a43459669b59e9c1 |
| 2025-09-16 19:46:40 | e241d47c34f9efda | 0.00013 | 93.46457504 | 8fef51c107239e61ffda34f4d1d88287e87a0905ed89046706f22720033055f9 |
| 2025-09-16 19:46:40 | 0b957631de964b8c | 0.00025727 | 93.46444504 | 553fa5c7cc72c37ed98c322dbc73efd2dbe4f52e98f97e99179cd6efc2529468 |
| 2025-09-16 19:46:40 | 22d7a04840de297d | 0.00085815 | 93.46418777 | 6a6d86594c6fc10e7ba4f02f968a55d5bd92f8d1e826786ec0037e180c4a5da3 |
| 2025-09-16 19:36:15 | 240e4ab0e7c189f8 | 0.0001 | 93.46332962 | 3417f0faad02ec2bb564b13490040491c96ddb25a2666931d8652b680dc4b355 |
| 2025-09-16 19:36:15 | 4e5da7d1ad3223df | 0.00031 | 93.46322962 | f6297d85814f6699aad04f064b54f017c309b6f6cd684069a84468afced15f15 |
| 2025-09-16 19:32:18 | fd5c84b626a0a1eb | 0.00060946 | 93.46291962 | ebb11616dbca366674c692de123cfe00fb10850c24aed3f0ee5e110190473b56 |
| 2025-09-16 19:32:18 | 754274a56fecd27a | 0.00016198 | 93.46231016 | fa318efa6d1e840ca7e3b57e81afe4508d907d4dbfa730a3fede555911e5e919 |
| 2025-09-16 19:30:25 | 3a17205050232ee5 | 0.087811 | 93.46214818 | 2711c689fd439b45b13e56d5e4423acc463334e2c32402e189a2eb3a05c51598 |
| 2025-09-16 19:30:25 | 673e1b60dfe041d1 | 0.00004078 | 93.37433718 | aba1c867502b4a011020b12e1d470ddc3307fd2280b08648c4827d4dabdeb049 |
| 2025-09-16 19:30:25 | 06ca894c078efc1f | 0.0865 | 93.3742964 | cc359657153e95467c0b218f38755940af78d1a986610bc84b3f4ec994adaa9e |
| 2025-09-16 19:19:38 | 04e51972bd04295a | 0.0038622 | 93.2877964 | 86aee17375be77ae35a0b9b371ae3b17fa22990412d3e9cb95ec0cb2c7799c81 |
| 2025-09-16 19:19:38 | ace5a083ffbf9715 | 0.40543228 | 93.2839342 | d3290c4d6ce29b6f435aad8a7d8508ad17414b91b55dbc94e8b8f4c979e066a2 |
| 2025-09-16 19:19:38 | 8a7f3970e109e3d3 | 0.0164 | 92.87850192 | f63805e4950b83dc2fb11506020af320e94e9d08738076fa3195823154aa22e8 |
| 2025-09-16 19:10:09 | 0f3b8e7df8e1d6e9 | 0.00269407 | 92.86210192 | 72683d8e28e81e288c4d7fc6f7674c9ba155ea843bde16e49be105e062310699 |
| 2025-09-16 19:10:09 | aed78534cea53507 | 0.00435661 | 92.85940785 | b2b8b8f64394e52c4126719c368ea6e82ce25c9fd49b6404b0fb46bb78f4a62d |
| 2025-09-16 19:10:09 | 7888094f52821565 | 0.00437661 | 92.85505124 | 24e0b0808e3c02cd29460dc130625c26afc231d24c77cff50eec894f6e1eca02 |
| 2025-09-16 19:04:47 | 7d637380a256d017 | 0.000361 | 92.85067463 | 02d8a8627a5cebe5a291be7ff5a872ed73aa64ed00121ff04b21080db9371bef |
| 2025-09-16 19:04:47 | 2024ce8636eef979 | 0.00103325 | 92.85031363 | 623816c075901ae5a5d05b59b9810dc2b6ff0574585c69f9bc8cc248c8c170b9 |
| 2025-09-16 19:04:47 | 72b7174323d43e7a | 0.00101209 | 92.84928038 | d35d2c80e1b239f9be63ebbf2b86693213e2114b015696f75e521181dbb68a1e |

| | | | | |
|---|---|---|---|---|
| **2025-09-16 19:04:47** | efee9472a02f516b | 0.00691345 | 92.84826829 | 0806b571fe0e8262ee01288c15f17b2fcbd8db93642326d1de7e35c0fcce144c |
