This WalletExplorer overview reflects transactions in cluster 0000011bd9c73aab up to block 915144, as of September 17, 2025, 19:42 UTC
(check date September 18, 2025). Source: WalletExplorer.com.

Exhibit N-D(6)20250918

walletexplorer-0000011bd9c73aab-page-1 (6)

#Wallet 0000011bd9c73aab. Page 1 from 551944. Transactions 1-100. Updated to block 915144 (2025-09-17 19:42:38 UTC). Source: WalletExplorer.com

| date | received from | received amount | balance | transaction |
|---|---|---|---|---|
| 2025-09-17 19:42:38 | 27755c8d59dc1cd6 | 0.00013055 | 103.82914978 | 930f1b745a61e774306b7d87830a0ada2a0f8c3f21ea57bfb8b46f36f8a31994 |
| 2025-09-17 19:42:38 | 68b71f252c57eabf | 0.00416936 | 103.82901923 | 249907bf037e1a678580514aa8d7102df92ad08c5a13be701eecfc9371fba848 |
| 2025-09-17 19:42:38 | a03998d820bdba73 | 0.00082192 | 103.82484987 | db4d5ab7591538b81c4fa0ac3fd8232c236955bf263f107e2ff1335fa235f471 |
| 2025-09-17 19:42:38 | 193132527eccc351 | 0.0451171 | 103.82402795 | e05ccee509f6f607bd5692d326d60f411a4b8c0b1b963f7c4e3a1f82a2f83622 |
| 2025-09-17 19:42:38 | 4f4ada95d733aa5a | 0.0067166 | 103.77891085 | d37b470ce22453317b0b04eab1bd939fcbdf6b59eabd45242d344f54812486ba |
| 2025-09-17 19:31:58 | 001efe0dced7c5fa | 0.00043196 | 103.77219425 | 3b3472f2fed8dc6d29ecd0a93662cd37c2c9f62038623bebea0d884f1e0d2805 |
| 2025-09-17 19:31:58 | 8d12a35324d57292 | 0.00711755 | 103.77176229 | 26224a55fc5fc1ba50f5d1d475907df0558e2270e5c6377f9ee33fdc32e06d16 |
| 2025-09-17 19:31:58 | 00112d4fc265b43d | 0.00343167 | 103.76464474 | 80076cf0763ff8f81986587d988ad97f05c9b6c3b240daee441ed40d5b566968 |
| 2025-09-17 19:31:58 | ad750461add45e67 | 0.0018986 | 103.76121307 | f55f6e81a5807a4ed8a55c01310274bd2b18b8516908a18308f183b5805e6112 |
| 2025-09-17 19:31:58 | 72f2579df9611a27 | 0.01731485 | 103.75931447 | 739ac35c71fe2383856db68343d33490abafc0620d0bbe4dc31166a9c914a440 |
| 2025-09-17 19:31:58 | ab8e230f2c4d7c92 | 0.00397364 | 103.74199962 | b81c5b25d3891e6cbc8cb9a17979e85c47f1b35e77edf680a25984a15c4c7237 |
| 2025-09-17 19:31:58 | 13d7a76421482ad7 | 0.00288109 | 103.73802598 | 0c46e6dd01e371fa43a28059a8f769521597f203891965868801b8b4c1be7838 |
| 2025-09-17 19:31:58 | 049ef7b3b5cacfce | 0.01 | 103.73514489 | 169c521a877a90c15ae0553ca645ddd29c5a82be91ab444295b02a5ead761360 |
| 2025-09-17 19:31:58 | 0167dc54676ac89f | 0.00234096 | 103.72514489 | 9f454cbc9c4137e9f5108676688b49f2ec59e2e82047742b4758d248bf607189 |
| 2025-09-17 19:11:02 | 8c65b1747843d0d2 | 0.00068203 | 103.72280393 | 73beee39fad505d645eb929efe7b45994f7614edf5e6149d3fdf7f301ffa4ad5 |
| 2025-09-17 18:59:43 | c9558b29a2ff4d15 | 1 | 103.7221219 | de72bbfad8cd87a31ee367c7a299405f137a3d671e35921d71bce12bb28b2acc |
| 2025-09-17 18:59:43 | 1365b34af8d1f5f2 | 0.00307952 | 103.7211219 | 50189992cfab81f6343b97c3b93952553689035b360a55ebabb1267b846fcc48 |
