This WalletExplorer overview reflects transactions in cluster 0000011bd9c73aab up to block 915298, as of September 18, 2025, 19:48 UTC (check date September 19, 2025). Source: WalletExplorer.com.

Exhibit N-D(7)20250919

walletexplorer-0000011bd9c73aab-page-1 (7)

| #Wallet 0000011bd9c73aab. Page 1 from 551951. Transactions 1-100. Updated to block 915298 (2025-09-18 19:48:26 UTC). Source: WalletExplorer.com. | | | | |
|---|---|---|---|---|
| date | received from | received amount | balance | transaction |
| 2025-09-18 19:48:26 | 8fa335ab5018116e | 1.995 | 98.23855668 | 601a4eb87d6b025f4ffd1798dbcf00bc9ee77a309f38f3b41e69a3a8420092d7 |
| 2025-09-18 19:48:26 | 443353136828d279 | 0.01851442 | 96.24355668 | 52e0694fc5072bc2e8729b35d80bd8eb72c0389d43d60ee8eb652bc7ba3f3fd0 |
| 2025-09-18 19:48:26 | 000000030ae8727e | 0.02230114 | 96.22504226 | 3ab270e78b1b77bf8629db5da163c8478eaa7c77ffa8c61a94ac1ec814ee8d6b |
| 2025-09-18 19:48:26 | 2c5fc5c226a7224e | 0.00030079 | 96.20274112 | 7bf1f4960bcda42c10c0217ab8ed368c083354c27c72bb05cc225d5e300274d9 |
| 2025-09-18 19:48:26 | 4759570a19093829 | 0.00042618 | 96.20244033 | 10c5be879bdd9b9cd57826278753a95b19ed187d3deea38574f93aa672054c06 |
| 2025-09-18 19:48:26 | 98039fa93b752e53 | 0.00004703 | 96.20201415 | e75ac4c91dc4ea2e7fdbf5fec4a73ad2cdd3f668c12bc602ca482f5c219d4751 |
| 2025-09-18 19:48:26 | 37755a73e78ef073 | 0.12986264 | 96.20196712 | e327c4ba06b561f2196388d01e9887c8d0bdbdf9a823a669406f7168df8fb2b1 |
| 2025-09-18 19:48:26 | 14edf469b45ad349 | 0.10408227 | 96.07210448 | 4d1437e2bce4c64d6c6946615ec1595cc43648c1f43b61c9a76375d0bc09f54c |
| 2025-09-18 19:48:26 | 0007ea31e4a76c89 | 0.00066134 | 95.96802221 | 79912a52657b815c1479f8a52bf06b46811d014ceefacfdb1c1f180b3df7c180 |
| 2025-09-18 19:48:26 | 81401d569a28f084 | 0.1638 | 95.96736087 | f1e118ead19d3d7bd02aa6507f703af1640ee79b6bf5a74f74480ee977239808 |
| 2025-09-18 19:16:48 | 0003df6046986f44 | 0.00039013 | 95.80356087 | 9b3464b91a9d2a81218a37fb621c1bb0f7b31e30084931b177f22e61fbcd80b8 |
| 2025-09-18 19:16:48 | 84884b0fe1d7e8aa | 0.00035644 | 95.80317074 | 3fccdad0c984040a598d5a5d6bd5617356b2037ccf4d66f7c3057b6705806741 |
| 2025-09-18 19:16:48 | 6fa40990aa18fd6d | 0.01697461 | 95.8028143 | b32a9e7a8fe11cd8abfed86ae2c44f436eb785fea21992bc901b1f7ee00afee1 |
| 2025-09-18 19:16:48 | 5e773da0a5e2ea57 | 0.00138562 | 95.78583969 | 395438d4f586873571dd53b3f63e665ba5652e96a1a7531c6ea9615d499049ed |
