**Exhibit List – Civil Complaint**

| Exhibit | Description |
|---|---|
| A | Final Notice to Binance.US (May 21, 2025) |
| B | Returned registered letter to Binance.US (unopened) |
| C | FinCEN Consent Order 2023-04 (AML/KYC violations) |
| D | Communications with Binance Legal Department (demand $2.3M) |
| E | Bitpanda transaction statements (Jan–Feb 2022 BTC flows) |
| F | Identification of mule account holder Tammy Brooks (Bank of America) |
| G | Network structure of fraudulent domains (91 entities, Cloudflare/Alienhost) |
| H | Initial Complaint to FinCEN (Binance + Bank of America involvement) |
| H-2 | Formal Submission to FinCEN (May 2025) – ongoing fraud evidence |
| I | Complaint to Financial Ombudsman Service against Skrill (2025) |
| J | Complaint to Austrian FMA against Bitpanda (2025) |
| K | Response from Binance.US (jurisdictional denial, May 23, 2025) |
| L | Letter to Alienhost (abuse notice, June 2023) |
| M | Closure letter from external case support (May 15, 2025) |
| N | ADR Protocol Letter to Binance (Sept 2024) |
| N-B | WalletExplorer ADR export (Feb 2022 inflows/outflows) |
| N-C | Wallet Cluster Continuity Evidence (Aug 25, 2025) |
| N-D | Wallet Cluster Growth Evidence – Summary (Sept 2–18, 2025, USD/EUR conversions) |
| N-D(1) | Wallet Cluster Growth Evidence – Raw Data (Sept 2, 2025) |
| N-D(2) | Wallet Cluster Growth Evidence – Raw Data (Sept 7, 2025) |
| N-D(3) | Wallet Cluster Growth Evidence – Raw Data (Sept 12, 2025) |

| | | |
|---|---|---|
| N-D(4) | | Wallet Cluster Growth Evidence – Raw Data (Sept 15, 2025) |
| N-D(5) | | Wallet Cluster Growth Evidence – Raw Data (Sept 16, 2025) |
| N-D(6) | | Wallet Cluster Growth Evidence – Raw Data (Sept 17, 2025) |
| N-D(7) | | Wallet Cluster Growth Evidence – Raw Data (Sept 18, 2025) |
| | O | Bank of America documentation (fraud-linked account) |
| | P | JP Morgan mule account documentation (2025) |
| | Q | SEC Complaint – Joseph Tochukwu conviction evidence |
| | R | Alias identification linking Joseph to fraudulent wallets |
| | S | Global Complaint Timeline (2022–2025, Kifid, FMA, VARA, police report) |
| | T | Automated email response from Binance.US (May 22, 2025) |