UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGE VAN HEES,<br><br>       Plaintiff,<br><br>v.<br><br>BAM TRADING SERVICE, INC.,<br><br>       Defendant. | Case No. 25-cv-05685-JST<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>Re: ECF No. 39 |

Before the Court is Plaintiff Inge Van Hees' motion for leave to file a sur-reply to "address[] new factual and legal arguments first raised in Defendant's Reply." ECF No. 39 at 1. Defendant BAM Trading Service, Inc. opposes the motion on the grounds that its opposition contained no improperly new arguments and that Van Hees's motion fails to show good cause. ECF No. 44 at 2.

"Parties do not have the right to file sur[-]replies and . . . [t]he Court generally views motions for leave to file a sur[-]reply with disfavor." *Garcia v. Biter*, 195 F. Supp. 3d 1131, 1133–34 (E.D. Cal. 2016) (citing *Hill v. England*, No. CVF05869 REC TAG, 2005 WL 3031136, at *1 (E.D. Cal. 2005)). "Although the court may in its discretion permit the filing of a sur-reply, this discretion should be exercised in favor of allowing a sur-reply only where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief." *Warren v. City of Chico*, No. 2:21-CV-00640-DAD-DMC, 2024 WL 4803960, at *1 (E.D. Cal. Nov. 15, 2024) (citation and quotation omitted).

The Court agrees with BAM Trading that no circumstances here warrant a sur-reply. BAM Trading's reply brief included either arguments that were raised in response to Van Hees' opposition or iterations of the positions in its opening brief. ECF No. 36. *See In re Hard Drive*

*Suspension Assemblies Antitrust Litig.*, No. 19-MD-02918-MMC, 2023 WL 1934491, at *1 (N.D. Cal. Jan. 6, 2023) (denying plantiff's motion for leave to file sur-reply because defendant's reply only addressed arguments and evidence cited in the opposition brief).

For the foregoing reasons, the Court denies Van Hees' request for leave to file a motion for a sur-reply.

Dated: October 29, 2025

JON S. TIGAR
United States District Judge