| **2025-09-16 19:04:47** | 018dfcd2460dbb65 | 0.0889 | 92.84135484 | 00f4764bc3c4326bae073b127694519d2fd03a48569ced3e4459154c5a457038 |
| **2025-09-16 18:52:40** | dfa8d215fd05bb64 | 0.18059856 | 92.75245484 | b037af97bca107b23ff3160948625a948df406e6d4b37905a7cc24cc8a383645 |
| **2025-09-16 18:52:40** | d67b04952e61929e | 0.00044036 | 92.57185628 | 7f566de04b5641238bc4cc3c4d3a0cc73381446acd6e90f1f5466712234fc1f3 |
| **2025-09-16 18:52:40** | 000000030ae8727e | 0.0011596 | 92.57141592 | 1159463b04ec9f7574b1554d81374b5da716b8d09533f817ec68ed5864a16b43 |
| **2025-09-16 18:52:40** | ac9d2cd9e07f8a11 | 0.10863 | 92.57025632 | 571533873f33baafd0a6043f0f66cdb9b2afb426d9d74ece2a90c37b752297bf |
| **2025-09-16 18:45:24** | 30893fedddc8b99c | 0.0010921 | 92.46162632 | 91cd93d1df11ed5c500d954565a87ed5b19822dfa48191c95ecdfd7f9c1fa044 |
| **2025-09-16 18:45:24** | 0001f924d7a9d724 | 0.009427 | 92.46053422 | 4a25ab3da9d37293420f88cfcb7653e06e6aeab42e7ad8751e9f297d84284c82 |
| **2025-09-16 18:45:24** | d67b04952e61929e | 0.00005096 | 92.45110722 | 8835b2f9acb2106a7c6f3c03d270af4e79e4498e38f0464db9aaeeaa9f7f51fc |
| **2025-09-16 18:45:24** | 3d1b17855aa92700 | 0.0006 | 92.45105626 | 8fb68a65ad691751a0da0a10cb1c08e3c675544c4ed0d6c41047c96026144d3e |
| **2025-09-16 18:45:24** | aaaa9f70640305a9 | 0.00008592 | 92.45045626 | 3f094a4a0b22395a9c7eae4cff85ed613671691285e77803e6a37ec5eebc76f9 |
| **2025-09-16 18:45:24** | 98c31ea8b6f435d7 | 0.01 | 92.45037034 | 8f77b0797cd29b5b03007ed7e314f68354b7a29f4df7ae0d3b38418ebce2124e |
| **2025-09-16 18:45:24** | 37e3c60c5cc7311d | 0.0275036 | 92.44037034 | a6bc2685b78e378fba99509a1e41844195ac7060d865ff9f80d52acbfe25e8f5 |
| **2025-09-16 18:45:24** | 0b62042754d73e68 | 0.00094489 | 92.41286674 | a3a3dcbfb0186dee6f7bf9991571a3e052f275576569b371ad141aa063e1be0e |
| **2025-09-16 18:45:24** | ac9d2cd9e07f8a11 | 0.01 | 92.41192185 | 3ff79ada1b438ba841835bddd0f491e07240040bfbc75296b67b5430263636d3 |
| **2025-09-16 18:27:33** | fb71b8f5ecfe066d | 0.07265083 | 92.40192185 | 58c147570c6898169a447b420c9f6bb915cfe858b067abd4f91b960343a82159 |
| **2025-09-16 18:27:33** | cf6b36be6cdbc90b | 0.00399661 | 92.32927102 | 4cef1a3ed86260838d7ebc3ff03081f4a5592b576fa743cf31b3508cc665bdcf |
| **2025-09-16 18:27:33** | 5afc86326ef5ec57 | 0.00515 | 92.32527441 | 05aca981541d6078045a339f23c793643676016d44219477ae8e30db3712650a |
| **2025-09-16 18:17:33** | 000414613bc69636 | 0.00016911 | 92.32012441 | f4f39ceaee90800f68846a4f1255703cecb81203af9dc9d131afa723e6634b48 |
| **2025-09-16 18:17:33** | 0012d5567ea26f2b | 0.00017147 | 92.3199553 | 88f488ddc840ffaf491d45fa01a942887cc4cf43f34e04e83ce85de86538da0a |
| **2025-09-16 18:08:40** | 9996a8459bbcc12c | 0.00418661 | 92.31978383 | e2efd065f3b10ac288f99b42c868d8d8b9d4190dd427dea8a3d617a64df9673f |