| 2025-09-17 18:59:43 | a690357fadf7a28e | 0.0018 | 103.71804238 | 6b89a9547498aedb12c72c06dae3821de8a2b44f9b7d9222b71c5181b6f331f3 |
| 2025-09-17 18:53:25 | 088fb14a09d59c72 | 0.62500373 | 103.71624238 | 21f1737d1cd3ce14ddaaecf9c736bfccaa214fffc107f1501cd50a3969e2e59c |
| 2025-09-17 18:53:25 | e55b7117f47d5d38 | 17 | 103.09123865 | a9c5cb290c5572e7c581c1d5faeb08cc9ea8ee1aa5176dc89b71f35e54823a41 |
| 2025-09-17 18:53:25 | 7d77cbeb172d103a | 0.00021675 | 103.07423865 | ad8da8120533e041356598ee788d6bac04a168cb2e61092889ac2111ad5fceb9 |
| 2025-09-17 18:53:25 | 3d1b17855aa92700 | 0.00252183 | 103.0740219 | 048192d77bbe2153805d220e8cfcbc73dff62278d54b71453b25f5ea85eca8c7 |
| 2025-09-17 18:53:25 | dead91dbc9e26df8 | 0.01292355 | 103.07150007 | b39db48195e7c8fe7a2cc230ed6178e93d305a4cac395b504b410542bdfe3792 |
| 2025-09-17 18:53:25 | 036074b6c1b4b235 | 0.00401883 | 103.05857652 | 7e3f6ac7ef42e544db6151aac7381b4519b5270a5a02ced8fc481b7d96c93dd5 |

| | | | | |
|---|---|---|---|---|
| 2025-09-17 18:35:29 | 8a4b7735ae69c709 | 0.00217449 | 103.05455769 | a85840adae9ec5386b0da638290c4126200d461302e236c23b5171d750170d9d |
| 2025-09-17 18:35:29 | 000000030ae8727e | 0.00097744 | 103.0523832 | 96b4ab7a692e46cfb18ff9636b21c734e86e81d6eac894d0b44def050e7da89d |
| 2025-09-17 18:20:46 | a47bb7f25ed09d1a | 0.00517 | 103.05140576 | 3ff2a260a7d6707b84f31d60219ab10213692e9aa64cea3bb78c4a182040f7bc |
| 2025-09-17 18:20:46 | e4efeca46a490946 | 0.00716038 | 103.04623576 | b21ff035b5fe9f7d4f3424f31a0789922541ecb4d6048b0d8735ddbe8a158619 |
| 2025-09-17 18:20:46 | 000002996ce830a7 | 0.01 | 103.03907538 | 58dc31ea8a79c239590701cf7abfdcef9a50a39da652e992313b83093638fe8d |
| 2025-09-17 18:20:46 | 72d3dab790292e6d | 0.11 | 103.02907538 | 8ee24acc03a561dc0c4530f3e013d9eb0e18357c615b1831fd930d36b03d2a3b |
| 2025-09-17 17:52:04 | 194ad6948ddf0925 | 0.10530123 | 102.91907538 | 7b1ba78f950376b37352d22de81e703c0b1d7d088c415a2c5a98f04b4249361d |
| 2025-09-17 17:52:04 | 08c52d3c3b22ca8b | 0.1 | 102.81377415 | 3a6cac43158de60680e4b52d383cda1903fc7e3205c1ebcbdb15f66ad7e9ccdd |
| 2025-09-17 17:38:21 | 5b52d2de96ad09e0 | 0.00046373 | 102.71377415 | 7284151263c285507a13026c8f3c1497992a9fc4b635800a1d338afeef4088fc |
| 2025-09-17 17:38:21 | 0c26d85e4cbc64b8 | 0.00444086 | 102.71331042 | d161ffa773066ff19769c20fa550cf12cd7f344fecdfd13f41fd1a4e6c2c2da5 |
| 2025-09-17 17:38:21 | 3537edebbe7cc92b | 0.00082726 | 102.70886956 | 974ee5bc3566fdca30c1502db9cf02950ef08df29dbe425e284038ffd15347a0 |
| 2025-09-17 17:38:21 | eba2e394731c08c4 | 0.00090518 | 102.7080423 | b48e87169e859f023844a875d212b33ddacd2d652c696642bb1c6d2898afd63c |
| 2025-09-17 17:38:21 | 830d9f498696e3ad | 0.00060276 | 102.70713712 | 88800ffd4b5afa88759d32ed63d0c93e181867b924b71e8ede144b6bf46e69d7 |
| 2025-09-17 17:38:21 | 55664143af493387 | 0.1 | 102.70653436 | be328adac787e111a57f91567b6c615759c0e89148dbaf3bb9aaa45d402b6622 |