| 2025-09-18 19:16:48 | 00003e42bfac0176 | 0.024872 | 95.78445407 | 231f6fcecdbc79fe58026ff29135bdd5ea8f0c12bcc80dff38cccec1b99f2953 |
| 2025-09-18 19:10:12 | 8857448fc5d70e66 | 0.0007962 | 95.75958207 | 2075bed0220c4ee498b176fb00007f764082f285b134b60ce7875b78977311a3 |
| 2025-09-18 19:10:12 | 83b8ce4fceb17779 | 0.078477 | 95.75878587 | 932fb36cc6641c6460ae3f69ef5981c6dca057e4491bff21cf8c30740f11195c |
| 2025-09-18 19:10:12 | 24c80e3ed68863f0 | 0.00473701 | 95.68030887 | ffe5fbc44a645d753f7b64970e207e9000b32cee38f648d536d74c7a4a740b34 |
| 2025-09-18 19:10:12 | 61822afe859c81e5 | 1.01625254 | 95.67557186 | 45bfc9c2fbda7f5bc92c062dbdaa6050ac898702229ee81c381e6ef7c3707aa5 |
| 2025-09-18 19:10:12 | 000000030ae8727e | 0.0201459 | 94.65931932 | 835a0f4542c7bd4d601d71ba150b7f6cbb63d0dbfbc73f5d318a218b425a54d5 |
| 2025-09-18 19:10:12 | 4d1a2ce26e27954b | 0.000015 | 94.63917342 | 6b41e3307c8ccb7e9fdc52b1a4aa9b4b2a9b7f365cf0712d65d56c0e3ea29b8a |
| 2025-09-18 19:10:12 | 0007ea31e4a76c89 | 0.02242696 | 94.63915842 | 34a904c3124383683573e6246ab0c08fe88220073593a54d2a4e0035bd41c529 |
| 2025-09-18 18:45:27 | d9da7a5fba9f6c60 | 0.00105606 | 94.61673146 | a25e39e60ebfac7771451facf7e6e4de94d8d911d0e5d6ff20b8acf39db56fb7 |

| | | | | |
|---|---|---|---|---|
| **2025-09-18 18:45:27** | 05ef5ca90644e0df | 0.00057175 | 94.6156754 | e27fe18b10def948c494abae83883ebee6580eb9a3bf5a2badadcb06f411c6f7 |
| **2025-09-18 18:45:27** | a3909e3b8345925c | 0.01993599 | 94.61510365 | 0473ee6c8243ac8e60a877d1dcb26e2e17d58c37606b89eec1b72445b097eacb |
| **2025-09-18 18:45:27** | ac9e949992168472 | 0.00048922 | 94.59516766 | 9eadd7b61bdf0d5e2e4669cc8d8a4f6a08d536df21dbd4f5f64b94223076d2e3 |
| **2025-09-18 18:45:27** | ce2bb9dc3b03d212 | 0.25 | 94.59467844 | dde1f9247d4ae646c9d5c0025d699f6210eebc8434c5b01685ece2046ac8e88e |
| **2025-09-18 18:45:27** | 544b50aa43001da6 | 0.00001 | 94.34467844 | 3eb688d313107d8a28bb7b04c7617bf10bf0cc265ac00f42ddc13d4be5a6d2c5 |
| **2025-09-18 18:38:38** | 79d43e0cb39c1682 | 0.01494 | 94.34466844 | 214e0d6534f8475d7bdc2b32c9e3e591ff9aed866d633bb17307fb54eab3e154 |
| **2025-09-18 18:38:38** | 245dffa1b2bd5947 | 0.00027041 | 94.32972844 | 4c61c412a5635ea9f4c588638182a46885a4e045c3f04445b454ccba0ac74750 |
| **2025-09-18 18:38:38** | 82117210f66a1a90 | 1.05547466 | 94.32945803 | fb01b9e35a15690cf2a73faefb14a72d858c4b5c6f822dcf233517fd2c7d049d |