| **2025-09-16 18:08:40** | 80c8d9bb9c00d38c | 0.00441661 | 92.31559722 | 44370aa77d8b3d846ce1a5203673623c54b1c9ac20f39c68d8bbc7a1809fd92d |
| **2025-09-16 18:08:40** | 1324d707b1696874 | 0.00437661 | 92.31118061 | 1047c679543172d717558768b2420cce0ff6845a3d79dfa4d22c52aa2b4cef16 |
| **2025-09-16 18:08:40** | bad2875354e54c0a | 0.0045 | 92.306804 | eacf7e1253bb75b01e10429e9912f2df7036111051e0315ca780072ae331fb6f |
| **2025-09-16 18:04:12** | 000192988b172c46 | 0.0043551 | 92.302304 | 308ba1395d88219e184e0cdd7267d3f66c82e8ed1380c683e79a9e5ff409f246 |

| | | | | |
|---|---|---|---|---|
| **2025-09-16 18:04:12** | f1d87770868638fb | 0.00437661 | 92.2979489 | 8b2d66ea9bc074823418321710091615a3509ae1538d47c9fc891008ee1151c4 |
| **2025-09-16 18:04:12** | 51feefaa3bcbaa55 | 0.00445661 | 92.29357229 | 56c7de95ac323f119c38a5ca69a78b8f32fdb9d6b6ecfc9cafd28e2bcd3098ac |
| **2025-09-16 18:04:12** | 1bd991bdd0655ff6 | 0.00445661 | 92.28911568 | fc8c78964bd81157856bbc6a097b1dae344d1ac6d3dadbea1330c043027a4106 |
| **2025-09-16 18:04:12** | 00001677c9238707 | 0.23254781 | 92.28465907 | 6ecb5ea93fe5eca65cf56ec5ee5346dd5880c4d957b95d2aecb4619b857e9b81 |
| **2025-09-16 17:58:34** | 1ee2a1b5fbad010d | 0.00019831 | 92.05211126 | fe6adf050cdedbca9ad53478324bc2822f52ac4dc1afd04f4c87372bfad4d6fe |
| **2025-09-16 17:58:34** | 51a5d41bc7ca243e | 0.00259561 | 92.05191295 | e3167495d26982192f88a31b9ec667cf69b8d1b5d8c4f5f9a3dcc7f80b70e663 |
| **2025-09-16 17:58:34** | 08f07d62cd26e0eb | 0.00103295 | 92.04931734 | c57a336fb0ab0d5eb9b151a94052484bb854c7679db5cec9e4537e91d7f584d2 |
| **2025-09-16 17:58:34** | 8c001f3eca658fb6 | 0.00436661 | 92.04828439 | 9b5ddd6e8819fa033e8f3139ca519378e1ae062772022e485ef146edf1ca166b |
| **2025-09-16 17:58:34** | 5592d637490acdaa | 0.00443661 | 92.04391778 | cabcfa1b63d4e90409e166385505e5c3a6a8cd5be885c18b1920dda96357b361 |
| **2025-09-16 17:58:34** | 2bc23ff782bf864c | 0.00273661 | 92.03948117 | 87c4796688aeba6422ca08188ca5dc6f148eea71fd7c97a3a38a45ff8d7e9547 |
| **2025-09-16 17:58:34** | b26ebc6cc6ee1655 | 0.08584649 | 92.03674456 | 3da84240b07cc3ca0046efe3046a47f2d81b25f94b630fa04ab3ceb0cd8a4544 |
| **2025-09-16 17:58:34** | 7b94e51b9f7e8fa4 | 0.00030909 | 91.95089807 | c0f9acd4f13d6053bac21e5ab6df63afc8ebcd022ac9ee7508af6fe44129ecc2 |
| **2025-09-16 17:43:39** | 34f29337d2054836 | 0.00213903 | 91.95058898 | a2a06db6dca733b73788eb2400342c00188e9d2141550869e32437622af9dd2f |
| **2025-09-16 17:43:39** | 71bd5f52703520ce | 0.00483621 | 91.94844995 | e95907c173c12c11eb3c7b6e57cb4c9df6cc25736dcc99250313f95f485c0145 |
| **2025-09-16 17:43:39** | 8d28d7c159488587 | 0.01018439 | 91.94361374 | 9fa0a562d99af170510b1dc72a28e1d0b0e9f2710e4488da101e4a97530c9ec5 |