| 2025-09-17 17:38:21 | b127e951a06a1091 | 0.00018633 | 102.60653436 | 7b90d0892703b27ba782f7feedd05e1c4721dc0226e67507e1b8175f436393b0 |
| 2025-09-17 17:26:25 | 58583fef8aa95530 | 0.22601162 | 102.60634803 | f1e47950ccbfebf735243441b9ffdec2b171f1d96c0b25b067e06179399b244f |
| 2025-09-17 17:20:08 | 0dcec5e001289996 | 0.00099338 | 102.38033641 | 2aea5aa7553f6783f7d872ab2c8068305299f299944a641e51cdc472c142c7b6 |
| 2025-09-17 17:20:08 | 96938668681cb74b | 0.0005 | 102.37934303 | 0ffff3ce57c7ff7b1c0944ba8b41ec8f4b16b71668af9965e5cefc6023c93683 |
| 2025-09-17 17:20:08 | 3b93f60b3febceac | 0.0004 | 102.37884303 | 5257a57b98f84a1fd5c616b8731469a3ed7bbe015147645dc5f7661d092f3f6f |
| 2025-09-17 17:20:08 | ed9fe9e52c84f313 | 0.000075 | 102.37844303 | 5ce4bd4f77d25225fc6828f6445d04bbbc11741187bbc4208ac4a7378bc682b3 |
| 2025-09-17 17:20:08 | 29e70ce5768d88e1 | 0.0005 | 102.37836803 | 79cbd346a1913f2ee644fbe13baaad0acce274926fb1f88b618720fc990ec382 |
| 2025-09-17 17:20:08 | 025f8fc1a77f6aac | 0.00082702 | 102.37786803 | 94a2df68a7eefe7595db843eb1c3d56b5c52ba4bd6161bfefa1c197139402264 |
| 2025-09-17 17:20:08 | 07d9159d8ee7da6c | 0.0005 | 102.37704101 | 0806c03c4163e2e23b2353b2cba9de0867450570f0b0130c54405f92ffa5fe7a |
| 2025-09-17 17:20:08 | b127e951a06a1091 | 0.00048553 | 102.37654101 | 9eb712fd8479506f02dda3dc6b513156e0a5d65606381b26113890bd20e66e95 |
| 2025-09-17 17:20:08 | b8d406e552fa75eb | 0.0005 | 102.37605548 | 7a06f4d608ef437f8bde493ee6464de5133a3caf5f14f6720834265b77ddb409 |
| 2025-09-17 17:20:08 | 06f8703830a7ce5f | 0.0006 | 102.37555548 | 8ba8ce19b89295f54c49efc35b32602a82be5578b71b9d365c6a91aeb8e303ae |
| 2025-09-17 17:20:08 | 58583fef8aa95530 | 0.0001 | 102.37495548 | 6786ee524e4f4502d8bb9ba1172cfbf1cf1abeb5fd642858c2ae7a62a0f05a66 |

| 2025-09-17 17:14:21 | 07bc2f54b7179cdb | 0.00114743 | 102.37485548 | 3808fcc45ba4bfb2d76a6062d0283b04b2c0ff088f8b3173312793f495f3cba3 |
|---|---|---|---|---|
| 2025-09-17 17:14:21 | 80fa130da540afd2 | 0.01003856 | 102.37370805 | 60568d5fd92492c72b40687e9e7cb633f31e0eddf720867a388f150932fa9b5e |
| 2025-09-17 17:14:21 | 4aed444666207d63 | 0.00558 | 102.36366949 | e57dd3ed94c463c5207cd7b3066773d02c0e2eba45136f499c38f29fbdb304bd |
| 2025-09-17 17:14:21 | 41fb265e9cd2233e | 0.00023883 | 102.35808949 | 7d33f169e4177cc13c19914cb5ad11fb8ec4e823be67c2b5dc1cfac62335a26a |
| 2025-09-17 17:11:58 | 28a4c6eecd8625c2 | 0.00136019 | 102.35785066 | ac3f0093120a5dcc2ddaac79f1f03ed582289e757614981226520f463effa2c1 |
| 2025-09-17 17:11:58 | 0756c2637cdcf87a | 0.05958282 | 102.35649047 | a9e815b82b081fe8af44d12b69702b6cfa87990f78f6f343f28f20e56e9ab3cf |
| 2025-09-17 17:11:58 | 0c5e6167ef68432f | 0.00106449 | 102.29690765 | 243048645d771b2c8c21edfed3ee06f4f61f045f9cbe006d6188746bae5a697c |
| 2025-09-17 17:08:10 | 43899b0631acd18c | 0.00015567 | 102.29584316 | b23daa710918e260dc4a51a1580ba76355c089fee4f4dde94e6b0c6cd9cc1ce8 |