| **2025-09-18 18:38:38** | 957d2ca4082f9065 | 0.03111849 | 93.27398337 | 818a2cb4d2b0ac27eea73a7f8429478f943217bac5faf26d8cf3eb653d3b0862 |
| **2025-09-18 18:28:49** | 040ed15ace32a162 | 0.01782586 | 93.24286488 | 2a2fd987a39543ba4b7be8c9440e6ab7eec1a31979fe9b55c480474b87ff419f |
| **2025-09-18 18:28:49** | [Kraken.com](Kraken.com) (00001012b1848923) | 0.00184737 | 93.22503902 | 55ea154c7eedeca3a0a64179e3a75ead99020571fd9df17a3d52e065325e978c |
| **2025-09-18 18:28:49** | 08cf4d3d206ef421 | 0.0254618 | 93.22319165 | fc8616c898d484035b96414e17ded847a8aa3af086d9e56a3a9a0febd4b36be3 |
| **2025-09-18 18:28:49** | 00871d4bb45df1ce | 0.0005 | 93.19772985 | 2e38423849f61707302b46b54423651242aeed360a8f7aab42299a6836ec8012 |
| **2025-09-18 18:26:14** | 83b8ce4fceb17779 | 0.078598 | 93.19722985 | d6b141a16821106b55abaeb4e9f1b265c25d6cb87461f236cffed3570f0d18fc |
| **2025-09-18 18:26:14** | 6bd4aacb9ef5e3c4 | 1 | 93.11863185 | 69671dd6e70380f0b2fdfe26d24143eb7c8990a625b8bdf807afed1045cd7fcf |
| **2025-09-18 18:26:14** | 1740bba93579ca7b | 0.7999647 | 93.11763185 | 6d415b806ebe6fb0484be9be1d940cc73d0b6d5c1b25a2ffd2c95a44a953ef87 |
| **2025-09-18 18:26:14** | 4fe4ea8994824023 | 1 | 92.31766715 | 15d91d73ac704f637790d6da3417ace33754ce1beb82291a77a7d2df004995bf |
| **2025-09-18 18:26:14** | a734430b013c2826 | 0.00875173 | 91.31766715 | cec95ec0adc567816a5c519a92447fbc745f14f1687349adacaae6d3068331d1 |
| **2025-09-18 18:26:14** | 8fa335ab5018116e | 5 | 91.30891542 | ff9bcb6048467746a7ebbe11913efb1d0292f0c9dfca245c477911da5d5d6d59 |
| **2025-09-18 18:13:08** | 0003df6046986f44 | 0.00294548 | 91.30391542 | 250dbbc5e533697791914643f35ee7a07f08e9bdd05322ab77c07310969d896a |
| **2025-09-18 18:13:08** | bf709f749adc5dc5 | 0.1 | 91.30096994 | 7de0386996a351cb6d55a147adfca1879ba49a388b2dd3150ad3ae975b5c69e8 |
| **2025-09-18 18:05:30** | 94d5c7e116dad482 | 0.00127184 | 91.20096994 | 522da7eabd849611b8895cfd575012c0741354e59bd0152216c99367556a184d |
| **2025-09-18 18:05:30** | 46db8a09d456c0e1 | 0.00565111 | 91.1996981 | 038d9baa0338b373a611fe7fb48e623c45d2615d2e605b35e580a1fb87fef864 |
| **2025-09-18 17:59:24** | 110bf06020f35550 | 0.00425329 | 91.19404699 | 8c811cf428995f77b1721bf9a8ff9ae4ec5da454399d54ad8ea15b5f4f15834a |
| **2025-09-18 17:59:24** | 17059d2e16fb5c5b | 0.00171783 | 91.1897937 | ed7b90a70483eb59aa9ae54ba56daa9a1b8dbeddbd3070647d3129e1c2da3894 |