| **2025-09-16 17:43:39** | f67994283e1ca9df | 0.00017114 | 91.93342935 | 1fe7171a991f7b885d71c3af5322310a85f8433ba0f60cf2912a9e37eb1c601f |
| **2025-09-16 17:18:31** | 28a4c6eecd8625c2 | 0.00020002 | 91.93325821 | c3c7a20f2da08bf57ca3eae0c30bb789858fe1fcb4f1d68602e03b364f28645f |
| **2025-09-16 17:18:31** | 4086e2c272752f11 | 0.0001 | 91.93305819 | 530fe364e9f0007dde0029aa3375cb9497a287141074c87880f734e6b2c3df36 |
| **2025-09-16 17:18:31** | 074d659b7b1876f4 | 0.0003437 | 91.93295819 | 188c28f2476896127cb815991d71c684e02206f61732ca1823b4a89e29a631c7 |
| **2025-09-16 17:18:31** | 0db394a8b42c1c23 | 0.00113766 | 91.93261449 | 7ed3d7ca6d431c92a80500cbacf239bcef9003955c28a904507484148fe974dd |
| **2025-09-16 17:18:31** | 50db8a56d39e8b21 | 0.00101215 | 91.93147683 | 3106869f0b8d2e562e4e76258dc25d7150c0ec5ef3bb3c85fe2728758f7c0bf2 |
| **2025-09-16 17:18:31** | d5f516ba0cd77a83 | 0.00123773 | 91.93046468 | 7fe33da14b8a0620126003a9223b417a4c07e5d2b9c8ae6bb997ecb98e793544 |
| **2025-09-16 17:18:31** | 2634e6ddeee9fbeb | 0.01020995 | 91.92922695 | 4263d4af00f9e4f74646654a5b56ce30b94d47a3eaafe1f7b977c152f1beb5ea |
| **2025-09-16 17:18:31** | 0007ea31e4a76c89 | 0.00039764 | 91.919017 | 9f05babdd7be5d4f7f052636c484bef37296e2f9f9f1fad178515822e2208474 |
| **2025-09-16 17:06:12** | 52d9fa1f8efbf181 | 0.00045 | 91.91861936 | ecc31f0c19c63a897fac4025793586034efbd3e2b45ff1f8d31c540843ed6c72 |

| | | | | |
|---|---|---|---|---|
| **2025-09-16 17:06:12** | ed9fe9e52c84f313 | 0.000075 | 91.91816936 | a6a55fd9d01327de21f3d5c851e99c7860c80465aff306c7d291901281295ca4 |
| **2025-09-16 17:06:12** | 96938668681cb74b | 0.0005 | 91.91809436 | 3ff07ade2f748d22674345c35525a14af6f4906aa26c145c4c6470d6362d39e7 |
| **2025-09-16 17:06:12** | 37e3b684a890f033 | 0.4305296 | 91.91759436 | 584b801c2b015b15463300ed3d44a5a5cc3f83c59cf49c622ef6c05f94bdc412 |
| **2025-09-16 17:06:12** | 29e70ce5768d88e1 | 0.0005 | 91.48706476 | 056ea2e1fa01d08122f802b3d3c64506af8527ec11164fd39cb39bdb07993bc6 |
| **2025-09-16 17:06:12** | b8d406e552fa75eb | 0.0005 | 91.48656476 | 7d89eee9dfa0ca27bc6b807acccbb21785775943535bf2b0d21d962c5f578ce8 |
| **2025-09-16 17:06:12** | 06f8703830a7ce5f | 0.0006 | 91.48606476 | 81c3db805effe7c84fdee31bf396f646c456b8c7f80cdaa2419b826b01263f8e |
| **2025-09-16 17:06:12** | 3b93f60b3febceac | 0.0005 | 91.48546476 | aee230c0c2f03a8e9c9c6ca05fba08928e2a2827892e9b28ba33ad7a2ed4156a |
| **2025-09-16 17:02:02** | d7108236f077fff0 | 0.0004 | 91.48496476 | e698341f7a54b89239bdf6fbde9a991d195c47466788c50d39bd1aea21daf653 |
| **2025-09-16 17:02:02** | 3d1b17855aa92700 | 0.0003 | 91.48456476 | a4a6aa636511e17e0419dc8f6e386bb26d26c96507c6626ca7415b335a27b6b4 |
| **2025-09-16 16:50:03** | 0f3b8e7df8e1d6e9 | 0.003243 | 91.48426476 | f56b164c96f6963515cca5b9883ebcad8810a745f602b0fda6f380e3b3d4a4e7 |