| 2025-09-17 17:08:10 | 0756c2637cdcf87a | 1 | 102.29568749 | 2810d36d43c4504982e04321bf68a19ff1cafe76f4eb5dd75ea1b9856d64629c |
| 2025-09-17 17:42:02 | CoinJoinMess (0000013caf4d87ec) | 0.0025 | 102.29468749 | a925bb28ae7e088eca59bd73ab58325c365a90b51d77d53680b972a370591280 |
| 2025-09-17 17:42:02 | 62ca3b318fbcbaa5 | 0.02006629 | 102.29218749 | c466d6fe251b5e3140957d998cbd0811c0df0b507e7ef62698d5bd1ae6b4cf7a |
| 2025-09-17 17:42:02 | ab8e230f2c4d7c92 | 0.0166332 | 102.2721212 | 34f61f0e1584bb35184dc0a2e45ad7520201aec41defb056189bc6ff0540bf20 |
| 2025-09-17 17:42:02 | 3d1b17855aa92700 | 0.00087544 | 102.255488 | 9b9dd4a565886d6eefb460609e0bf5bcf7524df5a8d2d8024ba9baa453b3ce23 |
| 2025-09-17 16:33:51 | 5131acb7f2270925 | 0.00016959 | 102.25461256 | e21388d89b76e353f56917f9e715215bd12bec314d01d706e09ad45fde3a405e |
| 2025-09-17 16:33:51 | cbf1a383fd550740 | 0.00086453 | 102.25444297 | eca174dafcf187f8fa8c3cd759d0a4c29128907a412eed00a8eea507bcdf610d |
| 2025-09-17 16:30:12 | 000518092f256aaa | 0.00028914 | 102.25357844 | ba2efbb38844f3e385594a848eae1cc08384a89149e65ab58a27fdfe83db0d5c |
| 2025-09-17 16:30:12 | ad9f0360c43607ff | 0.00028534 | 102.2532893 | b32873d14eb63432d88a99fcbfaa1abc624a0b98adaec8e504393a48811ddf92 |
| 2025-09-17 16:30:12 | 0003df6046986f44 | 0.00093854 | 102.25300396 | 464f78978a7e6757e884b874020e20e9f6128f05f5c5c8659c91e85266893de8 |
| 2025-09-17 16:30:12 | 0003df6046986f44 | 0.00074467 | 102.25206542 | 4d8674b38b6220f966f05de766a046d19d3c081f00f0e0629fa4af75ed5bde7e |
| 2025-09-17 16:30:12 | 0d4e55971a7bb2d7 | 0.00233698 | 102.25132075 | f281abde4ac99da2ce3c58ab61a0038393939c09829818ec5621cbfdf824f3bf |
| 2025-09-17 16:30:12 | 0d55176dc07249fd | 0.03110796 | 102.24898377 | 6f7a57962987ecd1e1e3bc450b312a8ea8125fa69cd45cb3bbe454cbe74113ab |
| 2025-09-17 16:30:12 | c52de872d0376b26 | 0.0008634 | 102.21787581 | c41f78821d22526e0eaf3c85b2ab157cdf4f125439db31d75704aeefd7c8d676 |
| 2025-09-17 16:30:12 | 90d723b26a336e9c | 0.00259089 | 102.21701241 | 86e72508b15259ce968ad3b10fe853f5c6012141d62b685cc941dba4b3ad296b |
| 2025-09-17 16:29:09 | 52d9fa1f8efbf181 | 0.000375 | 102.21442152 | fdd112f2be73eb1d6943885261d6c3452c43059b47c676cc79889eb4f129fc33 |
| 2025-09-17 16:29:09 | d6ff549449e0f31a | 0.00434661 | 102.21404652 | ec2f1dde7624e56910ec06a645c5a876760063452e79d1d30334c885b10b7ef3 |
| 2025-09-17 16:29:09 | e6dedee18715f39b | 0.00147 | 102.20969991 | aa65eaaaa49df0e99e017f64a865273579f71cac7a76f4ac59e71b9fe5f69ca2 |
| 2025-09-17 16:29:09 | 5986471334bdaf1f | 0.00428661 | 102.20822991 | e26bf46892607365d475671460b59441e2aa790172dd928f08aa6d7412037f57 |

| 2025-09-17 16:29:09 | 4e08ec79295e0c7e | 0.04 | 102.2039433 | 4c7b0d5db93224c7d8547ca650ca983194463458aeeff6c5eb4e4c6a6a3707de |
|---|---|---|---|---|