| **2025-09-18 18:01:17** | 8f2d975f7c44f104 | 0.00748898 | 91.18807587 | fd81ca553e22b7035a1f80b0c6ad4e9edeb43a1e2d69410a95a6544029185f5b |
| **2025-09-18 18:01:17** | 64c94916274ec6aa | 0.00017016 | 91.18058689 | 73207ded438b486774b59b827897fc73ea05d4880e5cbd42e2987adf5541ffc7 |

| 2025-09-18 18:01:17 | 79d43e0cb39c1682 | 0.047484 | 91.18041673 | 6a1e5ff3ec489c7a66fc89e9dc47a1fdd9d8692b83831b07be7f325cc0fea713 |
|---|---|---|---|---|
| 2025-09-18 18:01:17 | 83b8ce4fceb17779 | 0.07869 | 91.13293273 | 65cda9d4e8a6478c0954e1d14e02108befb02cc577bc4919144aeed9049736e7 |
| 2025-09-18 18:01:17 | 0007ea31e4a76c89 | 0.00141614 | 91.05424273 | f8c9d08f72d9a5725c8ae9e84a0cad95c1a5475e9564be81f52f99f67fec86ec |
| 2025-09-18 17:42:47 | db7ac7c9b1932b15 | 0.00066369 | 91.05282659 | e7ea5fd06d690fb2e4948a293a3e438716cae87c409364f6540fc5b092363261 |
| 2025-09-18 17:42:47 | 83b8ce4fceb17779 | 0.2 | 91.0521629 | 0383076af1dcbb6c736b05e30700a22cb7cd2752cf9590124a5d978de4c4617e |
| 2025-09-18 17:42:47 | 14e37a01cff412dc | 0.02182809 | 90.8521629 | 6f912b192758119a8d089b98c0f03f55e00d4498a2f820bbcb316165d3c7a135 |
| 2025-09-18 17:32:31 | 46db8a09d456c0e1 | 0.00207057 | 90.83033481 | 3e56814226543ecc81543e707c1e137d6ba52d7a8f185483a45ee438887074f3 |
| 2025-09-18 17:29:41 | b127e951a06a1091 | 0.00006298 | 90.82826424 | eea6d2db4ab3078a0183cb35e1db67fe021e459d06a1c9272bf21a39c549cf7f |
| 2025-09-18 17:21:30 | 9c3db2c79083c976 | 0.06294593 | 90.82820126 | 93a3152d06ad5368592dd74bc86982e76e699a4ae73d3a0e7e5feaddb969fb41 |
| 2025-09-18 17:21:30 | b127e951a06a1091 | 0.00051697 | 90.76525533 | 9e1f3c9bfc36432f63a642656a579f9789d1b17504c54b69d1df0facb35ff67f |
| 2025-09-18 17:21:30 | 19ca84239ecfb50b | 0.00013578 | 90.76473836 | 21687424d6f73737dcb07ec9884b22ad8fdebe00e58e461c5bad9c8ebb3ea5a9 |
| 2025-09-18 17:21:30 | 82ca4e64514bbc1c | 0.02002937 | 90.76460258 | 9d31085d1f83d7ec21aad4e8e6ec6fc35845d0b3af8b15454e0a25b269c18255 |
| 2025-09-18 17:10:30 | cbe0dab72687780f | 0.00191424 | 90.74457321 | 7bee08ef933bfa12000abca480f8363b076bea5aef28dae6a1928c0bb7e1cd93 |
| 2025-09-18 17:10:30 | d58f6ff28a8f5e95 | 0.15 | 90.74265897 | d6d8c8260347166a0e065c2e2627abca03fd0dfe35ad1259fd39634abdd9071b |
| 2025-09-18 17:10:30 | 83f0da4302b4e480 | 0.00091548 | 90.59265897 | 30a1ae7db107303bd221e05e98ef6669be7e727e61e38bb4a8b52c4645b517c8 |
| 2025-09-18 17:10:30 | 000002996ce830a7 | 0.0024 | 90.59174349 | e132cbbc0f07ba4ed611adf68e5d764c9be3239aec57ea0cf40c71a93183e9a0 |