| **2025-09-16 16:50:03** | 4fc59eca924fc862 | 0.00086313 | 91.48102176 | 85de857224fe66e10eba1d589caa0f83e2422005d2cfd13d4f9c747c5fda17bb |
| **2025-09-16 16:50:03** | 783a447582cb218b | 0.00317473 | 91.48015863 | 825bfbe4fa4dd2eacaeb50a28710f6c0075f9fcaf71bdf9f5cd7126119ac9010 |
| **2025-09-16 16:50:03** | 9253f328409b8d6e | 0.00225 | 91.4769839 | 9e03861a039ae8665903317f3dca3405a78a079f31708ffbcab5b3c3425875d6 |
| **2025-09-16 16:38:12** | 0c87c4313394e67d | 0.00323306 | 91.4747339 | 330f29b827d2b8bd2c3b98b3217a23fff72e9ced19e087f0c29b6a058de96418 |
| **2025-09-16 16:38:12** | 0001e37b5b30a43f | 0.000777 | 91.47150084 | 6673ff790e6583ce21489b1e6849ea13caa11bbc097618bf35fbcbf2293086bf |
| **2025-09-16 16:38:12** | 301e219411a05a2b | 0.001079 | 91.47072384 | e7f93760395c3ef70a78b6be8204e09dacd7551e0eddbe5ee27d4cf1b2cb4377 |
| **2025-09-16 16:37:02** | 335fc3213f553075 | 0.00918783 | 91.46964484 | 2b68738179212301a4f3bfced319c703c1745439908ab5b91a243817e49db4a0 |
| **2025-09-16 16:32:20** | 10aa08ea38df5075 | 0.01 | 91.46045701 | 99c66de29b8738ea60e0e2f973f485e5f95db36a270f475469cc8fdfb3c46c5a |
| **2025-09-16 16:32:20** | 23e54c2ef89963d5 | 0.00762448 | 91.45045701 | f721c3ee8c4cf6ba45cc0a2469ef2b842b4e72b61a8a4e6edefa168077214c11 |
| **2025-09-16 16:32:20** | 090529b408f73ed5 | 0.00034973 | 91.44283253 | 88c6339b159dcbad991910d6e4d293c5b02b43cada45bfbb235801ab3054950f |
| **2025-09-16 16:32:20** | a200a5c331f35a16 | 0.0008633 | 91.4424828 | c03995a0f4b7951dbd312aeffd1e50b891ea4e985d8613e8249fe5d19a153c78 |
| **2025-09-16 16:32:20** | d9e8a3e63ea0d2c9 | 0.00722653 | 91.4416195 | b19d6dd71b8a4c48c9387995e135b8338255a6de440bedfae7f5515150e2eef1 |
| **2025-09-16 16:32:20** | 214bd5a07fc9d3c6 | 0.00052703 | 91.43439297 | cab740534ca95d62241715da8db4b00ec002bceef274d3f809f014a13528fe20 |
| **2025-09-16 16:32:20** | 0167dc54676ac89f | 0.0031104 | 91.43386594 | f460127077d66802b7a9e8721bb8c7b37818df9bad8ffbf8670b4f27be55a0ae |
| **2025-09-16 16:05:17** | 03159616f148786a | 0.00076557 | 91.43075554 | 59b85bcac9e03a9cd0786b0878bc79170953c928da3d01f21555e41921fa2b85 |

| | | | | |
|---|---|---|---|---|
| **2025-09-16 16:05:17** | 9c1137f47e74fcd1 | 0.5 | 91.42998997 | afede1ad5011727101bc708ffc7be8b87aa0ad76df6396cc36469214135b2d11 |
| **2025-09-16 16:05:17** | 000000030ae8727e | 0.02140704 | 90.92998997 | efcb82489fe2440080f87eed15f5f64e8aed4f7629e3941e7964954f7990dc4b |
| **2025-09-16 16:05:17** | 7a9ebfc92baf7ce0 | 0.00121513 | 90.90858293 | 66fa81a271f0a55f22e1bfb1f0660b74974febefa587c1fdd401c8893f845030 |
| **2025-09-16 16:05:17** | 47f68ca0630590d8 | 0.00025792 | 90.9073678 | e145a0d81453300ed3eb3456a7f27abaa3bbba0e328badd32351d85c7dc6a09d |