| 2025-09-17 16:29:09 | 4aed444666207d63 | 0.01359 | 102.1639433 | 70f6c404d861e5b3be0ac536562d419d4f583e617cb5f319badff141ca26af5e |
| 2025-09-17 16:29:09 | 7fb6c2950c13eb7b | 0.00005 | 102.1503533 | aad42f1dec62c87a870f653a01fe0e7ee6cdd82aa48e7cde1e0f87fc925d52a0 |
| 2025-09-17 16:29:09 | 024ac205c19a0e00 | 0.00002 | 102.1503033 | b0cb35885ce143ed9dd83e02f6dcb64ed5f099fa9b6e3368246e9c6dea133a10 |
| 2025-09-17 16:29:09 | 13d7a76421482ad7 | 0.00403328 | 102.1502833 | 360e871bb7dc82d9deca02afd83358e69650ec01870a09b9795b2e3475cdd7eb |
| 2025-09-17 16:29:09 | 90b7f2b26e1856af | 0.00401548 | 102.14625002 | 05881fca9ab4c2d8483b472df615c1eaf3d3ea7aed9969eaf088b68f1a8b3675 |
| 2025-09-17 16:29:09 | 3b93f60b3febceac | 0.0004 | 102.14223454 | d52d45dfe2395027e6107faf0d53f0c37e5271f01dbcc6160f4b26c74511fb57 |
| 2025-09-17 16:29:09 | 29e70ce5768d88e1 | 0.0005 | 102.14183454 | 0e80ec5996ab3addca5aa93b151296f7893d6da01dfbebc663bd284799c34109 |
| 2025-09-17 16:29:09 | 3d1b17855aa92700 | 0.00255187 | 102.14133454 | 01aea3586b2917cfa2b763d15b6102ca18dcbb39a14c448e8393821d15e00efe |
| 2025-09-17 16:29:09 | 06f8703830a7ce5f | 0.0006 | 102.13878267 | b547d013af69d91a5dcc053e925131e239c238b92db7575964d51d807a57bec0 |
| 2025-09-17 16:28:12 | 13d7a76421482ad7 | 0.00050039 | 102.13818267 | affc1f2fcef7440d1beb9cedb55ae8ef0de4ea9f2a94f612a1ea96f3448eca77 |
| 2025-09-17 16:28:12 | 8c7f22d880ed1b06 | 0.00181667 | 102.13768228 | 4e3cf85b03f8a5caf5864b4420638d2045802d8406ef7cf07998dfde5e4d304b |
| 2025-09-17 16:28:12 | 84111de1bf15fb40 | 0.00363033 | 102.13586561 | 5f93a21de7f7d5c680206c00f24c00ca8c4e394c035cf7771250f19da2f5adb3 |
| 2025-09-17 16:28:12 | 0007ea31e4a76c89 | 0.00048282 | 102.13223528 | 87bfe09fd5ebee3e7b258ceba2918798760a71f772aa94c30df1e7a11206ef17 |
| 2025-09-17 16:28:12 | 00000138a566dc84 | 0.00059356 | 102.13175246 | 043621009a2bb66379ca5356a171faca816f0dbc2a1e142a4cf945ab3de9c982 |
| 2025-09-17 15:53:45 | 50a09210ca793a91 | 0.00010242 | 102.1311589 | a9d580b229e3c5fb0f68547d782dc565111e847068c598b043aad76da2fd6026 |
| 2025-09-17 15:45:25 | 0002ccc50a2b6fd0 | 0.00274736 | 102.13105648 | fe4625a90f044e7423f2ec8f608855fd561195b7f4dab7ea977d6fab5bb90840 |
| 2025-09-17 15:45:25 | c10b2d5131cfc00c | 0.00129493 | 102.12830912 | f76f00aa7f2675e4ac6d3f82f76c00e383a51efcb34eaf396f8de00b854e1033 |
| 2025-09-17 15:45:25 | 5e773da0a5e2ea57 | 0.00269193 | 102.12701419 | bd4fb68ec912ba362fce1c0017cab06bd04dd06a5936443a6649f4892c0ce4b3 |
| 2025-09-17 15:45:25 | bb547023d8d5b7b6 | 0.0013 | 102.12432226 | c9ec4a093ce8e24b6488019049f2dde468f9d3a7fdeee58197b657083553e5ac |
| 2025-09-17 15:45:25 | 1ba851042daca1ce | 0.00011 | 102.12302226 | 564f969df669b6f43ff157d827298f2a850e4c138fdb7a2acbdc337765f7089f |
| 2025-09-17 15:15:11 | 8cd6ad1d2b5f7a1b | 0.04323801 | 102.12291226 | b3d2e48e5437ba7ca6e17596f4aaf7e61983b7a31867d9aebc8ad19d13f6e031 |

4