| 2025-09-18 17:02:04 | 24dded6a0c098db7 | 0.01885242 | 90.58934349 | b91aadac8cc40cbed035b03684dfde6be5f1870e4f383cbc4df9f3eecda3acaa |
| 2025-09-18 17:02:04 | 28a4c6eecd8625c2 | 0.00009808 | 90.57049107 | 1a65beb5c753d18b9f7b4ff144e77e59d44ffbf0d2e6a85280646322fb2d994e |
| 2025-09-18 17:02:04 | 0aa39b60009ceae0 | 0.00297272 | 90.57039299 | 3971e7663461e551ae36549f1ac4e16454981aa2a7078426ae3992cb4ac421a1 |
| 2025-09-18 17:02:04 | d5c8b93a4b738032 | 0.0047 | 90.56742027 | 0e717ce9ed700f63401f9cbbde23965139d141f7a42b1b6985c779bb4cbe34a0 |
| 2025-09-18 17:02:04 | 00011f8cd6c1c85b | 0.00397721 | 90.56272027 | fa46d684d21360b11cb859b63aacc41cb18a35757a7cd7d46408a1330e0865c3 |
| 2025-09-18 17:02:04 | 8be1c0dc3fee5ae0 | 0.02176482 | 90.55874306 | 89d9453e4c9ea4d90d1484209cba2f263cebf748de2561a4150f424e2b5b603d |
| 2025-09-18 17:02:04 | 65eda610cdaa532b | 0.00337853 | 90.53697824 | ca6314a59aaa2ef126e5079c230303e9592ca5d3433a1848395a53be6b428bbd |
| 2025-09-18 17:02:04 | 46db8a09d456c0e1 | 0.00013601 | 90.53359971 | 6c8f87d428527b0db284053f74bb15a6f2c1cc8a4945530d4156fd7024c26afe |
| 2025-09-18 16:53:53 | 28a4c6eecd8625c2 | 0.00024678 | 90.5334637 | 50b05dfaca3106b1f0c927019d5afa5954ec53146327a3a2daba1914793ca76d |
| 2025-09-18 16:53:35 | 2584d8142e542ff5 | 0.00123506 | 90.53321692 | 763c4dc7bf4d0ff9d5c5fef4b70de243d3f14a61ccaccac3a8fb363d9b5351e2 |
| 2025-09-18 16:53:35 | ed9fe9e52c84f313 | 0.000075 | 90.53198186 | 291dfe42cbbcb7896b96cb92a99d8cc84bab3c61edddd3136503af633a273497 |

| | | | | |
|---|---|---|---|---|
| **2025-09-18 16:53:35** | 52d9fa1f8efbf181 | 0.000375 | 90.53190686 | 4a291f211a2ba36c4fe1b4b01516c5aa46b2d27932639528927304 08be1457d4 |
| **2025-09-18 16:53:35** | 96938668681cb74b | 0.0005 | 90.53153186 | fbffd11b36378df355e32ff1c0467175d8a3158abfe2638339009ff74f001ccc |
| **2025-09-18 16:53:35** | 3b93f60b3febceac | 0.0005 | 90.53103186 | ebf0f40fcc177c56e93a90a347a88bb30e784af9b75b3ac407002a2e5a8b7fed |
| **2025-09-18 16:53:35** | 29e70ce5768d88e1 | 0.0005 | 90.53053186 | 1c76d9eb0a73c22874ef72f2ae1bcdf363ff6ea9de5330c84dc0e5a1d7be19f5 |
| **2025-09-18 16:53:35** | a7247636dc70a2e1 | 0.000125 | 90.53003186 | 2761f352a77b7608fc80e8d84693ec39488a556e028f35430e20f36057859f8b |
| **2025-09-18 16:53:35** | 06f8703830a7ce5f | 0.0006 | 90.52990686 | 74c6fca066178a69a1f130e0f29c2a32a23b35709fb849880303e6cd38aba3ba |
| **2025-09-18 16:53:35** | b8d406e552fa75eb | 0.0005 | 90.52930686 | 7317ccce0380203c43f0d40c1afd0da4eaaf335ea7fdd4f22f6021baf981d8a3 |
| **2025-09-18 16:48:08** | e2c28d1afe6c6c34 | 0.00231291 | 90.52880686 | 33f14251700ba6207a6f55bf4e8bd4e07bb1f92472f7acd507607f7ab548cd19 |
| **2025-09-18 16:44:51** | dff53ad4534546cf | 0.00001007 | 90.52649395 | ad3ae0918f0a066cc02bd193e914a264564b3d11e368a3e8037c8da174c269f4 |
| **2025-09-18 16:44:51** | 434ebe0bc76ea393 | 0.00169936 | 90.52648388 | 432e84b578d94fa6aaabe1b02641bd0a5b4020b691d4283abf0a255578effb1d |
| **2025-09-18 16:44:51** | 83b8ce4fceb17779 | 0.2 | 90.52478452 | 6e0f05b311c045e2f0b19bf00c8756659b1d98cf5b4dc99bc7798126fb5d7e2b |
| **2025-09-18 16:44:51** | cade0985c4669186 | 0.0051 | 90.32478452 | ebad93dce54a81d1c7a9995fa06ee910dac27cd86a217ea1942981762c7d0035 |
| **2025-09-18 16:44:51** | 110bf06020f35550 | 0.00084922 | 90.31968452 | fb58f88d9b616fe48b36a810471dabc8b92456b487f9338aa960c0f6b58940ce |
| **2025-09-18 16:44:51** | 0470bdfa1eeaed37 | 0.00297441 | 90.3188353 | 13784c425c358f791c630f420821695ac715b6a4e849ba1f4d1dd79e3b36977e |
| **2025-09-18 16:23:02** | e2c28d1afe6c6c34 | 0.00400412 | 90.31586089 | 05064c91a836781613f2411789aa674965ae83cbce40d6a0146db371cb1468e8 |
| **2025-09-18 16:23:02** | 83b8ce4fceb17779 | 0.199985 | 90.31185677 | cdc5f24f1781c01b9bf504a59f3ccf6ceca472fe65615c2dcdbdddff05b8aee9 |
| **2025-09-18 16:23:02** | 83b8ce4fceb17779 | 0.200357 | 90.11187177 | ab9d367fe9bd53edbf90c20d7d5038c3b134e8a6e82547fb92ede69320d0c9d6 |
| **2025-09-18 16:23:02** | 7ee54aabf7cbf35d | 0.00849507 | 89.91151477 | c23ed46a042d1cd6206cfe1bea8f0fa3d0181598cdc80d8cfe8389085315e148 |
| **2025-09-18 16:15:49** | 4458c71623b73473 | 0.00001005 | 89.9030197 | 7d54ba22e44a19f6abaff59d6bc7c9005f276e04afc2278bbb4f70cfe732bdc3 |
| **2025-09-18 16:15:49** | 4223ad4fb9fa84fc | 0.00042486 | 89.90300965 | 5f832df073ff0f86dae7152391bf3823e2e8be5a31a1bd8c1846229cbae7979c |
| **2025-09-18 16:15:49** | 0f3b8e7df8e1d6e9 | 0.00423103 | 89.90258479 | db26573750d85312c9f621a369b129e329cbbd9ab10ba001185e8d254f5b583e |
| **2025-09-18 16:15:49** | 83b8ce4fceb17779 | 0.200441 | 89.89835376 | 45b4613c654e7b1498088f6c128382ae6a6911b87561f5ee8e555270fa975b5f |
| **2025-09-18 16:03:25** | 747721ac796cf5a4 | 0.02240554 | 89.69791276 | 92d7912a0899409c9d1d819c538778cd59dbdeca9c0dd9166b83aaacdae29841 |